IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO._____ |
| AMERICAN UNIVERSITY OF THE § | |
| CARIBBEAN N.V., INC., § | |
|     *Defendant*. § | |
| § | |

## ATTACHMENT TO CIVIL COVER SHEET

Attorneys for Plaintiff

Clinton C. Black (TA)
Bar Roll #26604
2122 Airline Drive, Suite 200
Bossier City, Louisiana 71111
Telephone:  (318) 747-9636
Facsimile:  (318) 747-7679

John G. Turner, III, SBOT# 20320550
Robert R. Bell, SBOT# 00787062
Mullin Hoard & Brown, LLP
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Telephone:  (806) 372-5050
Facsimile:  (806) 371-6230

Respectfully submitted,

KITCHENS, BENTON, KITCHENS & BLACK

By:_____
    Clinton C. Black (TA)
    Bar roll #26604

    2122 Airline Drive, Suite 200
    Bossier City, Louisiana 71111
    318.747.9636
    318.747.7679 (Fax)
    clint@kitchenslawfirm.com


    Robert R. Bell, SBOT# 00787062
    MULLIN HOARD & BROWN, LLP
    500 S. Taylor, Suite 800
    P.O. Box 31656
    Amarillo, Texas 79120-1656
    Telephone:  (806) 372-5050
    Facsimile:  (806) 371-6230
    rbell@mhba.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was served on all counsel of record by electronic notification.

      Shreveport, Louisiana, this _____ day of _____, 2011.

                                            _____
                                              Clinton C. Black