## VERIFIED RETURN OF SERVICE

State of LOUISIANA                County of WESTERN                Court

Case Number: 11-623

Plaintiff:
**MICHAEL STEVEN KOBER**

vs.

Defendant:
**AMERICAN UNIVERSITY OF CARRIBEAN N V INC**

For:
Robert Bell, Esq.
MULLIN HOARD BROWN LLP
500 S Taylor, Suite 800
Po Box 31656,
Amarillo, TX  79101

Received by AAA ALL-STATES PROCESS SERVICE on the **23rd day of June, 2011** at **12:00 pm** to be served on **AMERICAN UNIVERSITY OF CARRIBEAN N V , INC., 9200 S. DADELAND BLVD, #508, MIAMI, FL 33156**.

I, JORGE UBIETA, being duly sworn, depose and say that on the **23rd day of June, 2011** at **3:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS/COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CINTHYA TORRES** as **SECRETARY TO REGISTERED AGENT** for **AMERICAN UNIVERSITY OF CARRIBEAN N V , INC.**, at the address of: **9200 S. DADELAND BLVD, #508, MIAMI, FL 33156**, and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury, I declare that I have read the foregoing Verified Returned of Service and that the facts stated in it are true. I am in good standing in the circuit in which document was served.

Subscribed and Sworn to before me on the 27th day of June, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Alan R. Gorman
Commission #DD801517
Expires: AUG. 16, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

JORGE UBIETA
MDCPS #1951

AAA ALL-STATES PROCESS SERVICE
11767 South Dixie Highway
Suite 201
Miami, FL  33156
(305) 971-9636
Our Job Serial Number: 2011002321

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z