UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.:  11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE:  FOOTE |
| | * | |
| | * | |
| | * | MAGISTRATE:  HORNSBY |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, American University of the Caribbean N.V., Inc. ("American University"), without waiving any defenses or objections, hereby moves for a thirty day extension of time up to and including August 15, 2011, within which to answer or otherwise respond to the plaintiff's Petition.  The answer would otherwise be due on July 14, 2011. Counsel for American University only recently received the Petition, and needs additional time to investigate the claim and formulate a response.

Counsel for American University hereby certifies that there have been no previous extensions of time within which to answer, move, or otherwise respond to the Petition filed in this Court in this action, and the plaintiff has consented to the thirty day extension of time.

**WHEREFORE**, American University respectfully moves this Court for an extension of time up to and including August 15, 2011, within which to answer or otherwise file responsive pleadings to the Petition in this action.

Respectfully submitted,

*/s/ Edward R. Wicker, Jr.*

Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile: (504) 589-9701

And

Hendrik G. Milne (*Pro Hac Vice* Forthcoming)
Joshua D. Poyer (*Pro Hac Vice* Forthcoming)
Renee R. Tischler (*Pro Hac Vice* Forthcoming)
ABALLI MILNE KALIL, P.A.
2250 Suntrust International Center
One Southeast Third Avenue
Miami, Florida  33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for American University of the Caribbean N.V., Inc.*

2

651755_1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 15th day of July, 2011.

/s/ Edward R. Wicker, Jr.

_____

651755_1