UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE: FOOTE |
| | * | |
| | * | |
| | * | MAGISTRATE: HORNSBY |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC.'S
LOCAL RULE 7.9W CERTIFICATE**

Pursuant to Local Rule 7.9W, counsel for American University of the Caribbean N.V., Inc., certifies that they have asked the plaintiff to consent to a thirty day extension of time to file a response to the petition, and the plaintiff consented.

Respectfully submitted,

/s/ *Edward R. Wicker, Jr.*
_____
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701


And

>Hendrik G. Milne (*Pro Hac Vice* Forthcoming)
>Joshua D. Poyer (*Pro Hac Vice* Forthcoming)
>Renee R. Tischler (*Pro Hac Vice* Forthcoming)
>ABALLI MILNE KALIL, P.A.
>2250 Suntrust International Center
>One Southeast Third Avenue
>Miami, Florida 33131
>Telephone: (305) 373-6600
>Facsimile: (305) 373-7929
>
>*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Local Rule 7.9W Certificate has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 15th day of July, 2011.

>*/s/ Edward R. Wicker, Jr.*
>_____