# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER | CIVIL ACTION NO. 11-623 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC. | MAGISTRATE JUDGE MARK HORNSBY |

## ORDER OF RECUSAL

Pursuant to Title 28, United States Code, Section 455, the undersigned hereby recuses herself from presiding over this matter. The Clerk of Court is directed to refer the case to Chief Judge Robert G. James for reassignment to another Judge of this Court. All deadlines are suspended pending reassignment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 18th day of July, 2011.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE