UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER, | * |
| | * |
| VERSUS | *   CIVIL ACTION NO.: 11-CV-00623 |
| | * |
| AMERICAN UNIVERSITY OF THE | * |
| CARIBBEAN, N.V., INC. | *   JUDGE: FOOTE |
| | * |
| | * |
| | *   MAGISTRATE: HORNSBY |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF HENDRIK G. MILNE

**STATE OF FLORIDA**

**COUNTY OF DADE**

THE AFFIANT, Hendrik G. Milne, after having first been duly sworn, hereby states the following under oath, pursuant to Local Rule 83.2.6W of the Uniform Local Rules of the United States District Court for the Western District of Louisiana, in connection with my request for admission to appear as counsel *pro hac vice*:

1.  I desire to appear as counsel *pro hac vice* for Defendant American University of the Caribbean, N.V., Inc. ("American University"), before the United States District Court for the Western District of Louisiana in the matter captioned: *Michael Steven Kober v. Defendant American University of the Caribbean, N.V., Inc.* bearing Civil Action No. 11-CV-00623.

2.  I am an attorney at law, admitted to practice in 1981, before the Supreme Court of Florida, the Highest Court in the State of Florida.

1



EXHIBIT A

653944_1

3. I am also admitted to practice before the United States District Court for the Southern District of Florida, United States District Court for the Middle District of Florida, United States District Court for the Northern District of Florida, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Federal Claims, United States Court of Appeals for the Federal Circuit, United States Supreme Court, and the Bar of England and Wales.

4. I have practiced law continuously since my admission in the State of Florida in 1981, and am currently in good standing of the Bar of the State of Florida.

5. Attached hereto is a Certificate of Good Standing from The Florida Bar.

6. I have never been the subject of a disciplinary proceeding of any nature, nor have criminal charges ever been instituted against me.

7. I currently practice law with the law firm of Aballí Milne Kalil, P.A., and my contact information is as follows:

> Hendrik G. Milne
> 2250 SunTrust International Center
> One Southeast Third Avenue
> Miami, Florida 33131
> Telephone No.: 305-373-6600
> Facsimile No.: 305-373-7929
> e-mail: hmilne@aballi.com

8. The name and address of the member in good standing of the Louisiana Bar who is admitted to practice before the United States District Court for the Western District of Louisiana with whom I am associated in the above-styled action is as follows:

> Edward R. Wicker, Jr., 27138
> of the law firm of Barrasso, Usdin,
>     Kupperman Freeman and Sarver, L.L.C.,
> 909 Poydras Street, Suite 2400,

New Orleans, LA 70112
Telephone No. 504-589-9700
Facsimile No. 504-589-9701

9. I consent to the jurisdiction of the United States District Court for the Western District of Louisiana in all respects as if I were a regularly admitted and licensed member of the Louisiana Bar and admitted to practice before the United States District Court for the Western District of Louisiana.

HENDRIK G. MILNE

Sworn to and subscribed before me,
This 25th day of July, 2011.

Notary Public

My Commission Expires: 2/28/14



YOLANDA J. MARQUEZ
Notary Public - State of Florida
My Comm. Expires Feb 28, 2014
Commission # DD 963585

653944_1



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
www.FLORIDABAR.org

State of Florida   )

County of Leon   )

In Re:   335886  
Hendrik Gerardus Milne  
Aballi Milne Kalil, P.A.  
1 S.E. 3rd Ave., Ste. 2250  
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 28, 1981.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 14th day of July, 2011.

Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/ecTh:R10

EXHIBIT B