UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE: FOOTE |
| | * | |
| | * | MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**APPLICATION FOR ADMISSION *PRO HAC VICE* AS**
**CO-COUNSEL FOR AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC.**

NOW INTO COURT comes Defendant American University of the Caribbean, N.V., Inc. ("AUC") who moves that Renee R. Tischler be admitted by this Court to act as co-counsel on behalf of American University, and in support of this motion states:

1. Renee R. Tischler is licensed to practice law in the State of Florida (admitted September 21, 2006). Currently she is a member in good standing of the State Bar of Florida. Ms. Tischler is not under suspension or disbarment by any court, and no criminal charges have been instituted against her. As evidence thereof, an Affidavit and Certificate of Good Standing from The Florida Bar are attached as Exhibits A and B.

2. Renee R. Tischler is an attorney with the law firm Aballi Milne Kalil, P.A., 2250 SunTrust International Center, One Southeast Third Avenue, Miami, Florida

653456_1

          33131 (phone: 305-373-6600), (fax: 305-373-7929), (e-mail rtischler@aballi.com).

3.     The law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. is counsel for American University in the above-captioned matter. By this motion it is requested that the Court admit, *pro hac vice*, Renee R. Tischler to act as co-counsel for American University.

**WHEREFORE**, Defendant American University of the Caribbean, N.V., Inc. prays that Renee R. Tischler be admitted *pro hac vice* and enrolled as co-counsel of record in this proceeding.

          Respectfully submitted,

          */s/ Edward R. Wicker, Jr.*
          _____
          Edward R. Wicker, Jr., 27138, T.A.
          BARRASSO USDIN KUPPERMAN
              FREEMAN & SARVER, L.L.C.
          909 Poydras Street, Suite 2400
          New Orleans, Louisiana 70112
          Telephone: (504) 589-9700
          Facsimile: (504) 589-9701

          And

          Hendrik G. Milne (*Pro Hac Vice* Forthcoming)
          Renee R. Tischler (*Pro Hac Vice* Forthcoming)
          Anna A. Mance (*Pro Hac Vice* Forthcoming)
          ABALLI MILNE KALIL, P.A.
          2250 Suntrust International Center
          One Southeast Third Avenue
          Miami, Florida 33131
          Telephone: (305) 373-6600
          Facsimile: (305) 373-7929

          *Attorneys for American University of the Caribbean N.V., Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Application for *Pro Hac Vice* has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 26th day of July, 2011.

*/s/ Edward R. Wicker, Jr.*
_____

653456_1