UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER** | **CIVIL ACTION NO. 5:11CV623** |
| **VERSUS** | **JUDGE FOOTE** |
| **AMERICAN UNIVERSITY OF CARRIBEAN N V INC** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTE ENTRY**

At the direction of Chief Judge Robert G. James, the above-captioned matter is hereby reassigned to **Judge Tom Stagg.** All future filings should bear the name of the newly assigned Judge.

TONY R. MOORE, CLERK

s/ Lysandra B Williams
Deputy Clerk