UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE: STAGG |
| | * | |
| | * | |
| | * | MAGISTRATE: HORNSBY |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S
SECOND MOTION FOR EXTENSION OF TIME**

Defendant, American University of the Caribbean, N.V. ("AUC"), without waiving any defenses or objections, respectfully moves for a thirty (30) day extension of time up to and including September 14, 2011 within which to respond to Michael Steven Kober's ("Kober") Original Complaint for Injunctive Emergency Relief and Demand for Jury Trial (the "Complaint"), and states:

1. Kober served AUC with the Complaint on June 23, 2011.

2. AUC previously filed an unopposed motion for extension of time in which to respond to the Complaint because Counsel for AUC had received the Complaint just prior to the date a response was due and thus needed additional time to investigate the claim and formulate a response.

3. The Court granted AUC's motion, making its response due on or before August 15, 2011.

4. AUC respectfully requests an additional thirty (30) day extension of time to respond to the Complaint in light of new circumstances.

5. On August 3, 2011, DeVry Inc., a global provider of educational services, acquired the business operations and substantially all assets of AUC. See press release attached hereto as Exhibit "A."

6. AUC therefore no longer operates and controls the medical school.

7. Counsel for AUC and Kober have discussed this change in circumstances and in the interest of justice, would like additional time to determine how best to proceed.

8. Further, the request is not made for purposes of improper delay and will not prejudice any party.

WHEREFORE, American University of the Caribbean, N.V. respectfully moves this Court for an extension of time up to and including September 14, 2011, within which to respond to Michael Steven Kober's Original Complaint for Injunctive Emergency Relief and Demand for Jury Trial.

Respectfully submitted,

/s/ Edward R. Wicker, Jr.
_____
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

And

        Hendrik G. Milne (admitted *Pro Hac Vice*)
        Renee R. Tischler (admitted *Pro Hac Vice*)
        Anna A. Mance (admitted *Pro Hac Vice*)
        ABALLI MILNE KALIL, P.A.
        2250 Suntrust International Center
        One Southeast Third Avenue
        Miami, Florida 33131
        Telephone: (305) 373-6600
        Facsimile: (305) 373-7929

        *Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Second Motion for Extension of Time has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 15th day of August, 2011.

        */s/ Edward R. Wicker, Jr.*
        _____

*659969_1*