UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | JUDGE: STAGG |
| | * | |
| | * | MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Second Motion for Extension of Time;

**IT IS ORDERED** that Defendant, American University of the Caribbean N.V., Inc., be and hereby is granted a thirty day extension of time up to and including September 14, 2011 within which to answer or otherwise respond to the plaintiff's Petition.

Shreveport, Louisiana, this _____ day of August, 2011.

_____
JUDGE

*659972_1*

1