# EXHIBIT "B"

# AUC STUDENT HANDBOOK

*(effective date: 1 January 2010)*



## American University of the Caribbean

### SCHOOL OF MEDICINE

#### St. Maarten Campus

# Table of Contents

Institutional Objectives .................................................. 1
    Institutional Purpose ........................................ 1
    Performance Expectations .................................. 1
    Clinical Care .................................................... 2
    Scientific and Scholarly Capability ...................... 3
    Communication................................................. 3
    Ethics and Accountability .................................. 4
    Professional and Personal Development................. 5
    Society at Large ............................................... 6

Financial Policies ........................................................ 7
    Registration .................................................... 7
    Refund of Tuition and Fees................................. 8
    Return of Title IV Funds.................................... 9
    Official Leave – General Provisions Applicable to All Students ............... 10
    Official Leave– Basic Medical Sciences ................ 13
    ECFMG Certification ....................................... 14
    Official Leave – Students Taking USMLE Step 1...... 15
    Official Leave - Clinical Students........................ 18

Academic Policies........................................................ 20
    Student Honor Code......................................... 20
    Attendance .................................................... 20

Clinical Scheduling Procedures - Core & Elective................ 22
    Purpose: ........................................................ 22
    Core Clerkships: ............................................. 22
    Elective Rotations:........................................... 23

Academic Performance.................................................. 25
    Grades .......................................................... 25
    Student Academic Status Classification ................ 27
    Satisfactory Academic Progress ......................... 28
    Academic Probation......................................... 29
    Academic Warning .......................................... 30
    Criteria for Dismissal....................................... 30

American University of the Caribbean                                    AUC Student Handbook

Learning Disabilities.................................................................................31

Basic Medical Sciences - Examinations ..................................................32

Clinical Medical Sciences – Evaluations ................................................32

Promotions ..............................................................................................34

Requirements for Graduation: M.D. .......................................................35

Non-Academic Policies ...................................................................................36

Health Insurance .....................................................................................37

Random Drug Testing and Criminal Background Checks........................37

Anti-Hazing .............................................................................................38

Campus Smoke-Free Policy.....................................................................39

Notification of Rights under FERPA .......................................................39

Policy On Religious Accommodation..............................................................41

Reason for Policy.....................................................................................41

Accommodation Policies Concerning Clinical Clerkships .......................42

Procedures to Request a Religious Accommodation ...............................43

Duration of the Granted Religious Accommodation ...............................43

Recognized Religious Holidays................................................................43

Time Period to Make-up Exams/Assignments.........................................44

Religious Accommodation Grievance Procedures ...................................45

Record Keeping .......................................................................................45

Electronic Information Resource Usage Policy ................................................45

Introduction.............................................................................................45

Rights.......................................................................................................46

Responsibilities........................................................................................46

Privacy and Security ................................................................................47

Due Process; Complaints and Sanctions.................................................48

Open Access ............................................................................................49

Evolving Policy........................................................................................49

AUC E-Mail Policies ......................................................................................49

AUC Email – Official Communication ....................................................49

AUC E-mail Acceptable Usage Policy .....................................................50

Fitness Center Policies....................................................................................52

Use of Fitness Center ..............................................................................52

Assumption of Risk .................................................................................52

h:\cy\students\handbook\student handbook 01 10 final.doc

American University of the Caribbean                                      AUC Student Handbook

Fitness Center Rules & Regulations ................................................................... 53

Strength Room ....................................................................................... 53

General ................................................................................................................. 54

Amendments to Handbook ..................................................................... 54

Effective Date ......................................................................................... 54

Registration by a student is considered an agreement to comply with this Handbook, including the Honor Code, the Technical Standards and any of the University's policies and procedures, rules, regulations or amendments thereto. Students are held responsible for complying with the terms of any revised or updated Handbook from the revision or effective date if specified or otherwise on the date they are first distributed to the student body or published on the University's website (www.aucmed.edu).

## INSTITUTIONAL OBJECTIVES

### Institutional Purpose

1.1     The mission of the American University of the Caribbean is to provide qualified students of diverse backgrounds with an excellent medical education within an atmosphere of academic integrity and scholarship that fosters the highest standards in professional ethics and competence.   The school is dedicated to developing physicians with a lifelong commitment to patient care centered research, public health and community service.

### Performance Expectations

2.1     Faculty have an obligation to ensure, as much as possible, that the educational program in terms of objectives, material presented, teaching and learning settings is conducive to engendering successful medical professionals and that the format and content of evaluation is supportive of students as they strive to fulfill these expectations.

2.2     These performance expectations will assist:

2.2.1   Students in understanding the behaviors and the scope of knowledge, skills, values and attitudes expected of them by the end of medical school; and

2.2.2   Faculty in the development of goals and objectives, in prioritizing and organizing their teaching efforts and in the development of appropriate systems of student evaluation.

2.3   The performance expectations encompass six primary areas of responsibility:

2.3.1   Clinical Care;

2.3.2   Scientific / Scholarly capability;

2.3.3   Communication;

2.3.4   Ethics and Accountability;

2.3.5   Professional and Personal Development; and

2.3.6   Society at large.

2.4   The performance expectations should serve students as a guide and framework in their efforts to master the medical school curriculum.  Students graduating from AUC are expected to perform competently in each of the recognized areas as set out below.

## Clinical Care

3.1   In common and in certain critical situations, the student can independently gather sufficient information through history taking, physical examination and laboratory investigation to:

3.1.1   Identify the patient's health problem(s);

3.1.2   Recognize the probable etiology;

3.1.3   Be able to formulate the interactions of the problem(s) at multiple levels

3.1.3.1   within the individual's structure and function, from the molecular to the whole person (body / mind / spirit) level.

3.1.3.2   externally, at levels of family, community, social, economic or lifestyle activities.

3.1.4   Develop, organize and propose a management plan that is appropriate to the problem(s) identified and the probable etiology.

3.2   The student is able to care for patients in a range of settings, in a cost effective and efficient manner, using a patient-centered approach.

3.3   In caring for any patient, the student ensures that the plan for inquiry, examination, investigation and management includes appropriate strategies for health promotion and disease prevention.

## Scientific and Scholarly Capability

4.1   The student uses the scientific method to identify knowledge and skills necessary for the diagnosis, investigation and management in the care of patients.

4.2   The student has the ability to obtain, review and critically assess scientific literature.

4.3   The student demonstrates the ability to make careful and objective observations of clinical phenomena, determine their reliability and distinguish fact from theory.

## Communication

5.1   With patient or authorized representative as provided by HIPPA regulations, the student:

5.1.1   utilizes a patient-centered approach in interviews: to explore with sensitivity the patient's expectations, worries, fears and beliefs about symptoms of his or her illness experience and to involve the patient actively in planning for treatment, investigation and follow-up.

5.1.2   demonstrates effective communication skills during data gathering including: attentive listening, open-ended inquiry, responding to feelings with empathy, clarification, transitional statements, and the like.

American University of the Caribbean                                    AUC Student Handbook

5.1.3   demonstrates effective communication skills of information sharing including: exploring patient's ideas and views, explaining his or her thought process clearly, encouraging questions, clarifying, negotiating and planning.

5.1.4   sensitively informs patients and care-givers (as appropriate) of treatment options and their relative benefits, limitations and side effects and obtains the patient's consent before implementing treatment.

5.1.5   demonstrates ability to communicate with people with special communication needs, for example: children, older persons, those with impaired hearing and those from other cultures.

5.1.6   demonstrates skills in health promotion and counseling for lifestyle changes.

5.1.7   demonstrates appropriate disclosure of personal information with patients and families.

5.1.8   demonstrates ability to communicate with the patient's family in patient care in data gathering, information sharing and treatment planning.

5.2   The student demonstrates effective communication with other members of the health care team, both orally and in writing.

5.3   The student demonstrates appropriate care and timeliness completing, formatting and structuring typical medical reports.


Ethics and Accountability

6.1   The student is able to describe ethical principles and processes, is able to define and understand ethical problems and to assist in developing workable solutions.

6.2   The student recognizes professional accountability for all of his or her actions taken on behalf of patients; is clear as to responsibilities to the patient, the care team including other health professionals, the hospital and society in general; will know when to seek advice from more experienced persons; will

understand when and how ethically to initiate, maintain and end patient – physician relationships.

6.3     In caring for the patients, the student:

6.3.1     always considers first the well-being of the patient, elicits the patient's wishes sensitively and promotes the autonomy of the patient; if the patient is incompetent, the student determines patient wishes from advance directives, proxies or family.

6.3.2     understands the need for full disclosure, competence of the patient and voluntariness for informed consent and is able to ascertain competence for specific decisions.

6.3.3     respects the patient's right to confidentiality.

6.3.4     does not support or assent to practices that violate basic human rights or medical ethics.

6.4     The student recognizes that both the profession of medicine and its members individually must maintain the status of the profession by exercising self-discipline and accountability to society; avoids conflicts of interests such as acceptance of gifts, remuneration or associations with organizations, products which undermine integrity.

6.5     The student maintains physical, mental and spiritual well-being, seeking help as necessary for personal problems, so that he or she can effectively serve patients, the profession and society.


## Professional and Personal Development

7.1     The student is capable of:

7.1.1     critically evaluating his or her own work;

7.1.2     self-directed learning;

7.1.3     information seeking and retrieval; and

7.1.4     critically reviewing the work of colleagues and providing constructive feedback.

7.2     The student recognizes his or her own strength or limitations in the care of patients and relates these qualities to the roles of other health professionals.

American University of the Caribbean                                          AUC Student Handbook

7.3   The student demonstrates an ability to change, to continue to learn and to adapt to the health care and practice requirements of different institutions, communities and cultural environments.

7.4   The student recognizes the potential conflict between professional demands and personal needs and develops strategies for preventing them or dealing with them as they arise.

**Society at Large**

8.1   The student is able to integrate the concept that physicians are part of a social system as well as a health care system.

8.2   As part of the health care system, the student demonstrates responsibility as a resource manager through:

    8.2.1   knowledge of the context of health care;

    8.2.2   knowledge of all the determinants of health;

    8.2.3   being willing to play an advocacy role for public health issues;

    8.2.4   a willingness to contribute to the policy-making process;

    8.2.5   awareness of the components and determinants of health care costs; and

    8.2.6   appropriate use of all resources.

American University of the Caribbean                                      AUC Student Handbook

# FINANCIAL POLICIES

### Registration

9.1 Students will be required to register for the published curricular course load each semester unless they have dropped or failed a course or have obtained prior written consent from the Dean of Basic Medical Sciences. Such students must register for a full-time course load as determined by the Associate Dean for Academic Affairs. Full-time enrollment constitutes a course load of 10 credit hours or more.

9.2 Basic medical sciences students may only register for less than full time if they have fewer than ten credit hours remaining to complete the basic medical sciences curriculum. Half time enrollment constitutes a course load of 8 or 9 credit hours and is the minimum course load allowed for enrollment at the University.

9.3 No basic medical sciences student may register for more than 21 credit hours per term without the prior consent of the Dean or register for two classes meeting simultaneously.

9.4 All courses required in the first four academic semesters must be successfully completed before students may register for the fifth semester ICM courses.

*Registration Provisions Applicable to all Students:*

9.5 Students are required to register (make payment of tuition, deposits and any fees - including Dormitory Occupation Fees and SGA Fees) on or before the first day of the term. Payment of tuition and fees is considered a financial condition of enrollment. Therefore:

9.5.1 any basic medical sciences student who registers after 4:00 p.m. of the first day of formal instruction as noted in the Academic Calendar will be charged a $100 late fee;

9.5.2 any clinical science student who registers after commencement of clinical rotations will be charged a $100 late fee;

American University of the Caribbean                                    AUC Student Handbook

9.5.3   any student with a delinquent account will be notified by the second week of the term that he or she must be financially clear by the end of the fourth week of the term; and

9.5.4   any student who fails to fulfill the finance condition (is not financially clear) by the end of the fourth week will be involuntarily withdrawn from enrollment and his or her transcript will reflect a "W" grade for courses undertaken in that term.   The University's standard cancellation and refund policies will apply to the balance of any account due.

9.6   Students are allowed to add an individual course during the first week of the term, when given permission to do so by the appropriate dean.

9.7   Students are allowed to drop an individual course during the first seven weeks of the term so long as he or she will maintain full-time enrollment with the reduced course load and has been given permission to do so by the appropriate dean. No student will be allowed to drop any particular course more than once. Students will be required to enroll for any dropped course the following term of enrollment.

9.8   Any student who is indebted to the University will be required to settle his or her account before receiving diplomas, degrees, official transcripts and other official recognition of work done at the University. Such debts include, but are not limited to, amounts owed in satisfaction of tuition, loan agreements, fees and charges, food service and occupation of the University's Student Dormitory. No student may withdraw from enrollment with the University in good standing or graduate from the University unless all financial obligations are paid in full.

Refund of Tuition and Fees

10.1   Students officially withdrawing from enrollment with the University or taking an Official Leave for the remainder of the term, will be credited for tuition and most refundable fees in accordance with the following schedule:

10.1.1   Before the first day of class: 100%;

10.1.2   Within the first 10% of the enrollment period: 90%;

10.1.3   Between the first 10-25% of the enrollment period: 50%; and

10.1.4   Between the first 25-50% of the enrollment period: 25%.

10.1.5   The school will exclude from any refund an Administrative Fee of 5% of Tuition and Fees or $100, whichever is less.

10.2   Health Insurance Fees will be refunded 100% if a student officially withdraws from the University within 31 days of the first day of the enrollment period. After that date, health insurance fees are non-refundable.

10.3   The Student Dormitory Occupation Fees and Security Deposit are refundable as set out in the AUC Student Dormitory Regulations.

10.4   Students registering for clinical clerkship programs offered in the State of Florida may cancel their obligation by providing notice of cancellation in writing within three working days of enrollment to receive 100% of tuition and refundable fees.

10.5   AUC will provide any refund due within 30 days from the date notice of withdrawal or an approved Official Leave is timely received by the Medical Education Administrative Services ("MEAS"), 901 Ponce de Leon Blvd, Ste. 700, Coral Gables, FL 33134; fax: (305) 444-6791.

## Return of Title IV Funds

11.1   Effective October 7, 2000 the law specifies how the University must determine the amount of Student Financial Assistance ("SFA") that a student earns if he or she withdraws.  The University will calculate the amount of Title IV aid that a student has earned based on a payment period.  The student will be obligated for any tuition, fees, books or equipment not covered by Title IV funds.

11.2   The law requires that, when a student officially withdraws or takes an approved Official Leave from the University during a payment period, the amount of SFA program assistance that he or she has earned up to that point is determined by a specific formula.  If the student has received (or the University received it on his or her behalf) less assistance than the amount

earned for the payment period, he or she will be able to receive those additional funds. If a student has received more assistance than he or she has earned, the excess funds must be returned.

11.3    The amount of assistance that a student has earned is determined on a pro-rata basis. That is, if 30 percent of the payment period has been completed, the student has earned 30 percent of the assistance that he or she was originally scheduled to receive for the payment period. Once a student has completed more than 60 percent of the payment period, he or she will have earned all of the SFA assistance.

11.4    If a student receives excess funds that must be returned, the University must return a portion of the excess equal to the lesser of:

11.4.1   the institutional charges (which are prorated for the payment period) multiplied by the unearned percentage of the funds; or

11.4.2   the entire amount of the excess funds.

11.5    If the school is not required to return all the excess funds, the student must return the remaining amount, even if all of the funds were applied to his or her school account. Any loan funds that the student must return must be repaid in accordance with the terms of the promissory note. That is, the student makes scheduled payments to the holder of the loan over a period of time.


**Official Leave – General Provisions Applicable to All Students**

12.1    An Official Leave may only be granted for the reasons set out below. Students should be aware that approval of a request for Official Leave is not automatic and proof of the justification may be required prior to a decision on the request and conditions for return may be imposed.

*Medical*

12.1.1   An illness or medical condition sufficiently serious as to preclude the student from undertaking normal daily activities (special conditions apply to basic medical sciences students – see clause 13.7).

12.1.2   If a student requests a medical Official Leave, conditions for return may be imposed. Similarly, under exigent circumstances involving the

health and safety of either the student or others within the university community, the University may place a student on involuntary medical leave with specific conditions that must be met for the student to return. Such conditions may include, but are not limited to, the student:

12.1.2.1 granting permission, via a signed consent, to allow the University to send the student's treating physician an Island Medical Infrastructure Letter (IMIL) and a description of the circumstances of the medical problem that arose on St. Maarten or relevant clinical site.

12.1.2.2 submitting to the University a letter from the student's treating physician that specifically addresses his or her fitness to return to the stressful environment of a full-time medical student, whether or not continuing care can be provided on St. Maarten or the clinical site, and a preventive plan to avoid the student's relapse.

12.1.2.3 agreeing to an independent medical evaluation if requested by the University, with the understanding that a specific diagnosis or identification of medications will not be disclosed.

12.1.2.4

*Personal*

12.1.3 Tragedy in the immediate family or unexpected financial difficulty, which renders it impossible for the student to continue his or her medical studies.

*Academic*

12.1.4 To study for and take the USMLE Step 1, Step 2, any NBME core exam, or to cover a gap in scheduled clinical rotations.

12.2 The length of an Official Leave may be for less than an entire semester of enrollment (a "Short-Term leave") or, if approved prior to registration, for an entire semester ("a Long-Term leave").

12.3 AUC administration will determine the proper characterization and treatment of an Official Leave request depending on the student's status as either a basic

medical sciences student or clinical student and the timing and length of the request. There are significant financial aid and grading consequences that flow from this determination.

12.4   A student contemplating an Official Leave should consult with a financial aid officer to determine whether his or her student loan status will be affected. Students should be aware that

12.4.1   taking a short-term Official Leave may adversely impact their Satisfactory Academic Progress and may result in Academic Probation, which may in turn result in loss of financial aid eligibility or dismissal – see clauses 25, 26 and 28.2;

12.4.2   taking consecutive Official Leave(s) of more than one term in duration may result in their Financial Aid obligations going into repayment status; and

12.4.3   taking long-term leaves may adversely impact a students ability to complete the medical education program within seven years – see Criteria for Dismissal clause 28.3.

12.5   No Official Leave may be granted for more than one semester time period at a time. A request for a subsequent period of Official Leave must be made by the student and submitted to the appropriate office no later than two weeks prior to expiration of the current period of leave.

12.6   Consecutive Long-Term Official Leaves granted for personal or medical reasons shall not extend beyond two terms. If the student does not return to the University for whatever reason after an absence of two terms, he or she will be withdrawn from the student roll and must reapply to the University for readmission. Students should not assume that they will be readmitted once withdrawn involuntarily.

12.7   Students should be aware that taking an Official Leave does not exempt them from any academic requirements of the University.

12.8   Students who are absent without an approved Official Leave at any time during a term of enrollment will be considered AWOL and will be immediately and automatically withdrawn from the register of enrolled students. Any student who is AWOL during a term may have his or her

course grades for that term recorded as an F. A student who has been AWOL and subsequently withdrawn from enrollment must reapply to the University for readmission. Such a student should not assume that he or she will be readmitted.

## Official Leave– Basic Medical Sciences

13.1    A basic medical sciences student who requests and is granted a long-term Official Leave prior to registration for a semester will be considered to be on an approved long-term Leave of Absence for the purposes of Satisfactory Academic Progress (see clause 25). He or she will not be liable for tuition and fees for that term and will not be eligible to receive financial aid.

13.2    When a student takes an approved long-term Official Leave, the leave term will not count toward his or her maximum time for completion of the academic program as detailed in clause 25. Students contemplating a long term Official Leave Request on personal or medical grounds should note the Criteria for Dismissal at clause 28.3. Such students should also note well clause 12.6.

13.3    The semester in which a student takes a short-term leave will count toward the maximum time for completion of the academic program for the purposes of Satisfactory Academic Progress.

13.4    A basic medical sciences student who is granted an Official Leave at any time after registration will be considered to be on an approved short-term Official Leave for the period specified. Clauses 10 and 11 set out above will apply regarding refunds of tuition and fees. Additionally, the student's course grades for the term will be recorded as a "WP", "WF" or an "I", according to the criteria set out in clauses 23.2.4 and 23.2.5. "W" grades may affect a student's Satisfactory Academic Progress, as described in clause 25, which could result in Academic Probation and Dismissal (clauses 26 and 28). An "I" must be converted to an H, P or F grade during the next term of enrollment as set out in clause 23.2.4.

American University of the Caribbean                                                    AUC Student Handbook

13.5    The maximum consecutive time period for basic medical sciences students taking Official Leave is two terms.  Students who are considering applying for cumulative Official Leaves of a duration exceeding one semester term are advised to refer to clause 12.6.

13.6    Basic medical sciences students are required to submit an Official Leave request on the correct form to the office of the Dean.  All requests for Official Leave must be in writing and contain the student's printed name, student number, reason for the request, dates of the proposed leave period and student's signature.

13.7    Special Conditions for a Medical Leave are:

13.7.1   A request for a medical leave must be delivered to the Dean's Office prior to any missed exams;

13.7.2   The medical excuse will be reviewed by the appropriate Dean, and if deemed necessary, a physician of AUC's choice;

13.7.3   Students should not assume that a medical excuse will be granted without review and will be required to provide a signed consent for release of medical records to establish veracity of medical condition; and

13.7.4   Students will not be allowed to take any exam during the time period noted on the medical excuse form.

**ECFMG Certification**

14.1    The Educational Commission for Foreign Medical Graduates ("ECFMG") is the agency that registers foreign medical students for the purpose of taking the United States Medical Licensing Examination ("USMLE") Steps 1 – 3.  Passing USMLE Steps 1 – 3 is a requirement for licensure in the USA.  To take the USMLE exams, students must be certified by AUC that they are "officially enrolled" with the school.

14.2    In the summer of 2009 the ECFMG certification form will be updated to provide for student consent authorizing ECFMG to provide examinee-specific USMLE performance data to the school.  The data will comprise information

as to whether or not the examinee passed the exam as well as his or her numerical score on the two-digit and three-digit scales.

14.3   AUC has an interest in receiving accurate and timely student performance data for several reasons including accreditation, state approvals & licensure and curriculum evaluation.

14.4   Therefore, from the time that this program is implemented, all students must authorize ECFMG to deliver their examination results to the school in order for AUC to certify them to take any Step of the USMLE.

**Official Leave – Students Taking USMLE Step 1**

15.1   Students who have completed the basic medical sciences and intend to take a leave to study and sit for the USMLE Step 1 must submit a completed Official Leave Request Form and required supporting documentation (see below) to the Office of Clinical Student Affairs ("OSCA") at MEAS. Upon receipt, the student's completed Official Leave Request Form and supporting documentation will be forwarded to the appropriate dean (or designee) for review. Students should anticipate that two weeks may be necessary to process a request for Official Leave and should therefore allow sufficient time for approval to be granted to avoid becoming AWOL. The approval or denial of the student's Official Leave Request will be confirmed by email from the OCSA.

15.2   As set out below, the maximum cumulative duration of Academic Official Leave to take the USMLE is three terms.

15.3   A student who has successfully completed the basic medical sciences and intends to submit a first time request for a long-term Academic Official Leave to study or sit for the USMLE must also submit the following documentation with the Official Leave Request Form:

15.3.1   a signed copy of the Clinical Orientation Form recording his or her agreement to take Step 1 within 4 months of completing the basic sciences; and

American University of the Caribbean                                                           AUC Student Handbook

15.3.2  a copy of his or her Thompson Prometric final test date confirmation for taking Step 1 within the proposed leave period.

The student's agreement to take Step 1 on or before the date specified will become a condition of the student's Academic Official Leave, if approved. Failure to comply with this condition will result in denial of any further leave request and the student will be subject to dismissal under clause 28.8.

15.4   A student who intends to request a long-term Academic Official Leave for a second consecutive semester to study or sit for the USMLE Step 1 must also submit the following documentation with the Official Leave Request Form at least one month prior to expiration of the current leave period:

15.4.1  a copy of the USMLE receipt as proof of attendance and completion of each Step 1 exam taken during the prior Academic Official Leave period;

15.4.2  a copy of the USMLE result sheet, front and back, for each Step 1 exam taken during the prior Academic Official Leave period;

15.4.3  a copy of his or her Thompson Prometric final test date confirmation for taking Step 1 within the proposed leave period;

15.4.4  a detailed action plan with timeline setting out the student's strategy for passing USMLE Step 1; and

15.4.5  an official ECFMG transcript must be provided to the Clinical Department at MEAS prior to expiration of the second leave period, if approved.

The student's compliance with the approved action plan will become a condition of the Academic Official Leave, if granted. Failure to comply with any condition may result in denial of a further leave request and if the student has not taken the USMLE Step 1 exam as agreed, the student will be subject to dismissal under clause 28.8.  It is recommended that if the student receives a failing Step 1 score for the second time, he or she enroll in a USMLE Step 1 prep program immediately.

15.5   A student who intends to request a long-term Academic Official Leave for the third consecutive semester to study or sit for the USMLE Step 1 must also

American University of the Caribbean                                    AUC Student Handbook

submit the following documentation with the Official Leave Request Form at least one month prior to expiration of the current leave period:

15.5.1  a copy of the USMLE receipt as proof of attendance and completion of each Step 1 exam taken during all prior Official Leave periods;

15.5.2  a copy of the USMLE result sheet, front and back, for each Step 1 exam taken during all prior Official Leave periods;

15.5.3  a copy of the receipt for payment for a USMLE Step 1 prep program confirming current or scheduled enrollment during the proposed leave period;

15.5.4  a copy of his or her Thompson Prometric final test date confirmation for Step 1 within the proposed leave period;

15.5.5  any other records confirming compliance with the prior Academic Official Leave action plan;

15.5.6  a further detailed action plan with timeline setting out the student's strategy for passing USMLE Step 1 during the third requested leave period; and

15.5.7  an official ECFMG transcript must be provided to the Clinical Department at MEAS prior to expiration of the third leave period, if approved.

The student's compliance with an approved action plan will become a condition of the Academic Official Leave.  Failure to comply with any condition may result in denial of a further leave request and if the student has not taken the USMLE Step 1 exam as agreed, the student will be subject to dismissal under clause 28.8.

15.6  One month prior to expiration of a third consecutive term of Academic Official Leave a student may request that the CAO (or designee) approve a fourth term of leave, which may only be justified by extraordinary circumstances. In addition to the completed Official Leave Request Form, the student will also be required to provide:

15.6.1  a copy of the USMLE receipt as proof of attendance and completion of each Step 1 exam taken during all prior Academic Official Leave periods;

h:\cy\students\handbook\student handbook 01 10 final.doc

American University of the Caribbean                                    AUC Student Handbook

15.6.2  a copy of the USMLE result sheet, front and back, for each Step 1 exam taken during all prior Academic Official Leave periods;

15.6.3  such other documentation as the CAO may request, and

15.6.4  an official ECFMG transcript must be provided to the Clinical Department at MEAS showing that the student has achieved a score on the USMLE Step 1 of 72 or higher.

15.7    If any student has not reported a passing USMLE Step 1 score by the end of the 3rd term of Academic Official Leave, he or she will be dismissed from the University on academic grounds.  Such student will have a right of appeal to the Student Evaluation and Promotions Committee.

15.8    Students who have not passed the USMLE Step 1 and who wish to apply for an Official Leave for medical or personal reasons must submit their completed Official Leave Request Form to MEAS.  The maximum cumulative time period for medical or personal leave for students who have not passed USMLE Step 1 is two semesters.   The provisions of clause 12.6 apply.

15.9    Students contemplating an Official Leave on personal or medical grounds should note the Criteria for Dismissal at clause 28.3

## Official Leave - Clinical Students

### Medical & Personal Leave

16.1    Clinical students who intend to apply for an Official Leave on medical or personal grounds that will conflict with a scheduled rotation must first obtain the written permission of the clerkship Program Director and submit this with their completed Official Leave Request Form to MEAS.  Students should note that taking leave during clerkships is discouraged and such leave will not be granted unless it is absolutely necessary for the health and well being of the student.  The maximum cumulative time period for medical or personal leave for clinical students is two semesters.  Such students should note well clause 12.6.

16.2    Students contemplating an Official Leave on personal or medical grounds should note the Criteria for Dismissal at clause 28.3.

American University of the Caribbean                                            AUC Student Handbook

*Academic Leave*

16.3    Clinical students receive Federal Financial Aid based on confirmation of scheduled rotations. If there is a break in the student's scheduled rotations, the clinical student must lodge an Official Leave Request Form in advance, so that his or her current enrollment status may be tracked and reported to federal financial aid authorities. Therefore, it is essential for all clinical students to request and obtain approval for an Official Leave prior to any break in their rotation schedule. Any Academic Leave undertaken during clinical years should preferably be short term (less than 16 weeks). Students will be granted a maximum of two long-term Official Leaves to take and pass all of their NBME Subject Examinations as required by clause 31.4 unless special dispensation has been granted by the CAO or Clinical Dean.

**Transcripts**

17.1    To request an academic transcript of grades and courses, basic medical sciences students should submit a Transcript Request Form to the Registrar's Office. Clinical science students should submit a letter of request to Medical Education Administrative Services, ("MEAS") 901 Ponce de Leon Blvd, Ste. 700, Coral Gables, FL 33134; phone: (305) 446-0600; fax: (305) 444-6791).

17.2    A transcript request will be processed if it is signed, accompanied by the appropriate fee, contains complete information about attendance, enrollment dates, student identification number and if the student is in good financial standing with the University.

    17.2.1   The transcript fee for enrolled students is $10, $15 for graduates and $30 for withdrawn students.

American University of the Caribbean                                AUC Student Handbook

## ACADEMIC POLICIES

### Student Honor Code

18.1   In order to foster an environment conducive to the exchange of information and ideas, all members of the American University of the Caribbean medical school community are expected to conduct themselves according to the standards of the medical profession, University policies, and the laws set forth by the jurisdiction in which they reside.   This Honor Code serves as a charter by which the University governs itself.  Students must uphold the virtues of honesty, fairness and self-discipline in all of their affairs and refrain from biases including, but not limited to, race, ethnicity, sex, age, sexual orientation, disability and religion.   Unethical or unprofessional behaviors breach the AUC Honor Code.  Such behaviors will be assessed and will lead to consequences in accordance with University policies.     Upon registration, students are required to sign and uphold the Honor Code throughout their enrollment at AUC.

18.2   Breaches of the Honor Code will be addressed according to the provisions of the Administrative Review and Grievance Procedures for AUC Students policy. Copies of this document are available from the Registrar's office, MEAS or may be downloaded from AUC's website.

### Attendance

19.1   Students are expected to attend all lectures, conferences, laboratories and clinical clerkship programs on the date those courses and clerkships are scheduled to begin.  No student shall leave the University during the term without a written Official Leave application being approved by the appropriate dean's office. Each professor or director of a teaching program at

the University has the right to enforce attendance requirements. These shall be minimum requirements for all lectures, conferences, laboratories and clinical rotations.

19.2   Documentation of less than 80% attendance for any clinical rotation may result in a failing grade for the student in that clinical rotation. However, the expectation is that all clinical students will have 100% attendance unless excused secondary to illness or a personal issue. In basic medical sciences courses, once it has been documented that a student has missed more than 20% of the classes comprising any course or, if the course is divided into modules, missing 20% of the classes comprising any module within a course, the course instructor will provide notice in writing that he or she will no longer be eligible to complete any graded assignments or examinations ("Assessments") for the rest of the term in that particular course or module. The grade to be recorded for subsequent Assessments will be a 0 and the final course grade will reflect the average of the completed assignments prior to the attendance deficiency combined with the 0's earned on assignments which the student is not eligible to complete.

19.3   Students repeating a course shall be subject to the same attendance requirements as other students taking it for the first time. This includes the stipulation that students attend a minimum of 80% of the class hours, including lectures, conferences, laboratories, etc. for each module comprising a course.

19.4   Absences as a result of health or other emergencies must be documented and approved by the Dean within 48 hours by a valid proof of the emergency (an "Excused Absence"). Any student who has received an approved Religious Accommodation Request will be granted an Excused Absence accordingly. If an absence is deemed to be unexcused by the appropriate Dean, a grade of zero (F), for any examinations missed shall be recorded. Students are discouraged from making plans to leave the basic medical sciences campus on the day of their last scheduled final exam. If an exam must be postponed or rescheduled by the University for any reason, a student's prior travel plans will not constitute the basis of an Excused Absence.

American University of the Caribbean                                    AUC Student Handbook

19.5   Students who miss an examination due to an Excused Absence approved by the Dean must take the next regularly scheduled make-up exam. Make-up mid-term exams are administered prior to final exams and make-up final exams are administered the day prior to registration for the next term. A student that misses a final exam due to an Excused Absence shall receive an "I" grade in accordance with clause 23.2.4.

19.6   The University reserves the right to schedule lectures, laboratory sessions, conferences and examinations at any time and on any day of the week including holidays and weekends.

Students are expected to remain on campus or at their clerkship location until the end of the term or clerkship assignment. Regardless of their time of departure, students are responsible for knowing their academic status at the end of each term.

## CLINICAL SCHEDULING PROCEDURES - CORE & ELECTIVE

### Purpose:

20.1   The following sets out the process that AUC students must follow to obtain core clerkship and elective rotation schedules. These procedures are intended to enhance communication, avoid scheduling problems and increase student satisfaction. Only those student schedules established in accordance with this process will be recognized by OCSA.

### Core Clerkships:

21.1   Upon receipt, student sends front and back of USMLE Step 1 test result report to OCSA by email to Silvia Sanchez at ssanchez@meas.aucmed.edu AND core@meas.aucmed.edu.

American University of the Caribbean                                                                    AUC Student Handbook

21.2    OCSA contacts the student to acknowledge receipt of passing Step 1 score and arrange a core clerkship schedule based on student's preferred region.  Students may only undertake core clerkships at affiliated hospitals.

21.3    OCSA schedules the student in available clerkships and notifies Hospital(s) of the assignment by email.  This notification is typically undertaken by submitting a roster of assigned students to the Hospital four weeks before a particular intake date.  A follow-up roster is submitted two weeks prior to the start date for last minute scheduling of wait-listed students if there are slots at the Hospital unfilled by another medical school.

21.4    No later than four weeks before the clerkship start date, (unless the clerkship was scheduled less than four weeks prior to the start date) OCSA mails student assignment documents to the Hospital by mail, which include:

    21.4.1   Letter of Good Standing

    21.4.2   Malpractice Insurance Certificate

    21.4.3   Student Transcript

    21.4.4   Student Immunization Records

    21.4.5   Clinical Student Evaluation Form

    21.4.6   Rotation Confirmation Form

    21.4.7   Background Checks and all other current or documentation that may be required by the hospital site or mandated by third parties.

21.5    The Hospital acknowledges receipt of the student schedule and confirms the clerkship assignment(s) by email.

21.6    OCSA confirms the clinical schedule with the student by email.

21.7    The student acknowledges the confirmed schedule by return email.

21.8    If the student changes the confirmed schedule for any reason with less than 30 days notice, he or she will be charged a fee of $1000 due to inconvenience caused to the hospital and other students.

**Elective Rotations:**

22.1    Students send OCSA a completed Elective Rotation Request Form by email or fax to: electives@meas.aucmed.edu.  This form is available for students to

h:\cy\student\handbook\student handbook 01 10 final.doc

Page 23

download from AUC's website at http://www.aucmed.edu/pdf/elective-request-documents/Elective-Request-Form.pdf.

22.2   OCSA confirms whether the requested rotation is available and whether it meets AUC's accreditation standards. If so, OCSA schedules the student for the requested rotation. If the rotation does not meet AUC's accreditation standards, OCSA notifies the student. If the requested slot is not available, OCSA will explore the possibility of an alternative site or date with the student.

22.3   A list of hospitals affiliated for elective rotations is available on the AUC website. Occasionally an unaffiliated hospital site will require that AUC enter into an affiliation agreement prior to scheduling a student for electives. In that case the legal department is requested to contact the hospital to enter negotiations for an affiliation. This process can take several months and an affiliation is not always achieved. Students should take this time frame into consideration when requesting an Elective Rotation at an unaffiliated hospital.

22.4   AUC requires that Elective Rotations be scheduled at hospitals that participate in or sponsor an ACGME accredited residency program in the subject area of the requested rotation. Students requesting a Non-Greenbook Elective must submit additional documentation. An information sheet on this is available from OCSA by email at electives@meas.aucmed.edu.

22.5   OCSA notifies the Hospital of the student schedule by email; this notification is typically undertaken four weeks before the rotation intake date by submitting a roster of assigned students to the Hospital. A follow-up roster is submitted two weeks prior to the start date for last minute scheduling of wait-listed students if there are slots at the Hospital unfilled by another medical school.

22.6   No later than four weeks before the clerkship start date, (unless the clerkship was scheduled less than four weeks prior to the start date) OCSA sends student assignment documents to the Hospital by mail, which include:

22.6.1   Letter of Good Standing

22.6.2   Malpractice Insurance Certificate

22.6.3   Student Transcript

22.6.4   Student Immunization Records

22.6.5   Clinical Student Evaluation Form

22.6.6   Rotation Confirmation Form

22.6.7   Background Checks and all other current or documentation that may be required by the hospital site or mandated by third parties.

22.7   After receiving the Hospital's confirmation of the student's assignment for the scheduled rotation(s), OCSA confirms the clinical schedule with the student by email.

22.8   The student acknowledges the confirmed schedule by email.

22.9   If the student changes the confirmed schedule for any reason with less than 30 days notice, he or she will be charged a fee of $1000 due to inconvenience caused to the hospital and other students.

# ACADEMIC PERFORMANCE

## Grades

23.1   AUC's official grading system (for the official transcript) is based on an assessment of "honors", "pass" or "fail". Numeric grades are not reflected on the student transcript.

23.2   Grades shall be calculated and reported as follows:

23.2.1   H (Honors): Honors shall be given for a score of 90% or higher in a basic medical science course. In clinical sciences, evaluations of above average or superior must be obtained and if the clerkship is a core rotation, a passing grade on the core examination must be achieved.

23.2.2   P (Pass): Pass shall be given for a score of 70% – 89% in a basic medical sciences course and performance of average or below average in a clinical rotation.

23.2.3   F (Fail): A Failing grade shall be given for a score of less than 70% in a basic medical science course, a failing evaluation in a clinical rotation

or a failing grade on a core examination. Insufficient attendance as set out in clause 16.1 may also justify a failing grade. A student who is AWOL mid-term will receive an F grade in all courses for which he or she was enrolled at the time. Receipt of an F grade in the basic medical sciences will require the student to repeat the course in the next term of enrollment (if he or she is not dismissed on academic grounds) and it will remain on the student's official transcript. Students will not be allowed to undertake "extra credit" work or "make-up" papers or be given credit for non-academic roles to raise a failing grade to a passing grade.

23.2.4 I (Incomplete): An incomplete for a course can only be assigned if:

23.2.4.1 a student has been absent less than 20% of the course due to one or more approved Excused Absence and as a result has missed the final exam for the course. However, if a student needs a grade of more than 100% on any missed exam to pass the course, then a course grade of F will be assigned. A grade of I in this instance must be converted by completing the course requirements before the beginning of the following term unless otherwise arranged with the Dean. Failure to convert an I grade within the time limitations will result in a change of grade from I to F and the student will have to repeat the course.

23.2.4.2 a student has not satisfied the requirements for certification for USMLE Step 1 as set out in the ICM 6 course syllabus from time to time. Receipt of an I grade in this instance will require the student to take a long-term Official Leave and he or she must convert the I grade by fulfilling the certification requirement by the end of the next term. Failure to do so will result in an "F" grade being recorded for the ICM 6 course and the student will be dismissed from the University on academic grounds. Students receiving such an I grade for the ICM 6

course should contact the Financial Aid department to discuss the effect of this on their loan status.

23.2.5 "WP", "WF" (Withdraw Pass / Fail): Any student who obtains an approved Official Leave from the University prior to the end of the 12th week of classes shall receive a grade of "WP" or "WF" for their courses not completed as of the date of withdrawal. A grade of "WP" is given if a course grade at the time of the LOA is 70% or greater. A grade of "WF" is given if a course grade at the time of the LOA is less than 70%. The student must retake and complete those courses during the next term of enrollment. For the avoidance of doubt, no student may receive a "WP" or "WF" grade for any one course more than once, (unless the student was previously withdrawn for non-payment of tuition and fees as set out in clause 9.5.4). Failure to successfully pass the course by the end of the next term of enrollment will result in an "F" grade.

23.3 Grades of examinations and final grades for courses shall be transmitted to individual students in a manner that ensures anonymity.

## Student Academic Status Classification

24.1 A student's most recent academic status at AUC will be recorded on his or her transcript. AUC recognizes the following academic status classifications:

24.1.1 DL = Dean's List;

24.1.2 GS = Good Standing;

24.1.3 AP = Academic Probation (clause 26);

24.1.4 AW = Academic Warning (clause 27);

24.1.5 PW = Probation Warning (Academic Probation and Academic Warning; and

24.1.6 AD = Academic Dismissal (clause 28).