American University of the Caribbean                                    AUC Student Handbook

**Satisfactory Academic Progress**

25.1   All AUC students must meet the University's policies on Satisfactory Academic Progress ("SAP"), as set out below. This is also a condition of eligibility for a student to apply for Student Financial Assistance ("SFA").

25.2   To assess students' academic progress, the medical school program is divided into increments of Academic Years. An Academic Year comprises two terms. Therefore, the AUC curriculum encompasses one and one-half Academic Years in a calendar year. The maximum time frame for completion of both components of the program of study (the basic medical sciences and the clinical sciences) is a total of 7 Academic Years, or 14 terms of enrollment.

25.3   Basic medical sciences students may take up to 3.5 Academic Years (7 terms of enrollment) to complete the basic medical sciences portion of the medical school curriculum. A student will be considered to have met AUC's standard of satisfactory academic performance if he or she:

25.3.1   has successfully completed a minimum of 30% of the total number of credit hours required to complete the basic medical sciences curriculum by the end of the second term of enrollment, while failing fewer than 17 credit hours (including repeated course credit hours).

25.3.2   has successfully completed a minimum of 60% of the total number of credit hours required to complete the basic medical sciences curriculum by the end of the fourth term of enrollment, while failing fewer than 17 credit hours (including repeated course credit hours).

25.3.3   has successfully completed a minimum of 90% of the total number of credit hours required to complete the basic medical sciences curriculum by the end of the sixth term of enrollment, while failing fewer than 17 credit hours (including repeated course credit hours).

25.3.4   has successfully completed a minimum of 100% of the total number of credit hours required to complete the basic medical sciences curriculum by the end of the seventh term of enrollment, while failing fewer than 17 credit hours (including repeated course credit hours).

25.4    Clinical Students may take up to 3.5 Academic Years (7 terms) to complete the clinical clerkship portion of the medical school curriculum.  A student will be considered to meet AUC's standard of Satisfactory Academic Performance if he or she:

25.4.1  has successfully completed a minimum of 22 weeks of clinical science rotations (while cumulatively failing no more than one rotation) by the end of the second term of clinical enrollment.

25.4.2  has successfully completed a minimum of 44 weeks of clinical science rotations (while cumulatively failing no more than one rotation) by the end of the fourth term of clinical enrollment.

25.4.3  has successfully completed a minimum of 66 weeks of clinical science rotations (while cumulatively failing no more than one rotation) by the end of the sixth term of clinical enrollment.

25.4.4  has successfully completed a minimum of 72 weeks of clinical science rotations (while cumulatively failing no more than one rotation) by the end of the seventh term of clinical enrollment.

### Academic Probation

26.1    At a minimum, AUC will evaluate a student's performance at the end of each Academic Year to assess whether he or she has met its standard of Satisfactory Academic Performance ("SAP") as set out above.   A student whose performance does not meet that standard will be notified in writing and placed on Academic Probation for the next Academic Year.   The student will be eligible for financial aid during the probationary period.

26.2    A student who is on Academic Probation may still be dismissed if he or she fulfills AUC's Criteria for Dismissal as set out in clause 28.1 during the probationary period.

26.3    At the end of the probationary period, the student must be back in SAP or will be subject to dismissal on academic grounds pursuant to clause 28.2 and, if reinstated after appeal, he or she will not be eligible for all financial aid.  To reestablish SAP (and financial aid eligibility), a reinstated student must have

met the applicable standards set out in clause 25 within the required time frame.

26.4 Students may appeal a decision regarding their Academic Probation to the Student Evaluation and Promotions Committee in accordance with the policies and procedures notified to them from time to time.

## Academic Warning

27.1 Students who have failed 10 or more credit hours in the basic medical sciences shall receive written notice that they have been placed on Academic Warning, which will remain in effect until they complete the basic medical sciences or are dismissed.

27.2 Students that have been reinstated after successfully appealing an Academic Dismissal shall receive written notice that they have been placed on Academic Warning, which will remain in effect until they complete the basic medical sciences or are dismissed again.

27.3 Students who are accepted to transfer to AUC with advanced standing will be placed on Academic Warning and their academic performance will be reviewed at the end of the first term of enrollment. The notice and terms of such Academic Warning will be stated in the Letter of Admission.

## Criteria for Dismissal

28.1 Basic medical sciences students will be dismissed from the University on academic grounds if they fail a total of 17 or more credit hours, including repeated courses, or if they fail to pass ICM 6 in accordance with the course syllabus.

28.2 Any student who fails to meet SAP after one academic year of probation will be dismissed from the University on academic grounds.

28.3 Any student matriculating in January 2009 or thereafter and who does not graduate within 7 years of matriculating will be dismissed from the University on academic grounds.

28.4     Any basic medical sciences student who fails the same course twice may be dismissed from the University on academic grounds.

28.5     Any student who does not pass USMLE Step 1 in accordance with clause 15 will be dismissed on academic grounds.

28.6     A student who fails one rotation in the clinical clerkship program may be dismissed from the University on academic grounds.

28.7     A student who fails two clinical clerkships *will* be dismissed from the University on academic grounds.

28.8     Any student who is granted an Academic Long Term Official Leave to take USMLE Step 1, Step 2 or one or more NBME Subject Examinations and who does not sit for the stipulated exam(s) during the leave period will be dismissed on academic grounds.

28.9     Any student who exhibits personal characteristics or behavior that is inappropriate for one seeking to become a physician shall be subject to dismissal regardless of academic performance. The University may summarily remove a student from a course or clinical rotation if his or her conduct could be detrimental or otherwise poses a risk to the student, his or her peers, or the delivery of patient care. For the avoidance of doubt, the University reserves the right to dismiss a student for either academic or non-academic reasons.

       28.9.1   Students should note that this clause encompasses acts of dishonesty or other failure to comply with the Student Honor Code, set out in clause 18.

28.10    The appropriate Dean renders academic dismissals. Basic medical sciences students may appeal a dismissal to the Student Evaluation and Promotions Committee. Clinical students may appeal a dismissal to the CAO or designee.

## Learning Disabilities

29.1     The test accommodation of extended test time (at time plus 1/2) will be offered to those students with Learning Disabilities (as defined by USMLE) who meet the requirements and provide the documents required in the USMLE policy

stated in official USMLE literature and who fill in the AUC questionnaire related to application for accommodations. (A booklet on USMLE required documentation can be applied for from the Test Accommodations Coordinator, ECFMG, 3624 Market Street, Philadelphia, PA). It is the student's responsibility to provide all required documents to AUC as early as possible. The test accommodations will not be offered until the student's documents have been reviewed and approved by the appropriate AUC committee.

## Basic Medical Sciences - Examinations

30.1    The responsible faculty member, with approval of the Dean, shall determine the type, content and frequency of examinations, subject to any University applicable policies in effect at the time.

30.2    Conduct of Examinations

    30.2.1    Only students who are eligible to take the examination for credit shall be allowed to take an examination.

    30.2.2    Students shall not be permitted to enter the examination room after any student has left the room.

    30.2.3    Any student leaving his or her seat during an examination without permission may be deemed to have completed the examination.

    30.2.4    A proctor must accompany any student who leaves the examination room during an exam. Permission to leave the examination room will only be granted for emergencies or personal exigent circumstances.

## Clinical Medical Sciences – Evaluations

31.1    Formal written evaluations from clinical clerkships include an assessment of the student's fund of knowledge, clinical skills and professionalism.

    31.1.1    An estimate is made of the student's overall performance in the clerkship, degree of human qualities and maturity as a future physician. A descriptive summary of the student's strengths and

weaknesses is encouraged in addition to a specific area grading evaluation.

31.1.2  Each core clerkship director should informally evaluate students after two weeks in a six-week clerkship and after three to four weeks in a twelve-week clerkship. This evaluation need not be written. It is for the purpose of identifying and notifying any student who is having difficulty so he or she has an opportunity to improve his or her performance. An informal evaluation should be done after two weeks in a four week elective. Students who have any doubts about their performance should actively seek such feedback from their supervising clinical faculty early on in the rotation. Clinical students should feel free to consult the clinical coordinators at MEAS and program directors at their clinical hospital site to resolve any issue before it becomes a performance problem.

31.2  Students undertaking core rotations must also take a written NBME examination for each core area after they have completed the clinical rotation. This may require that they travel to the nearest site that administers the NBME exam. All students are expected to sit for the applicable NBME subject exam within 120 days after completing each core rotation. The student must pass the written NBME subject examination to obtain credit for the core rotation. Until the core exam is passed for each core rotation, the student will receive an "I" grade for the clerkship. A student may take the examination a 2nd time if a failing score was obtained on the first attempt. If failed on the 2nd attempt, the student may receive an "F" grade for the rotation and may be required to obtain remedial clinical instruction as directed by the Clinical Dean, which may include repeating the clinical core rotation. A third failure of the written exam or failure of any clinical core rotational evaluation will constitute grounds for academic dismissal.

31.3  Cancellation of a scheduled NBME examination less than thirty days from the examination date will result in the student being charged a $100 penalty charge for re-registration. Students who fail to show up to sit for a scheduled NBME examination will be charged a $100 penalty charge for re-registration.

American University of the Caribbean                                                    AUC Student Handbook

31.4   All students will be required to have taken and passed all five NBME subject examinations within 120 days after completing core rotations or they will be required to discontinue their elective rotations and take an Academic Long term Official Leave in accordance with clause 16.3.

31.5   Any student who is granted an Academic Long Term Official Leave to take one or more NBME exams and who does not sit for the exams during the leave period will be subject to dismissal on academic grounds pursuant to clause 28.8.

31.6   Students who have not passed the NBME Clinical Subject Examinations in all five core subjects after two Long Term official leaves will be placed on Academic Warning and will be required to consult with the CAO or Clinical Dean to determine how the written core examination failure(s) will be resolved.   Resolution may consist of remedial work that could include repetition of a core clerkship rotation or academic dismissal.  All students will be required to pass all of their NBME Subject Examinations before commencing their fourth year rotations.

## Promotions

32.1   In addition to the requirements set out in clause 14 for ECFMG certification, the criteria for certification of an application to take USMLE Step 1 are that a student must complete the basic medical sciences portion of the curriculum with an AUC cumulative GPA greater than or equal to 70%.

32.2   All students are required to pass USMLE Step I before proceeding to clinical rotations.  Please note clause 28.5.

32.3   Students are advised that the basic medical sciences administration may communicate to clinical administrators and / or faculty regarding the special needs of any student commencing clinical rotations.   Students who are considered to have special needs will be notified accordingly.

American University of the Caribbean                                                    AUC Student Handbook

## Requirements for Graduation: M.D.

33.1    To be eligible to receive the M.D. degree, the student must have complied at all times with the Honor Code and have:

    33.1.1    satisfactorily completed the basic medical sciences portion of the curriculum;

    33.1.2    satisfactorily completed all required 72 weeks of clinical rotations;

    33.1.3    passed all NBME Subject Examinations; and

    33.1.4    fulfilled all financial obligations to the University.

33.2    In addition to the above, passing scores on the USMLE Steps 1 and 2 are required as follows:

    33.2.1    students matriculating in the May 2003 term or thereafter must pass the USMLE Step 1 to be eligible to graduate with an M.D. degree.

    33.2.2    students matriculating in the May 2006 term or thereafter must also pass the USMLE Step 2 to be eligible to graduate with an M.D. degree.

33.3    Only students who have successfully completed the medical education program will be allowed to participate in the Graduation Ceremony.

American University of the Caribbean                                      AUC Student Handbook

## NON-ACADEMIC POLICIES

### Student Non-Academic Standard of Conduct

34.1    A student enrolling at the AUC assumes an obligation to conduct him or herself in a manner compatible with the University's function as an institution of higher education preparing its students to enter into a profession with high standards of conduct. Each student:

34.1.1  Is expected to make choices and conduct him or herself in a manner that fosters and preserves a safe and secure environment in which students, faculty and staff are able to pursue their academic endeavors without unreasonable risk to their health, safety and wellbeing.

34.1.2  Is expected to practice responsible citizenship and to respect the rights of others.

34.1.3  Is responsible for his or her own actions.

34.1.4  Is responsible for the conduct of his or her guests. All Guests are required to sign in with the Security Services at the gate on arrival at AUC and sign out when leaving. When signing in, each Guest must provide valid photo identification (driver's license or passport) to the Security Services and provide the name of the Occupant whom he or she is visiting. Guests are required to wear their visitor nametag at all times when on campus. No Guests are allowed to attend classes, lectures or labs without prior permission of the professor concerned.

34.2    Failure to uphold University policies, procedures, standards of conduct or violation of the laws of St. Maarten are serious infractions and will result in disciplinary action pursuant to the AUC Administrative Review and Grievance Procedures. The health and safety interests of the academic community will be considered an important factor in any such action.

34.2.1  For the avoidance of doubt: verbal threats, intimidation, stalking - even if this does not result in bodily harm - are grounds for dismissal.

American University of the Caribbean                                    AUC Student Handbook

## Health Insurance

35.1    The government of St. Maarten requires all students to obtain locally global health insurance coverage to obtain a student visa.   In addition, AUC's hospital affiliation agreements require students to maintain health insurance coverage during clinical rotations.   Therefore, AUC has negotiated health insurance policies to cover basic medical science students and clinical science students.

35.2    Commencing with the January 2010 term, all students will be automatically enrolled in the relevant AUC health insurance plan unless he or she provides proof of alternate coverage at the time of registration by completing a waiver form and providing a copy of his or her current global health insurance card.

35.3    Effective May 2010, all students will be enrolled in the applicable AUC student health insurance policy when registering for classes each semester.   The only exception will be students rotating for clinical clerkships in the UK for more than six months.   Such will be required to enroll in the health insurance policy upon resumption of US rotations.

35.4    A flat rate health insurance fee will be charged per semester at the time of registration.   Students excepted from AUC's health insurance coverage will receive a credit on their account.

35.5    Although it is not required, it is highly recommended that students maintain health insurance coverage while on long term official leave to avoid a lapse in coverage and potential exclusion for a pre-existing condition when enrolling in the next semester.

35.6    Further information regarding the AUC health insurance policies may be obtained from MEAS at 305-446-0600, ext. 1048.

## Random Drug Testing and Criminal Background Checks

36.1    Students should be aware that most hospitals require criminal background checks prior to scheduling them for clinical rotations.   Additionally, hospitals routinely require students rotating for clinical clerkships to consent to random

drug tests.   Positive reports or results from either of these are likely to result in disciplinary proceedings which may constitute grounds for dismissal.

36.2    Any student that is the subject of disciplinary proceedings while enrolled at the University should expect that a background check may be conducted by the school.  A finding that the student has made a false or misleading statement on his or her application is grounds for dismissal.

## Anti-Hazing

37.1    The University prohibits students and other persons associated with any AUC organization from engaging in any activity that can be described as hazing.

37.2    Hazing shall include but not be limited to any brutality of a physical nature such as whipping, beating, branding, forced calisthenics, exposure to the elements, forced consumption of any food, liquor, drug or other substance or any other forced physical activity which could adversely affect the physical health or safety of the individual and shall include any activity which would subject the individual to extreme mental stress, such as sleep deprivation, forced exclusion from social contact, forced conduct which could result in extreme embarrassment or any other forced activity which could adversely affect the mental health or infringe on the rights of an individual. Any activity as described above upon which initiation or admission into or affiliation with a University organization is directly or indirectly conditional shall be presumed to be a "forced" activity, the willingness of an individual to participate in such an activity notwithstanding.

37.3    The Associate Dean for Student Affairs shall ensure that each registered student organization is informed of this policy and that the organization president and faculty sponsor sign a statement on the organization's term status report that they have been informed and understand the policy.

37.4    Organizations found to have violated this policy shall at a minimum be prohibited from utilizing University facilities for an academic term and at a maximum be required to have the organizational charter revoked and be permanently removed from the campus. Nothing herein shall preclude the

University from taking disciplinary action against individual members participating in any activity considered to be hazing.

## Campus Smoke-Free Policy

38.1   Scientific findings, as summarized by the United States Surgeon General and the Environmental Protection Agency indicate that the simple separation of buildings into "smoking" and "nonsmoking" sections does not do enough to eliminate environmental tobacco smoke. In light of the health hazards associated with tobacco smoke for smokers and non-smokers alike, the AUC has adopted the following smoke-free policy.

38.2   All buildings, including academic, administrative, dining, residential service and mixed-use facilities and all vehicles, which are owned, operated or leased by the University, will be entirely smoke-free. The smoke-free policy will apply to all indoor air space, including all common areas and assigned spaces. Smoking is not permitted on the exterior breezeways or within 50 feet of an entrance or window of any building. Smoking is permitted only in designated smoking areas. All cigarette butts should be appropriately extinguished and disposed of in a receptacle provided for that purpose.

38.3   Violations of this policy may result in disciplinary actions or terminations pursuant to the University's Administrative Review and Grievance Procedures. Students who cause damage to University property in violation of the smoking policy will be charged for necessary repairs including refinishing, repainting and reupholstering.

## Notification of Rights under FERPA

The Family Educational Rights and Privacy Act (FERPA) affords students certain rights with respect to their education records. These rights include:

39.1   The right to inspect and review the student's education records within 45 days of the day the University receives a request for access.

39.1.1 A student should submit to the registrar, dean, head of the academic department, or other appropriate official, a written request that identifies the record(s) the student wishes to inspect.

39.1.2 The University official will make arrangements for access and notify the student of the time and place where the records may be inspected.

39.1.3 If the records are not maintained by the University official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be addressed.

39.2 The right to request the amendment of the student's education records that the student believes are inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.

39.2.1 A student who wishes to ask the University to amend a record should write the University official responsible for the record, clearly identify the part of the record the student wants changed, and specify why it should be changed.

39.2.2 If the University decides not to amend the record as requested, the University will notify the student in writing of the decision and the student's right to a hearing regarding the request for amendment.

39.2.3 Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.

39.3 The right to provide written consent before the University discloses personally identifiable information from the student's education records, except to the extent that FERPA authorizes disclosure without consent.

39.3.1 The University discloses education records without a student's prior written consent under the FERPA exception for disclosure to school officials with legitimate educational interests.

39.3.2 A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted as its agent to provide a service instead of using University employees or officials (such as an attorney, auditor, or collection agent); a person

serving on the Board of Trustees; or a student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.

39.3.3   A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibilities for the University.

39.3.4   Upon request, the University also discloses education records without consent to officials of another school in which a student seeks or intends to enroll.

39.4   The right to file a complaint with the U.S. Department of Education concerning alleged failures by the University to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

> Family Policy Compliance Office
> U.S. Department of Education
> 400 Maryland Avenue, SW
> Washington, DC  20202-5901

## POLICY ON RELIGIOUS ACCOMMODATION

### Reason for Policy

40.1   AUC is committed to diversity and nondiscrimination and recognizes that many religious observances occur on days not designated as University holidays. As such, AUC has provided policies and procedures to accommodate the religious observances of students.

40.2   It is the responsibility of each student to file his or her own Religious Accommodation Request in accordance with the time limits set forth in the "Procedures to Request Religious Accommodation" section. Every effort will be made for approval of such requests but there may be denial if the requested accommodation constitutes an undue hardship for the school or requires a change in the medical education program.

American University of the Caribbean                                    AUC Student Handbook

40.3    If a student's religious observance involves an absence from classes or examinations, the absence may be excused on approval of a formal Religious Accommodation Request as set in clause 42.1. A student receiving an Excused Absence on the day of a scheduled exam will be expected to take the next make-up exam administered by the University in accordance with clause 19.4.

40.4    Students should be aware that the approval of a Religious Accommodation Request does not exempt them from the minimum attendance requirements of the University as set out in clauses 19.1 and 19.2.

**Accommodation Policies Concerning Clinical Clerkships**

41.1    For students undertaking clerkships, which may include being on call, patient care must always take precedence. Although supervised, third and fourth year medical students have direct patient care responsibilities during clinical clerkships and cannot refuse their clinical responsibility for religious reasons. As set out in clause 19.2, the expectation is that all clinical students will have 100% attendance unless they have obtained an Excused Absence in advance from the Clerkship Director.  Clinical students should note that the hospitals, not AUC, have control over clerkship schedules for clinical training. Therefore, approval of a Religious Accommodation Request on the basic medical sciences campus will not ensure that accommodations will be granted during clinical clerkships.

41.2    Similarly, the NBME shelf exams are administered to clinical students only on certain days and at certain clinical training sites.  Any request to change the scheduled NBME examinations will be considered to constitute an undue burden for the University.  Students seeking a religious accommodation for taking the NMBE exams may expect to travel to a distant testing site if they do not wish to take an NBME exam on the date scheduled at the nearest test center to their clinical training site.  Students should note that the time limits for taking the NBME exams as set out in clause 31 will not change for students requesting a religious accommodation.

American University of the Caribbean                                              AUC Student Handbook

### Procedures to Request a Religious Accommodation

42.1    The student requesting the religious accommodation must make a formal
        request to the Associate Dean for Student Affairs within two (2) weeks after
        matriculating to AUC's basic medical sciences campus. If a student experiences
        a genuine religious conversion after matriculating to AUC, he or she should
        contact the Associate Dean for Student Affairs (for basic medical sciences
        students) or Associate Dean for Clinical Student Affairs (for clinical students)
        within the first week of the following semester so that a formal request may be
        made.

42.2    The student requesting a religious accommodation is obligated to cooperate
        with the University's attempts to accommodate the request. It may be
        necessary for the University to request the student to provide documentation
        or other authority to support the need for an accommodation. Further, the
        University may need to discuss the nature of the religious belief(s), practice(s)
        and accommodation with the religion's spiritual leader (if applicable) or
        religious scholars to address the request for a religious accommodation.

### Duration of the Granted Religious Accommodation

43.1    Once an accommodation request is granted, it will constitute an Excused
        Absence as described in clause 19.4 for all of recognized holidays for the
        student's particular religion and cover his or her entire course of enrollment in
        the medical education program.   Therefore, once a student is granted a
        Religious Accommodation, he or she will be scheduled to take make-up exams
        for all exams falling on the recognized holidays for the specified religion as
        described below.

### Recognized Religious Holidays

44.1    As stated on its website and elsewhere in the Student Handbook, AUC
        reserves the right to schedule classes and exams at any time and on any day of
        the week.   AUC will endeavor to avoid scheduling exams on certain

recognized high holy days: Christmas, Good Friday, Yom Kippur, Rosh Hashanah, Eid-al-Fitr and Eid-al-Adha. However, this may not be possible in the event of rescheduling due to tropical storms, hurricanes or other occurrences beyond the control of the University resulting in power or internet outages.

44.2    Approval of a Request for Religious Accommodation will excuse a student's absence from classes and / or exams for observance of religious holidays that are recognized on www.world-calendar.com in addition to regular Sabbath days. Students requesting an accommodation for holidays and / or holy days not recognized on www.world-calendar.com should specify exactly what holidays / holy days they observe on the Request for Religious Accommodation and be prepared to demonstrate to the Associate Dean for Student Affairs why they are prevented from fulfilling the regularly scheduled program of education on that day.

**Time Period to Make-up Exams/Assignments**

45.1    Granting of a religious accommodation constitutes as an Excused Absence. All students given an Excused Absence, including those granted as religious accommodation, must make up exams and assignments during the regularly scheduled make-up date/time. Absence from classes or examinations for religious reasons does not relieve students from responsibility for any part of the course work required during the period of absence. With respect to class attendance in the basic sciences, the student still must maintain a minimum of 80% attendance or they will receive an "F" grade.

45.2    Clinical students are expected to maintain 100% attendance (see clause 19.2). The instructor may also appropriately respond if the student fails to satisfactorily complete any alternative assignment or make-up examination. Time limits with respect to taking the NBME exams, as set out in clause 31, should be noted carefully as these will continue to apply whether or not a religious accommodation has been granted (see clause 41.2).

Religious Accommodation Grievance Procedures

46.1    In those cases where a request for a religious accommodation is denied, the student may request an Administrative Review pursuant to the University's Administrative Review and Grievance Procedures. Where request is made by the student but denied, the Administrative Review process shall be expedited as much as reasonably possible to ensure that a student pursuing a religious accommodation is not unduly disadvantaged by the passage of time.

Record Keeping

47.1    Materials related to a student's Religious Accommodation Request, including the written request for accommodation and any other document or information, will be treated as confidential except as necessary to give effect to the accommodation granted.

# ELECTRONIC INFORMATION RESOURCE USAGE POLICY

Introduction

48.1    This policy sets out the rights and responsibilities of students who use the electronic information resources at AUC. This includes the academic and administrative networks, computer systems and labs, online information resources (whether hosted on or off campus), telecommunications systems and all Internet resources accessed through AUC systems – including network bandwidth.

48.2    The electronic information systems at AUC are provided for the purposes of instruction, research, personal development and administration. This policy informs students of the rights they may expect and their responsibilities. This

policy applies to all users of AUC system resources, including those who access these resources from off campus.

## Rights

49.1    The University seeks to provide an environment in which academic usage of electronic information resources has the first priority and in which there is respect for freedom of inquiry and expression; opposition to censorship; privacy and confidentiality; freedom from sexual harassment and protection of intellectual property.   In particular, the same standards and principles of intellectual and academic freedom already supported by the University in other areas extends to material received through the network.   This extends also to publication: the same standards of intellectual and academic freedom developed for faculty and student publication in traditional media are applicable to publication in electronic media.   These standards are set out in the University's Intellectual Property Policy.

49.2    In addition, respect for law, for due process and the presumption of innocence are crucial elements of this environment.

## Responsibilities

50.1    Students are expected to abide by the policies of the University, whose existence makes the use of these electronic information resources available. Every student is also expected to be considerate of the rights of other users, including faculty and staff.  Examples of infringements of these principles may include, but are not limited to the following.

50.1.1   Using the AUC electronic information resources for unauthorized, illegal or criminal purposes.  For clarification, visiting pornographic websites or other urls that are inappropriate with the educational objectives of the University or which pose a risk to the school's systems are not an authorized use of the electronic resources.

50.1.2  Unauthorized use of the electronic information resources for commercial enterprises.

50.1.3  Substantially and willfully interfering with another person's authorized use.

50.1.4  Compromising or attempting to compromise privacy or confidentiality. In particular, attempts to read another person's electronic mail or other protected files will be treated as a serious violation of these policies.

50.1.5  Modifying or attempting to modify system assets or facilities without authorization, including software or hardware installation. This includes the use of the AUC system as a staging ground to crack other systems.

50.1.6  **Obstructing other users work or access by consuming gratuitously large amounts of system resource (e.g., network bandwidth or printers). This includes, but is not limited to, downloading large files for non-academic purposes, peer-to-peer networking, game playing or other monopolizing of the electronic information resources for entertainment or personal use.**

50.1.7  Accessing accounts and passwords without authorization or allowing unauthorized persons to access the user's authorized account.

50.1.8  Violating copyright or license agreements.

50.2  Individuals using AUC electronic information resources or systems will be held responsible for their own actions and will be subject to applicable laws and AUC policies.

### Privacy and Security

51.1  AUC network and system administrators are expected to treat the contents of user's electronic files as private and confidential. However, normal operation and maintenance of the systems requires backup and caching of data and communications, the logging of activity and the monitoring of general usage patterns. In particular, students should be aware that any AUC electronic

information resources that they are given access to, including computers located in the computer labs, are not intended as a private resource. Therefore any personal use of these resources should be undertaken with that understanding.

51.2    In all matters relating to privacy and security of individual accounts and communications, along with requests for release of information, AUC electronic information resource / computer system users are required to abide by applicable laws and University policies. These generally regard electronic records as private and confidential. However, they allow for examination or disclosure of those records in response to a proper subpoena or court order from external attorneys, police, and/or administrative agencies and in response to on-campus investigations following established University review procedures.

## Due Process; Complaints and Sanctions

52.1    Violations of the policy stated here are treated like any other AUC policy violation and are governed by the same procedures. Notification of possible violations may be made to the campus Information Technology Services ("ITS") Help Desk at telephone extension 259 or to abuse@aucmed.edu.

52.2    In particular, the person against whom the complaint is made will be presumed innocent until proven otherwise. Nonetheless, though status should not be altered pending action on charges, system administrators are authorized to immediately take actions such as locking accounts when the safety and well-being of students, faculty, staff or property is at risk. As soon as practical, the ITS Director will be contacted to either authorize or suspend an investigation. The means of investigating may include, but not be limited to, monitoring traffic and files, including the contents thereof. The subject will be notified of the investigation, and of his or her rights, including the right to due process, as soon as practical.

52.3    Sanctions for violating this policy can include all regular sanctions (admonition, warning, reprimand, suspension, dismissal, etc.).  In addition it can include loss of electronic information resource / computer systems access.

## Open Access

53.1    The University is committed to allowing access to all electronic information resources to all members of its community, free of restrictions such as age or residency status.

## Evolving Policy

54.1    The University's ITS policies are designed to reflect current conditions.  As information technology continues to develop and conditions change, we will review our policies accordingly.

54.2    All students will be held accountable for complying with policies notified to them from time to time.

# AUC E-MAIL POLICIES

## AUC Email – Official Communication

55.1    On matriculation, each student is assigned an AUC email account.  Official electronic communication from AUC will be delivered to students only via their AUC email account.

55.2    Students are deemed to have received any email send by AUC to an AUC email account.  Therefore, it is recommended that students regularly check their AUC email account for important messages from faculty and administration, and to ensure that there is adequate room in account their inbox for messages to be received.

55.3     Any student wishing to report a problem regarding their AUC email account, should send a message to postmaster@aucmed.edu.

## AUC E-mail Acceptable Usage Policy

56.1     This clause establishes operating principles and acceptable use policies as they relate to the students use of the Internet and the email services provided by AUC. Students are expected to conduct themselves according to the standards set out in the AUC Honor Code in general and specifically as set out below.

56.2     Responsibility and Respect - The Internet is a network intended for use by users that act in a mature manner. The Student recognizes this principle and undertakes at all times to act with respect, courtesy and responsibility, giving due regard to the interests and rights of other Internet user groups. This general guideline carries with it the following specific responsibilities:

56.2.1     Improper Uses - The Student will avoid violation of certain generally accepted guidelines on Internet usage such as restrictions on mass mailings and mass advertisements, pirating or copying of software, mail bombing or other methods of attempting to deny service or access to other users and attempts to violate security.

56.2.2     Compliance with Laws - The Student will ensure that his or her use of the Internet complies with all applicable federal, state and local law and regulation, including but not limited to those principles of law which protect against compromise of copyrights, trade secrets, proprietary information and other intellectual property rights, libel or defamation of character, invasion of privacy, tortuous interference and export of technical or military data to prohibited countries.

56.2.3     Validation of Information - The Student is responsible for validating the integrity of the information and data he or she receives or transmits over the Internet.

56.2.4     Security - The Student is required to protect the security of his or her Internet account and usage. The Student's password should be treated

as private and confidential and not disclosed to or shared with any third parties.

56.2.5   Discretion and Judgment - The Student is expected to use discretion in the treatment and handling of Internet information and data and to take particular care to insure that adult information is not transmitted to juvenile users of the Internet.

56.2.6   Pornography - AUC adheres to U.S. laws and regulations regarding adult-related material of any nature.   Students must not publish pornography using AUC's email account.

56.2.7   Net abuse, including but not limited to activities such as using a non-existent email return address on a commercial solicitation, spamming (sending unsolicited advertising to numerous email addresses or newsgroups and/or generating a significantly higher volume of outgoing email than a normal user), allowing spamming by third parties to promote a web site hosted by AUC, trolling (posting outrageous messages to generate numerous responses), mailbombing (sending multiple messages without significant new content to the same user), subscribing someone else to a mailing list without that person's permission, cross-posting articles to an excessive number of newsgroups or attempting without authorization to enter into a secured computer system. AUC reserves the right to determine what constitutes net abuse.

56.2.8   Excessive CPU usages - Students using excessive amounts of CPU processing on any of AUC's servers may have their account suspended on a temporary or permanent basis, at the discretion of AUC.

56.3   Repeated offenders, having been warned of unacceptable email service usage, may be subject to disciplinary proceedings in accordance with AUC's Administrative Review and Grievance Proceedings.

# FITNESS CENTER POLICIES

### Use of Fitness Center

57.1    Use of the Fitness Center is available only during posted hours to currently enrolled students of the University, faculty, staff and such guests as have been approved by the office of the Dean and who have been issued with a temporary identification card ("Users"). Fitness Center Users must have an AUC University Identification Card available at all times for easy verification by University staff.

57.2    Users of the Fitness Center will be expected to comply at all times with any Policies, Rules or Regulations which may be posted from time to time to govern such usage. Use of the Fitness Center is a privilege, not a right. **Failure to comply with terms of usage will result in revocation of this privilege.**

57.3    Fitness Center Users shall be expected to meet a standard of hygiene and cleanliness while attending classes, lectures and examinations suitable for an institution of learning leading to a professional degree.

### Assumption of Risk

58.1    Use of the University's Fitness Center is voluntary. Therefore, users assume responsibility for their own well-being and safety. Users are advised to consult a physician on matters regarding their health status prior to entering the Fitness Center. Users of the Fitness Center attest and verify that they are physically fit to engage in any activity that they undertake.

58.2    In consideration of their use of the Fitness Center, Users shall hold harmless the University, its employees, Board of Trustees or any other person with an interest in or acting on behalf of the University, from all liability for injury to property or person suffered during such use. This is binding upon their heirs, executors and administrators.

## Fitness Center Rules & Regulations

59.1   The following rules have been established to ensure the safety and enjoyment of all Fitness Center users and to preserve the facilities for their intended use. Cooperation of all users is appreciated.  Staff have been hired to enforce all Fitness Center rules and all posted regulations. Fitness Center users who notice violations of rules, regulations or policies are asked to bring them to the attention of the staff.

59.2   No bicycles or animals are permitted inside the Fitness Center.  Gallon jugs, smoking, smokeless tobacco, alcoholic beverages and gum are not permitted. Beverage containers must have a lid. Turf shoes, cleats, spikes or roller blades must be removed before entering.  Spitting, inappropriate language, verbal abuse and fighting will not be tolerated.

59.3   Sweat towels are not provided and Users should bring their own.

59.4   Users are expected to be considerate of others. Time limitations may be posted imposing a limit on the length of workouts or activities during peak hours of usage.

## Strength Room

60.1   Persons must be at least 18 years of age in order to be in the strength room area. Lifters must wear workout clothing, including shirt and shoes; no street clothing allowed.  Lifters must re-rack all plates, dumbbells and attachments after each use and wipe off equipment after use.  Lifters must not drop or throw weights.

## GENERAL

### Amendments to Handbook

61.1    The provisions of the Student Handbook may be modified, amended or revised from time to time by AUC and any changes will be binding on students from the effective date.

### Effective Date

62.1    The effective date of this Student Handbook is 1 January 2010.