IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER,<br>    *Plaintiff*,<br><br>v.<br><br>AMERICAN UNIVERSITY OF THE<br>CARIBBEAN N.V., INC.,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§   **CIVIL ACTION NO: 11-CS-00623**<br>§<br>§<br>§   **JUDGE STAGG**<br>§ |

## NOTICE OF FILING AMENDED PLEADING AS OF COURSE

PLEASE TAKE NOTICE that on October 4, 2011, Plaintiff Michael Steven Kober filed his *First Amended Complaint for Emergency Injunctive Relief and Demand for Jury Trial*, a copy of which is served and filed with this notice, in the above-entitled court as a matter of course pursuant to Fed. R. Civ. P. 15(a).

    Respectfully submitted,

    KITCHENS, BENTON, KITCHENS & BLACK

    By:   s/ Clinton C. Black

    Clinton C. Black (TA)
    Bar Roll # 26604
    2122 Airline Drive, Suite 200
    Bossier City, Louisiana 71111
    Telephone:   (318) 747-9636
    Facsimile:   (318) 747-7679

    MULLIN HOARD & BROWN, LLP
    Robert R. Bell, TSBN 00787062
    John G. Turner, TSBN 20320550
    Richard Biggs, TSBN 24064899
    P.O. Box 31656
    Amarillo, Texas 79120
    Telephone:   (806) 372-5050
    Facsimile:   (806) 372-5086
    ***Attorneys for Plaintiff, Michael Kober***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Filing of Amended Pleading As Of Course has been served upon AUCSM's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 4th day of October, 2011.

                                                s/ Clinton C. Black
                                                Clinton C. Black

{2705\00\00385763.DOC / 1}