## VERIFICATION

STATE OF LOUISIANA §
§
ASCENSION PARISH §

BEFORE ME, the undersigned notary public, on this day personally appeared Michael Steven Kober, who, after being duly sworn, stated under oath that he the plaintiff in this action, that he has read Plaintiff's First Amended Complaint for Emergency Injunction Relief and Demand for Jury Trial, and that every factual statement contained in the complaint is within his personal knowledge and is true and correct.

_____
Michael Steven Kober

SUBSCRIBED AND SWORN to before me on this the __4__ day of October 2011.

_____
Notary Public, State of Louisiana