IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> **AMERICAN UNIVERSITY OF THE** § <br> **CARIBBEAN N.V., INC.,** § <br> *Defendant*. § <br> § | **CIVIL ACTION NO.: 11-CS-00623** |

**APPLICATION FOR ADMISSION *PRO HAC* VICE
AS CO-COUNSEL FOR MICHAEL STEVEN KOBER**

NOW INTO COURT comes Plaintiff Michael Steven Kober ("Kober") who moves that Robert R. Bell be admitted by this Court to act as co-counsel on behalf of Michael Steven Kober, and in support of this motion states:

1. Robert R. Bell is licensed to practice law in the State of Texas (admitted November 5, 1993). Currently he is a member in good standing of the State Bar of Texas and the United States District Court for the Northern District of Texas. Mr. Bell is not under suspension or disbarment by any court, and no criminal charges have been instituted against him. As evidence thereof, an Affidavit and Certificate of Good Standing from the United States District Court for the Northern District of Texas are attached as Exhibits A and B.

2. Robert R. Bell is an attorney with the law firm Mullin Hoard & Brown, L.L.P., 500 South Taylor, Suite 800, LB# 213, Amarillo, Texas, 79101 (phone: 806-372-5050), (fax: 806-371-6230), (e-mail: rbell@mhba.com).

3. The law firm of Kitchens, Benton, Kitchens & Black is counsel for Michael Steven Kober in the above-captioned matter. By this motion it is requested that

the Court admit, *pro hac vice*, Robert R. Bell to act as co-counsel for Michael Steven Kober.

**WHEREFORE**, Plaintiff Michael Steven Kober prays that Robert R. Bell be admitted *pro hac vice* and enrolled as co-counsel of record in this proceeding.

> Respectfully submitted,
>
> KITCHENS, BENTON, KITCHENS & BLACK
>
> By: s/ Clinton C. Black
>
> Clinton C. Black (TA)
> Bar Roll # 26604
> 2122 Airline Drive, Suite 200
> Bossier City, Louisiana 71111
> Telephone:     (318) 747-9636
> Facsimile:     (318) 747-7679
>
> MULLIN HOARD & BROWN, LLP
> Robert R. Bell, TSBN 00787062
> John G. Turner, TSBN 20320550
> 500 S. Taylor, Ste 800
> P.O. Box 31656
> Amarillo, Texas 79120
> Telephone:     (806) 372-5050
> Facsimile:     (806) 372-5086
> E-mail: rbell@mhba.com
>
> *Attorney for Plaintiff, Michael Steven Kober*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon AUC's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 7th day of October, 2011.

s/ Clinton C. Black
Clinton C. Black