IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO.: 11-CS-00623** |
| **AMERICAN UNIVERSITY OF THE** § | |
| **CARIBBEAN N.V., INC.,** § | |
| *Defendant*. § | |
| § | |

## ORDER

Considering the foregoing Application for Admission *Pro Hac Vice* for Robert R. Bell for Plaintiff Michael Steven Kober;

**IT IS ORDERED** that the Motion is hereby granted and that Robert R. Bell be and hereby is admitted *pro hac vice* to appear in the United States District Court, Western District of Louisiana, in this matter.

Shreveport, Louisiana this _____ day of October, 2011.

_____
JUDGE