**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **MICHAEL STEVEN KOBER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.: 11-CS-00623** |
| **AMERICAN UNIVERSITY OF THE** | § | |
| **CARIBBEAN N.V., INC.,** | § | JUDGE STAGG |
| *Defendant.* | § | |
| | § | MAGISTRATE JUDGE HORNSBY |

<u>**ORDER**</u>

Considering the foregoing Application for Admission *Pro Hac Vice* for Robert R. Bell for Plaintiff Michael Steven Kober;

**IT IS ORDERED** that the Motion is hereby granted and that Robert R. Bell be and hereby is admitted *pro hac vice* to appear in the United States District Court, Western District of Louisiana, in this matter.

Shreveport, Louisiana this __11__ day of October, 2011.



_____
JUDGE