UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.:  11-CV-00623 |
| | * | |
| VERSUS | * | JUDGE:  STAGG |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | MAGISTRATE:  HORNSBY |
| CARIBBEAN, N.V., INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S
MOTION AND INCORPORATED MEMORANDUM
TO STRIKE PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION TO DISMISS [D.E. 23]**

Defendant American University of the Caribbean, N.V. ("AUC") moves to strike Plaintiff's Response to Defendant's Motion to Dismiss (the "Response") [D.E. 23], and states:

1.      On April 19, 2011, Michael Steven Kober ("Plaintiff" or "Kober") filed his Original Complaint for Injunctive Emergency Relief and Demand for Jury Trial (the "Complaint").  [D.E. 1].

2.      AUC responded to that Complaint on September 14, 2011 with its Motion to Dismiss.  [D.E. 17].

3.      Kober then filed on October 4, 2011 his First Amended Complaint for Injunctive Relief, Damages and Demand for Jury Trial (the "Amended Complaint"), [D.E. 21].

4.      The Amended Complaint, therefore, became the operative pleading, making the Motion to Dismiss moot.

5.      AUC's response to the Amended Complaint is currently due on or before October 18, 2011.

6.      Nonetheless, on October 12, 2011, Kober filed Plaintiff's Response to Defendant's Motion to Dismiss and Brief in Support, [D.E. 23] ("Response to Motion to

1

Dismiss"), which responded to AUC's Motion to Dismiss, but as if the Motion to Dismiss was in response to the Amended Complaint.

7.     AUC has not yet responded to the Amended Complaint.  Nor could its Motion to Dismiss be in response to the Amended Complaint since the Amended Complaint was filed twenty (20) days after AUC's Motion to Dismiss.

8.     The Response to the Motion to Dismiss is, therefore, moot and needlessly confuses the record.

WHEREFORE, AUC respectfully requests the Court strike Plaintiff's Response to Defendant's Motion to Dismiss and Brief in Support.  [D.E. 23].

Respectfully submitted,

| | |
|---|---|
| /s/ Renee R. Tischler    . | /s/ Edward R. Wicker, Jr. |
| Hendrik G. Milne (admitted *Pro Hac Vice*) | Edward R. Wicker, Jr., 27138, T.A. |
| Renee R. Tischler (admitted *Pro Hac Vice*) | BARRASSO USDIN KUPPERMAN |
| Anna A. Mance (admitted *Pro Hac Vice*) |    FREEMAN & SARVER, L.L.C. |
| ABALLI MILNE KALIL, P.A. | 909 Poydras Street, Suite 2400 |
| 2250 Suntrust International Center | New Orleans, Louisiana 70112 |
| One Southeast Third Avenue, | Telephone:  (504) 589-9700 |
| Miami, Florida  33131 | Facsimile: (504) 589-9701 |
| Telephone: (305) 373-6600 | |

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion and Incorporated Memorandum to Strike Plaintiff's Response To Defendant's Motion To Dismiss has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 12th day of October, 2011.

s/ Edward R. Wicker, Jr.

*675093_1*