UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| VERSUS | * | JUDGE: STAGG |
| | * | |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC.'S LOCAL RULE 7.9W CERTIFICATE

Pursuant to Local Rule 7.9W, counsel for American University of the Caribbean N.V., Inc., certifies that they have asked plaintiff to consent to a two-week extension of time to file a response to the First Amended Complaint for Injunctive Relief, Damages and Demand for Jury Trial, and plaintiff consented.

Respectfully submitted,

/s/ *Renee R. Tischler* 
Hendrik G. Milne (admitted *Pro Hac Vice*)
Renee R. Tischler (admitted *Pro Hac Vice*)
Anna A. Mance (admitted *Pro Hac Vice*)
ABALLI MILNE KALIL, P.A.
2250 Suntrust International Center
One Southeast Third Avenue,
Miami, Florida  33131
Telephone: (305) 373-6600

/s/ *Edward R. Wicker, Jr.* 
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Local Rule 7.9W Certificate has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 13th day of October, 2011.

*s/ Edward R. Wicker, Jr.*

*675201_1*