UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| VERSUS | * | JUDGE: STAGG |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing foregoing *Ex Parte* Motion For Extension Of Time To Respond To Plaintiff's First Amended Complaint For Injunctive Relief, Damages And Demand For Jury Trial;

**IT IS ORDERED** that Defendant, American University of the Caribbean N.V., Inc., be and hereby is granted a two week extension of time up to and including November 1, 2011 within which to answer or otherwise respond to plaintiff's First Amended Complaint for Injunctive Relief, Damages and Demand for Jury Trial.

Shreveport, Louisiana, this _____ day of October, 2011.

_____
JUDGE

675213_1