UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL S. KOBER | CIVIL ACTION NO. 11-cv-0623 |
| VERSUS | JUDGE STAGG |
| AMERICAN UNIVERSITY OF CARRIBEAN NV INC | MAGISTRATE JUDGE HORNSBY |

## ORDER

Defendant clarified in its recent Motion to Strike (Doc. 25) that it considers its original Motion to Dismiss (Doc. 17) moot in light of Plaintiff's subsequently filed Amended Complaint. Accordingly, both the Motion to Dismiss (Doc. 17) and Motion to Strike (Doc. 25) are denied as moot, without prejudice to either party later asserting any arguments in the filings.

Defendant's Motion for Extension of Time to Respond to the First Amended Complaint (Doc. 27) is granted. Defendant is granted until November 1, 2011 to file an answer or other response to the First Amended Complaint.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 13th day of October, 2011.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE