UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
Civil Action No. 5:11-CV-00623-EEF-MLH

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF CARIBBEAN,
N.V., INC.,

    Defendant.

_____/

## DECLARATION OF CYNTHIA A. HOLDEN, ESQ.

I, Cynthia A. Holden, declare under penalties of perjury as follows:

1. I am a member of the Bars of California and New Zealand and was the Authorized House Counsel and Director of Institutional Research ("Authorized House Counsel") for Medical Education Services, Inc., d/b/a "Medical Education Administration Services" ("MEAS"), a Florida-based provider of administrative services to AUC N.V. My office was within the offices of MEAS at 901 Ponce de Leon Boulevard, Suite 700, Coral Gables, Florida 33134.

2. As Authorized House Counsel, I had complete understanding of AUC's policies and procedures. In addition, I was fully aware of all student academic requirements.

3. I hereby submit this declaration in support of AUC's motion to dismiss which is made on personal knowledge.

4. One requirement for international medical school students is that, after completing their first two years of medical school and before starting their third, they must pass the United States Medical Licensing Examination ("USMLE Step 1"). Passing USMLE Step 1 is not only an academic requirement of the Medical School, but teaching hospitals will not accept

**EXHIBIT B**

students for clinical clerkships without this evidence of minimum competence in the basic medical sciences.

5. The USMLE Step 1 is offered by the National Board of Medical Examiners (the "NBME"), which is not related to or affiliated with the Medical School. The NBME is a national not-for-profit entity which tests all intending U.S. physicians. It establishes its own testing standards and requirements.

6. It is extremely important for international medical students to excel on the USMLE Step 1 exam, as it is a significant factor when being considered for a residency position. Because there are fewer residency spots than there are medical school graduates, a failure of the exam will most likely prevent an international medical student from ever being able to obtain a residency. Without successfully obtaining and completing a residency, a medical school graduate will never become a licensed physician.

7. AUC's policy regarding all issues pertaining to applying for and taking the USMLE Step 1 are set forth in its Student Handbook, which is provided to all of its students.

8. All students apply for a one-semester Official Leave in order to prepare and sit for the USMLE Step 1. The students are required to provide either passing or failing scores by the end of the semester term. Failure to take the USMLE during an Official Leave granted for that purpose is grounds for dismissal on academic grounds.

9. Generally, only a total of three official leaves of absence are granted for a student to sit for the USMLE Step 1. Failure to pass the examination by the end of the third term of leave is grounds for academic dismissal from the Medical School. In "extraordinary circumstances", as determined by the Chief Academic Officer or Clinical Dean, a fourth official leave to take USMLE Step 1 is sometimes granted.

10. All official leaves of absence require the prior approval of the Medical School. A student who does not apply for Official Leave is considered Absent Without Leave ("AWOL"), and is withdrawn from enrollment at the Medical School.

11. The Official Leave provisions described above are necessary for the Medical School's compliance with regulations and guidelines established by the US Department of Education as a condition of continued participation in the William D. Ford Federal Direct Loan program. AUC must monitor the current enrollment status of all students because a student's enrollment status determines his or her eligibility to be certified for student loans.

12. AUC's policies reflect the stringent licensure requirements for physician licensure in some States. In states such as Texas, an application for physician licensure will not be granted if the applicant has more than three test attempts on USMLE Step 1. AUC has deliberately established academic criteria for its medical education program so that all of its graduates will meet the licensure requirements of all fifty states.

13. Michael Steven Kober ("Kober"), a former student at AUC, applied for and received approval for six official leaves of absence (over a period of two years) so that he could pursue his efforts to pass the USMLE Step 1.

14. Kober was withdrawn from enrollment from AUC after his failure to submit a seventh request for official leave for the May 2010 semester. He applied for readmission, and was offered readmission with conditions that he subsequently rejected. Instead, Kober demanded that he be granted an indefinite leave until such time as he has resolved his issues with the NBME.

I have reviewed the foregoing and have personal knowledge of the facts stated therein, which I declare to be true under penalties of perjury this 31st day of October, 2011.

*Cynthia A. Holden*
Cynthia A. Holden

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
Civil Action No. 5:11-CV-00623-EEF-MLH

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF CARIBBEAN,
N.V., INC.,

    Defendant.

_____/

## DECLARATION OF YIFE TIEN

I, Yife Tien, declare under penalties of perjury as follows:

1. I was at all material times the President and Chief Operating Officer of Medical Education Services, Inc. ("MEAS"), the U.S. subsidiary of American University of the Caribbean, N.V. ("AUC"), which operated a medical school on the island of St. Maarten in the Netherlands Antilles. The offices of MEAS are located in Coral Gables, Florida.

2. On August 3, 2011, DeVry Inc., a global provider of educational services, acquired the business operations and substantially all assets of AUC. See attached Press Release. DeVry Inc. is, therefore, the current operator of the medical school. AUC still exists as a corporate entity.

3. The medical school is one of only a handful of international medical schools which issue degrees that are recognized by the United States Department of Education and all 50 states of the U.S.A.

4. I was involved in the management of AUC for almost all of the last thirty years.

**EXHIBIT C**

5. Over the course of those thirty years, during which the medical school educated many thousands of medical students and produced many thousands of physicians practicing in the United States, I became very familiar with every aspect of the business of medical education. I am, therefore, very familiar with the educational requirements of the medical school.

6. I hereby submit this declaration in support of AUC's motion to dismiss. This declaration is made on personal knowledge.

7. To the extent my testimony below contains any expression of opinion, such opinion is based on my first-hand knowledge as aforesaid, and such opinion is submitted within my expertise in regard to the business of medical education.

8. AUC does not, nor has it ever, had an office in Louisiana.

9. AUC is not registered to do business in Louisiana.

10. None of AUC's bank accounts are located in Louisiana.

11. None of AUC's employees, directors or officers live in Louisiana.

12. AUC has never sued or been sued in Louisiana.

13. AUC has no current contacts with Louisiana.

14. AUC's contacts with Louisiana were historically extremely limited. A small portion of AUC's students came from Louisiana (approximately 6.8% of Michael Steven Kober's incoming class). However, AUC did not render any services to those students in Louisiana. Instead, AUC educated those students in St. Maarten.

15. In their third and fourth years of medical school, AUC's students underwent clinical training at hospitals primarily in the United States. The vast majority of AUC's students underwent their clinical training at teaching hospitals in the Northeastern region of the United States. Very few rotated in Louisiana. For example, in 2010 of the 1,516 core rotations, only 27

were completed in Louisiana. In addition, of the 1,794 elective rotations completed, only 39 took place in Louisiana. Further, this training was conducted by the physicians and staff at the teaching hospitals and was rendered directly to the students without active participation by AUC.

16. A clinical rotation lasts anywhere from four to twelve weeks.

17. Mr. Kober never completed any rotations anywhere, let alone Louisiana.

18. AUC had no other substantive contacts with the state of Louisiana.

Declared under penalties of perjury this 31 day of October, 2011.

_____
Yife Tien

# Bloomberg

## DeVry Inc. Announces Acquisition of American University of the Caribbean

DeVry Inc. Announces Acquisition of American University of the Caribbean

Expands DeVry's Offering in High Quality Medical Education; Creates World's Leading Provider of International Medical Education

Business Wire

DOWNERS GROVE, Ill. -- August 04, 2011

DeVry Inc. (NYSE:DV), a global provider of educational services, today announced it has acquired the business operations of privately held American University of the Caribbean (AUC). AUC's medical school campus is located in St. Maarten, and its administrative offices are located in Coral Gables, Fla.

The acquisition of AUC is consistent with DeVry's growth and diversification strategy, increasing its presence in high quality medical and healthcare education and expanding its academic offerings at the post-baccalaureate level. AUC's total enrollment is approximately 1,000 students. DeVry was attracted to AUC because of its highly regarded faculty, commitment to academic excellence, and an accomplished network of alumni. In addition, AUC has strong partnerships with residency placement hospitals across the United States.

Since 1978, AUC has provided its students with high quality medical education, and now has more than 4,000 graduates who are licensed and practicing medicine throughout the world. The school is accredited by the Accreditation Commission on Colleges of Medicine (ACCM), and its students are eligible to sit for the USMLE, obtain U.S. Federal Financial Aid if qualified, become active members of the American Medical Student Association (AMSA) and, upon graduation, obtain residency and licensure throughout the United States. AUC is one of only three international medical schools whose students are eligible to

receive federal student aid. AUC utilizes the same curriculum as U.S. medical schools, with two years of basic sciences taught at the St. Maarten campus, followed by two years of clinical sciences taught at affiliated hospitals in the U.S. and England. AUC graduates are eligible to practice medicine in all 50 states.

"Working with AUC management, DeVry has already developed an initial plan for additional investments in academic quality, which will also support future growth. Planned investments include more than $20 million for facility and other improvements," said Daniel Hamburger, DeVry's president and chief executive officer. "AUC's high quality curriculum, faculty and facilities provide us the perfect opportunity to further expand our doctoral program offerings in this high demand field. The combination of DeVry and AUC is strategically compelling and will deliver significant benefits to students and employees. In concert with our other medical school, Ross University School of Medicine, DeVry will continue to be the leader in international medical education and the only publicly-held education provider that operates medical schools."

There is a significant unmet demand in the U.S. for well-trained, licensed physicians. Demographic trends point to accelerating demand for doctors in the coming years as the aging baby boomers require greater healthcare services. Ninety percent of AUC's students are U.S. citizens.

AUC's culture is highly compatible with DeVry, characterized by a commitment to strong student outcomes, program quality and regulatory integrity.

"We welcome AUC's employees as the newest members of the DeVry family, and will work closely with them as we continue to deliver high quality educational programs," said Bill Hughson, president of DeVry's Healthcare Group. "We intend to invest significantly in AUC, its programs and its facilities, while leveraging organizational synergies and best practices from across our family of educational institutions. We are excited about the opportunities that AUC provides to the Healthcare Group and we look forward to working with AUC employees, clinical partners, the government of St. Maarten and the ACCM in the near future."

"We are very pleased to be joining the DeVry family," said Yife Tien, son of the founder of AUC. "DeVry is renowned for quality education and their commitment to their students. I know AUC will continue to thrive under their leadership as will the people of St. Maarten who will benefit from the vast

resources and commitment to partnership that DeVry will bring to the country. This combination truly positions the institution for continued prosperity and growth for decades to come."

Terms of the Transaction

Upon closing, DeVry paid $235 million in cash in exchange for all assets of AUC. For the year ending December 31, 2011, AUC's revenues are expected to be approximately $50 million. DeVry expects AUC to be accretive to earnings per share in fiscal 2012 by about $0.05 per share and increasing thereafter.

Mayer Brown served as DeVry Inc.'s legal counsel. DeVry did not utilize an investment bank for this transaction. Credit Suisse acted as financial advisor to AUC and McDermott Will & Emery served as AUC's legal counsel.

AUC will continue to operate as an independent institution, and will benefit from the sharing of best practices and systems as a part of DeVry's family of colleges and universities. The school will become part of DeVry's Healthcare Group, joining Ross University School of Medicine, Ross University School of Veterinary Medicine, Chamberlain College of Nursing and the Carrington Colleges Group.

About AUC

Since 1978 American University of the Caribbean School of Medicine (AUC) has provided students with quality medical education and has more than 4,000 graduates who are licensed and practicing medicine throughout the world. AUC is committed to providing a high-quality, internationally recognized program of medical education. AUC is accredited by the Accreditation Commission on Colleges of Medicine (ACCM). AUC students are eligible to sit for the USMLE, obtain U.S. Federal Financial Aid if qualified, become active members of the American Medical Student Association (AMSA) and, upon graduation, obtain residency and licensure throughout the United States. AUC's curriculum is the U.S. medical school model, with two years of medical sciences taught at the St. Maarten campus, followed by two years of clinical sciences taught at affiliated hospitals in the United States and England.

About DeVry Inc.

DeVry's purpose is to empower its students to achieve their educational and career goals. DeVry (NYSE: DV, member S&P 500 Index) is a global provider of

educational services and the parent organization of Advanced Academics, American University of the Caribbean, Becker Professional Education, Carrington College, Carrington College California, Chamberlain College of Nursing, DeVry Brasil, DeVry University, and Ross University Schools of Medicine and Veterinary Medicine. These institutions offer a wide array of programs in business, healthcare and technology. DeVry's institutions serve students in secondary through postsecondary education and professionals in accounting and finance. For more information, please call 630.353.3800 or visit http://www.devryinc.com.

Certain statements contained in this release concerning DeVry's future performance, including those statements concerning DeVry's expectations or plans, may constitute forward-looking statements subject to the Safe Harbor Provision of the Private Securities Litigation Reform Act of 1995. These forward-looking statements generally can be identified by phrases such as DeVry Inc. or its management "believes," "expects," "anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar import. Actual results may differ materially from those projected or implied by these forward-looking statements. Potential risks, uncertainties and other factors that could cause results to differ are described more fully in Item 1A, "Risk Factors," in DeVry's most recent Annual Report on Form 10-K for the year ending June 30, 2010 and filed with the Securities and Exchange Commission on August 25, 2010.

Contact:

DeVry Inc.
Investor Contact:
Joan Bates
jbates@devry.com
(630) 353-3800
or
Media Contact:
Larry Larsen
llarsen@sardverb.com
(312) 497-0655

©2010 BLOOMBERG L.P. ALL RIGHTS RESERVED.