IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER,<br>*Plaintiff,*<br><br>v.<br><br>AMERICAN UNIVERSITY OF THE<br>CARIBBEAN N.V., INC.,<br>*Defendant* | § § § § § § § § § | CIVIL ACTION NO. 11-CS-00623 |

## DECLARATION OF MICHAEL STEVEN KOBER

I, Michael Steven Kober, declare under the penalties of perjury as follows:

1. I am the plaintiff in this lawsuit. I hereby submit this Declaration that is made on my personal knowledge. I attended medical school at the American University of the Caribbean ("AUC"), beginning in August 2005. I finished the basic two year curriculum in the Spring of 2008.

2. Before attending AUC, I attended Louisiana State University ("LSU"). It has been my goal for a long time to become a physician. One of the medical schools I became aware of while attending LSU is AUC. I became aware of AUC through its active marketing and recruitment of students at LSU. AUC sent flyers to LSU that provided information to students at LSU about the medical school and encourages students to apply to AUC. AUC also sent recruiters to LSU to discuss the school and to recruit students to the school.

3. As a result of AUC's active marketing and recruitment efforts in Louisiana,

1



I decided to apply to AUC. Moreover, approximately 17% of my medical school class came from Louisiana as well.

4. Besides its active recruitment of undergraduate students in Louisiana, I also became aware that AUC conducts one of its core clinical rotations at Brentwood Behavioral Health Company in Shreveport. AUC, in fact, advertises its clinical rotation in Shreveport, Louisiana on its website at http://aucmed.edu/current/ushospitals.html Indeed, the website states that "[c]ore clerkships are the foundation of the student's clinical education framework." Core clinical rotations are attended by AUC medical students after they finish their first two years of medical school and after they pass the Step 1 Exam. Once they finish their core rotations and pass the Step 2 Exam, the medical students then graduate, as a student of AUC. When a medical student attends his clinical rotations, he continues to pay his tuition to AUC, rather than the affiliated hospital.

5. AUC also allows its students to attend elective clinical rotations at affiliated hospitals in Louisiana, including ones in Lake Charles and New Orleans. Likewise, AUC's students participate in an elective clinical rotation in emergency room medicine at the LSU medical center in Shreveport, Louisiana.

Declared under penalties of perjury this 12 of October, 2011.

_____
Michael Steven Kober

2