UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| VERSUS | * | JUDGE: STAGG |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC.'S
LOCAL RULE 7.9W CERTIFICATE**

Pursuant to Local Rule 7.9W, counsel for American University of the Caribbean N.V., Inc., certifies that they have asked plaintiff to consent to a fourteen (14) day extension of time to file an *Ex Parte* Motion For Extension Of Time To Reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial, and plaintiff consented.

Respectfully submitted,

/s/ Renee R. Tischler                                    /s/ Edward R. Wicker, Jr.
Hendrik G. Milne (admitted *Pro Hac Vice*)               Edward R. Wicker, Jr., 27138, T.A.
Renee R. Tischler (admitted *Pro Hac Vice*)              BARRASSO USDIN KUPPERMAN
Anna A. Mance (admitted *Pro Hac Vice*)                    FREEMAN & SARVER, L.L.C.
ABALLI MILNE KALIL, P.A.                                 909 Poydras Street, Suite 2400
2250 Suntrust International Center                       New Orleans, Louisiana 70112
One Southeast Third Avenue,                              Telephone: (504) 589-9700
Miami, Florida 33131                                     Facsimile: (504) 589-9701
Telephone: (305) 373-6600

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Local Rule 7.9W Certificate has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 16th day of November, 2011.

*s/ Edward R. Wicker, Jr.*

*682443_1*