UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| VERSUS | * | JUDGE: STAGG |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion For Extension Of Time To Reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial;

**IT IS ORDERED** that Defendant, American University of the Caribbean N.V., Inc., be and hereby is granted a fourteen (14) day extension of time up to and including Wednesday, December 7, 2011 within which to reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial.

Shreveport, Louisiana, this _____ day of November, 2011.

_____
JUDGE

*682450_1*