IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** §<br>    *Plaintiff*, §<br> §<br>**v.** §<br> §<br>**AMERICAN UNIVERSITY OF THE** §<br>**CARIBBEAN N.V., INC.,** §<br>    *Defendant*. §<br> § | **CIVIL ACTION NO: 11-CS-00623** |

## MOTION TO AMEND PLAINTIFF'S COMPLAINT

TO THE HONORABLE DISTRICT COURT JUDGE:

NOW COMES, MICHAEL STEVEN KOBER, ("Kober") Plaintiff in the above-referenced cause, and files his Motion for Leave to Amend Complaint to add and in support of such Motion would respectfully show the Court as follows:

1. On April 19, 2011, Kober instituted filed his Complaint against American University of the Caribbean N.V., Inc. On October 4, 2011, Kober filed his First Amended Complaint.

2. In response to Kober's First Amended Complaint, AUCSM filed its *Motion to Dismiss First Amended Complaint* on November 1, 2011. In its *Motion to Dismiss*, AUCSM represents that AUCSM "sold substantially all of its assets in August 2011 and no longer operates the Medical School. Kober's counsel was notified of this sale, and the relevant portions of the agreement were provided to him." [Docket No. 29-1, pg. 4]

3. As a result, Kober seeks to amend its suit to add Devry Medical International, Inc., and AUC School of Medicine B.V., the present owners of American University's medical school.

4. Pursuant to FED. R. CIV. P. 15(a)(2), relief should be freely given to file an amended pleading when justice so requires. FED. R. CIV. P. 15(a)(2).

5. Kober files this Motion, not for the purposes of delay or harassment, but so that justice can be done. The amended complaint, if allowed, would permit Kober to pursue causes of action against all of the Defendants, and thereby include the current owners of American University's medical school in this suit. As American University of the Caribbean N.V., Inc. has specifically pleaded that it no longer owns the medical school at the subject of this suit, it cannot claim surprise from the amendment. The present owners of the medical school likely cannot claim any surprise from their inclusion in this suit, as the agreement to purchase the American University Medical School was consummated approximately four months after this action was commenced.

7. For the foregoing reasons, Kober respectfully requests that the Court grant this Motion for Leave to Amend Complaint. A copy of the proposed complaint is attached as Exhibit "A."

WHEREFORE, PREMISES CONSIDERED, Kober prays for an order granting the Kober leave to file its Second Amended Complaint and for such other and further relief as the Court may deem necessary and proper.

Respectfully submitted,

KITCHENS, BENTON, KITCHENS & BLACK

By: s/ Clinton C. Black

Clinton C. Black (TA)
Bar Roll # 26604
2122 Airline Drive, Suite 200
Bossier City, Louisiana 71111
Telephone: (318) 747-9636
Facsimile: (318) 747-7679

MULLIN HOARD & BROWN, LLP
Robert R. Bell, TSBN 00787062
John G. Turner, TSBN 20320550
Richard Biggs, TSBN 24064899
P.O. Box 31656
Amarillo, Texas 79120
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

***Attorneys for Plaintiff, Michael Kober***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Amend Plaintiff's Complaint has been served upon AUCSM's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this ____ day of April 2012.

s/ Clinton C. Black
Clinton C. Black

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on April 11, 2012, I conferred with Counsel for Defendant, American University of The Caribbean N.V., Inc., concerning this motion. On April 16, 2012 Counsel responded that they oppose this motion.

s/ Robert R. Bell
Robert R. Bell
