

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER** | **CIVIL ACTION NO.  5:11CV623** |
| **VERSUS** | **JUDGE STAGG** |
| **AMERICAN UNIVERSITY OF CARRIBEAN N V INC** | **MAGISTRATE JUDGE HORNSBY** |

## NOTICE OF MOTION SETTING

Please take notice that the Motion to Amend/Correct Complaint, with opposition, (Document No. 37) filed by Michael Steven Kober on April 20, 2012 has been referred to the Honorable Tom Stagg.  A written ruling will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **twenty one (21) days** from the date of this notice.  The movant may file a reply memorandum, without leave of court, within **seven (7) days** after the date on which the memorandum in opposition is filed. Local rule 7.8 governs the length of the memoranda.   OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record **without** oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

A paper courtesy copy of the motion, opposition, and reply brief must be delivered to chambers promptly after filing.  The mailing address is 300 Fannin St., Suite 4100, Shreveport, LA, 71101-3091

**DATE OF NOTICE: April 23, 2012.**

TONY R. MOORE  
CLERK OF COURT

COPY SENT  
DATE:         April 23, 2012  
BY:              csd  
TO:              TS