

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER** | **CIVIL ACTION NO. 5:11CV623** |
| **VERSUS** | **JUDGE STAGG** |
| **AMERICAN UNIVERSITY OF CARRIBEAN N V INC** | **MAGISTRATE JUDGE HORNSBY** |

## AMENDED NOTICE OF MOTION SETTING

The Motion to Amend/Correct Complaint, with opposition, (Document No. 37) filed by Michael Steven Kober on April 20, 2012 has been referred to U. S. Magistrate Judge Mark L. Hornsby.  A written ruling or recommendation will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within 14 days from the date of this notice.  The movant may file a reply memorandum, without leave of court, within 7 days after the memorandum in opposition is filed.  LR 7.8 governs the length of the memoranda.

### No Oral Argument

Motions are decided on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

A paper courtesy copy of the motion, opposition, and reply brief must be provided to chambers promptly after filing.  The mailing address is 300 Fannin St., Suite 1148, Shreveport, LA 71101.

**DATE OF NOTICE: April 23, 2012.**

TONY R. MOORE
CLERK OF COURT

COPY SENT
DATE:     April 23, 2012
BY:       csd
TO:       MLH