UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| VERSUS | * | JUDGE: STAGG |
| | * | |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | MAGISTRATE: HORNSBY |

* * * * * * * * * * * * * * * * * * * * * * * *

## AMERICAN UNIVERSITY OF THE CARIBBEAN N.V.'S OPPOSITION TO MOTION TO AMEND PLAINTIFF'S COMPLAINT

Defendant, American University of the Caribbean, N.V. ("AUC"), files its opposition to plaintiff, Michael Steven Kober's (Kober), Motion to Amend the [Amended] Complaint (the "Motion to Amend"). The plaintiff's request to file a Second Amended Complaint should be denied for the following reasons.

AUC opposes the relief requested in the Motion to Amend because Kober has made no attempt to fix any of the fatal defects set forth by AUC in its Motion to Dismiss the Amended Complaint [D.E. 29].[1] *Parish v. Frazier*, 195 F.3d 761, 763 (5th Cir. 1999) ("leave to amend is by no means automatic"). AUC filed its Motion to Dismiss the Amended Complaint on November 1, 2011. Kober has had over five months to address the Amended Complaint's facial infirmities, yet he addresses none of them in the proposed Second Amended Complaint. Indeed, the jurisdictional allegations in the proposed Second Amended Complaint are still insufficient, and there remains no proper claim upon which relief can be granted. *Stripling v.*

---

[1] AUC also moved to dismiss the Complaint [D.E. 1] on September 14, 2011. [D.E. 17]. It, too, contained similar factual and legal defects as the Amended Complaint, which is the subject of the pending Motion to Dismiss [D.E. 29].

*Jordan Prod. Co., LLC*, 234 F.3d 863, 872-73 (5th Cir. 2000) ("[i]t is within the district court's discretion to deny a motion to amend if it is futile," which includes "that amended complaint would fail to state a claim upon which relief could be granted"). *See* Motion to Dismiss the Amended Complaint [D.E. 29].

The only substantial change in the proposed Second Amended Complaint has absolutely nothing to do with the allegations against AUC. Rather, it is the addition of a third party, the new owner of the medical school, so that in most places where AUC used to appear alone, the proposed Second Amended Complaint now reads "AUC I" and "AUC II."[2]

AUC already has had to go through the exercise of filing a motion to dismiss twice in this action, and should not have to spend the time and expense of doing so again. In addition, AUC notified Kober of the sale of the medical school in August 2011 and soon thereafter he was provided with documents to support same. Kober amended the Complaint in October 2011. [D.E. 21] No attempt at that time was made to add the new owner.

---

[2] Undersigned counsel do not represent the new owner of the medical school, and therefore further object to the relief requested in the Motion to Amend.

For all these reasons, AUC respectfully requests the Court deny Kober's Motion to Amend the [Amended] Complaint. If, however, the Court decides to grant the Motion to Amend, AUC respectfully requests it be the last amendment allowed.

Respectfully submitted,

/s/ Edward R. Wicker, Jr.
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

And

Hendrik G. Milne (admitted *Pro Hac Vice*)
Renee R. Tischler (admitted *Pro Hac Vice*)
Anna A. Mance (admitted *Pro Hac Vice*)
ABALLI MILNE KALIL, P.A.
2250 Suntrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600 (Fax) 373-7929

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 2nd day of May, 2012.

/s/ Edward R. Wicker, Jr.

739873_1