FROM :                          FAX NO. :                    Aug. 04 2011 04:51AM P2



## American University of the Caribbean
### School of Medicine

February 29, 2012

Michael Kober
241 Pennsylvania Avenue
Shreveport, LA 71105-3319

Dear Michael,

The continued interest that you have expressed in the American University of the Caribbean School of Medicine (AUC), by submitting an application for re-admission, is greatly appreciated.

However, I regret to inform you that you are not being offered re-admission to AUC. Please let me assure you that your application was given all possible consideration.

I wish you success with regard to your future endeavors.

Sincerely,

Bruce Kaplan, D.O.
Chief Academic Officer / Executive Dean
American University of the Caribbean School of Medicine

901 Ponce de Leon Blvd., Suite 700, Coral Gables, Florida 33134 • Telephone: 305-446-0600 • Fax: 305-444-6791
www.aucmed.edu
A part of DeVry Medical International, Inc.