

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER | CIVIL ACTION NO. 11-cv-0623 |
| VERSUS | JUDGE STAGG |
| AMERICAN UNIVERSITY OF CARRIBEAN NV, INC. | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 29) is **granted** as follows: Venue of this action is transferred to the Southern District of Florida based on the connections of Defendant and the claims at issue to Coral Gables, Florida.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 15th day of June, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE