# U.S. District Court
## Western District of Louisiana (Shreveport)
### CIVIL DOCKET FOR CASE #: 5:11−cv−00623−TS−MLH

| | |
|---|---|
| Kober v. American University of Carribean N V Inc | Date Filed: 04/19/2011 |
| Assigned to: Judge Tom Stagg | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Mark L Hornsby | Nature of Suit: 446 Civil Rights: Americans with Disabilities − Other |
| Related Case: 5:09−cv−01772−TS−MLH | Jurisdiction: Federal Question |
| Cause: 42:12101 Americans with Disabilities Act | |

**Plaintiff**

**Michael Steven Kober**          represented by          **Clinton C Black**
Kitchens Benton et al (BC)
2122 Airline Dr Ste 200
Bossier City, LA 71111
318−747−9636
Fax: 318−747−7679
Email: clint@kitchenslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert R Bell**
Mullin Hoard &Brown
P O Box 31656
Amarillo, TX 79120
806−372−5050
Fax: 806−371−6230
Email: rbell@mhba.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American University of Carribean N V Inc**          represented by          **Edward R Wicker , Jr**
*on behalf of*                                                                                        Barrasso Usdin et al
American University of Caribbean School of                                   909 Poydras St Ste 2400
Medicine                                                                                          New Orleans, LA 70112
504−589−9700
Fax: 504−589−9701
Email: ewicker@barrassousdin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna A Mance**
Aballi Milne Kalil
1 SE 3rd Ave Ste 2250
Miami, FL 33131
305−373−6600
Fax: 305−373−7929
Email: amance@aballi.com
*PRO HAC VICE*

ATTORNEY TO BE NOTICED

**Hendrik G Milne**
Aballi Milne Kalil
1 SE 3rd Ave Ste 2250
Miami, FL 33131
305–373–6600
Fax: 305–373–7929
Email: hmilne@aballi.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Renee R Tischler**
Aballi Milne Kalil
1 SE 3rd Ave Ste 2250
Miami, FL 33131
305–373–6600
Fax: 305–373–7929
Email: rtischler@aballi.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2011 | Ï 1 | COMPLAINT against American University of Carribean N V Inc with Jury Demand (Filing fee $350, receipt number 0536–1627539) filed by Michael Steven Kober. (Attachments: # 1 Affidavit, # 2 Civil cover sheet, # 3 Exhibits To Civil Cover Sheet)(aty,Black, Clinton) Modified on 4/19/2011 to edit text (Dauterive, C). (Entered: 04/19/2011), (QC'ed on 04/20/2011, by Dauterive , C) |
| 04/19/2011 | Ï | CASE Assigned to Judge Elizabeth E Foote and Magistrate Judge Mark L Hornsby. (crt,Dauterive, C) (Entered: 04/19/2011) |
| 04/19/2011 | Ï | (DOCKETED IN ERROR) MOTION for Preliminary Injunction, MOTION for Permanent Injunction by Michael Steven Kober. ADMINISTRATIVE ENTRY to capture motion reliefs requested within the 1 Complaint for Injunctive Emergency Relief (crt,Dauterive, C) Modified on 4/20/2011 to reflect "Docketed in Error" (Dauterive, C). (Entered: 04/19/2011) |
| 04/19/2011 | Ï 2 | SUMMONS ISSUED as to American University of Carribean N V Inc (crt,Dauterive, C) (Entered: 04/19/2011) |
| 04/19/2011 | Ï | NOTICE of Corrective Action regarding ADMINISTRATIVE ENTRY/ MOTION for Preliminary Injunction, MOTION for Permanent Injunction. Action taken: Modified docket entry to reflect Administrative Entry "DOCKETED IN ERROR"; Motion event has been terminated at the request of counsel. (crt,Dauterive, C) (Entered: 04/20/2011) |
| 07/13/2011 | Ï 3 | SUMMONS Returned Executed by Michael Steven Kober. American University of Carribean N V Inc served on 6/23/2011, answer due 7/14/2011. (aty,Black, Clinton) (Entered: 07/13/2011), (QC'ed on 07/14/2011, by Alexander , E) |
| 07/15/2011 | Ï 4 | MOTION for Extension of Time to File Answer re 1 Complaint, with consent by American University of Carribean N V Inc. (Attachments: # 1 Local Rule 7.9W Certificate, # 2 Text of proposed order)(aty,Wicker, Edward) (Entered: 07/15/2011), (QC'ed on 07/26/2011, by Dauterive , C) |

| | | |
|---|---|---|
| 07/15/2011 | Ï 5 | CORPORATE DISCLOSURE STATEMENT by American University of Carribean N V Inc identifying Corporate Parent American University of Caribbean School of Medicine, Other Affiliate AUC, N.V. for American University of Carribean N V Inc. (aty,Wicker, Edward) (Entered: 07/15/2011), (QC'ed on 07/18/2011, by Dauterive , C) |
| 07/15/2011 | Ï | Motions Transferred regarding 4 MOTION for Extension of Time to File Answer re 1 Complaint, with consent. Motions referred to Mark L Hornsby. (crt,Dauterive, C) (Entered: 07/26/2011) |
| 07/18/2011 | Ï 6 | ORDER OF RECUSAL. Referred to Chief Judge for reassignment. Signed by Judge Elizabeth E Foote on 7/18/2011. (crt,Dauterive, C) (Entered: 07/18/2011) |
| 07/26/2011 | Ï 7 | Ex Parte MOTION for Hendrik G. Milne to Appear Pro Hac Vice ( Admission fee: $25, receipt number 0536–1709994) by American University of Carribean N V Inc. (Attachments: # 1 Proposed Order, # 2 Exhibits A–B)(aty,Wicker, Edward) (Entered: 07/26/2011), (QC'ed on 07/27/2011, by Dauterive , C) |
| 07/26/2011 | Ï 8 | Ex Parte MOTION for Renee R. Tischler to Appear Pro Hac Vice ( Admission fee: $25, receipt number 0536–1710007) by American University of Carribean N V Inc. (Attachments: # 1 Proposed Order, # 2 Exhibits A–B)(aty,Wicker, Edward) (Entered: 07/26/2011), (QC'ed on 07/27/2011, by Dauterive , C) |
| 07/26/2011 | Ï 9 | Ex Parte MOTION for Anna A. Mance to Appear Pro Hac Vice ( Admission fee: $25, receipt number 0536–1710021) by American University of Carribean N V Inc. (Attachments: # 1 Proposed Order, # 2 Exhibits A–B)(aty,Wicker, Edward) (Entered: 07/26/2011), (QC'ed on 07/27/2011, by Dauterive , C) |
| 07/26/2011 | Ï | Motions Transferred regarding 7 Ex Parte MOTION for Hendrik G. Milne to Appear Pro Hac Vice ( Admission fee: $25, receipt number 0536–1709994), 8 Ex Parte MOTION for Renee R. Tischler to Appear Pro Hac Vice ( Admission fee: $25, receipt number 0536–1710007), 9 Ex Parte MOTION for Anna A. Mance to Appear Pro Hac Vice ( Admission fee: $25, receipt number 0536–1710021). Motions referred to Mark L Hornsby. (crt,Dauterive, C) (Entered: 07/27/2011) |
| 07/27/2011 | i 10 | ORDER granting 4 Motion for Extension of Time to Answer re 1 Complaint, American University of Carribean N V Inc answer due 8/15/2011. Signed by Magistrate Judge Mark L Hornsby on 7/27/2011. (crt,Dauterive, C) (Entered: 07/28/2011) |
| 07/28/2011 | i 11 | ORDER granting 7 Motion to Appear Pro Hac Vice for appearance of Hendrik G Milne for American University of Carribean N V Inc. Signed by Magistrate Judge Mark L Hornsby on 7/28/11. (crt,Whidden, C) (Entered: 07/29/2011) |
| 07/28/2011 | i 12 | ORDER granting 8 Motion to Appear Pro Hac Vice for appearance of Renee R Tischler for American University of Carribean N V Inc. Signed by Magistrate Judge Mark L Hornsby on 7/28/11. (crt,Whidden, C) (Entered: 07/29/2011) |
| 07/28/2011 | i 13 | ORDER granting 9 Motion to Appear Pro Hac Vice for appearance of Anna A Mance for American University of Carribean N V Inc. Signed by Magistrate Judge Mark L Hornsby on 7/28/11. (crt,Whidden, C) (Entered: 07/29/2011) |
| 08/04/2011 | i 14 | MINUTE ENTRY REASSIGNING CASE. Case reassigned to Judge Tom Stagg. Judge Elizabeth E Foote no longer assigned to case. Issued by Tony R Moore, Clerk of Court, on 8/4/2011. (crt,Williams, L) (Entered: 08/04/2011) |
| 08/15/2011 | i 15 | Second MOTION for Extension of Time to File Answer re 1 Complaint, with consent by American University of Carribean N V Inc. (Attachments: # 1 7.9W Certificate, # 2 Exhibit A, # 3 Text of proposed order)(aty,Wicker, Edward) (Entered: 08/15/2011), (QC'ed on 08/15/2011, by Dauterive , C) |

| | | |
|---|---|---|
| 08/15/2011 | Ï | Motions Transferred regarding 15 Second MOTION for Extension of Time to File Answer re 1 Complaint, with consent . Motions referred to Mark L Hornsby. (crt,Dauterive, C) (Entered: 08/15/2011) |
| 08/18/2011 | i 16 | ORDER granting 15 Motion for Extension of Time to Answer re 1 Complaint, American University of Carribean N V Inc answer due 9/14/2011. Signed by Magistrate Judge Mark L Hornsby on 8/17/2011. (crt,Dauterive, C) (Entered: 08/18/2011) |
| 09/14/2011 | i 17 | MOTION to Dismiss For Failure to State a Claim in Complaint by American University of Carribean N V Inc. Motions referred to Mark L Hornsby. (Attachments: # 1 Memorandum / Brief, # 2 Exhibit A – Press Release, # 3 Exhibit B – Part 1 – AUC Student Handbook, # 4 Exhibit B– Part 2 – AUC Student Handbook, # 5 Exhibits C–E – Dismissal Letter, Executed Policy, Declaration of Yife Tien)(aty,Wicker, Edward) (Entered: 09/14/2011), (QC'ed on 09/15/2011, by Dauterive , C) |
| 09/15/2011 | i 18 | NOTICE of Motion Setting regarding 17 MOTION to Dismiss For Failure to State a Claim in Complaint. Motions referred to Mark L Hornsby. (crt,Dauterive, C) (Entered: 09/15/2011) |
| 10/03/2011 | i 19 | MOTION for Extension of Time to File Response/Reply with consent by Michael Steven Kober. Motions referred to Mark L Hornsby. (Attachments: # 1 Text of proposed order)(aty,Black, Clinton) (Entered: 10/03/2011), (QC'ed on 10/04/2011, by Kennedy , T) |
| 10/04/2011 | i 20 | ORDER granting 19 Motion for Extension of Time to File Response/Reply re 17 MOTION to Dismiss For Failure to State a Claim in Complaint. Responses due by 10/12/2011. Signed by Magistrate Judge Mark L Hornsby on 10/4/11. (crt,Delgado, S) (Entered: 10/04/2011) |
| 10/04/2011 | i 21 | AMENDED COMPLAINT *as a matter of course* against American University of Carribean N V Inc with Jury Demand filed by Michael Steven Kober. (Attachments: # 1 Exhibit Notice of Filing, # 2 Affidavit Verification)(aty,Black, Clinton) (Entered: 10/04/2011), (QC'ed on 10/05/2011, by Dauterive , C) |
| 10/07/2011 | i 22 | MOTION for Robert R. Bell to Appear Pro Hac Vice ( Admission fee: $25, receipt number 0536–1773684) by Michael Steven Kober. Motions referred to Mark L Hornsby. (Attachments: # 1 Text of proposed order, # 2 Exhibit)(aty,Black, Clinton) (Entered: 10/07/2011), (QC'ed on 10/11/2011, by Dauterive , C) |
| 10/12/2011 | i 23 | RESPONSE to Motion re 17 MOTION to Dismiss For Failure to State a Claim in Complaint filed by Michael Steven Kober. (Attachments: # 1 Exhibit Affidavit)(aty,Black, Clinton) (Entered: 10/12/2011), (QC'ed on 10/12/2011, by Dauterive , C) |
| 10/12/2011 | i 24 | ORDER granting 22 Motion to Appear Pro Hac Vice for appearance of Robert R Bell for Michael Steven Kober. Signed by Magistrate Judge Mark L Hornsby on 10/11/2011. (crt,Dauterive, C) (Entered: 10/12/2011) |
| 10/12/2011 | i 25 | MOTION to Strike 23 Response to Motion *to Dismiss filed by American University of the Caribbean* by American University of Carribean N V Inc. Motions referred to Mark L Hornsby. (aty,Wicker, Edward) (Entered: 10/12/2011), (QC'ed on 10/13/2011, by Dauterive , C) |
| 10/13/2011 | i 26 | NOTICE of Motion Setting regarding 25 MOTION to Strike 23 Response to Motion to Dismiss. Motions referred to Mark L Hornsby. (crt,Dauterive, C) (Entered: 10/13/2011) |
| 10/13/2011 | i 27 | MOTION for Extension of Time to File Answer re 21 Amended Complaint with consent by American University of Carribean N V Inc. Motions referred to Mark L Hornsby. (Attachments: # 1 Local Rule 7.9W Certificate, # 2 Text of proposed order)(aty,Wicker, Edward) (Entered: 10/13/2011), (QC'ed on 10/13/2011, by Dauterive , C) |
| 10/13/2011 | i 28 | ORDER: Denied as moot 17 Motion to Dismiss for Failure to State a Claim; denied as moot 25 Motion to Strike ; granting 27 Motion for Extension of Time to Answer American University of |

| | | |
|---|---|---|
| | | Carribean N V Inc. Answer due 11/1/2011. Signed by Magistrate Judge Mark L Hornsby on 10/13/11. (crt,Delgado, S) Modified on 11/1/2011 to correct signature date (Whidden, C). (Entered: 10/13/2011) |
| 11/01/2011 | 29 | MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint by American University of Carribean N V Inc. Motions referred to Mark L Hornsby. (Attachments: #1 Memorandum / Brief, #2 Exhibit A – AUC Student Handbook, #3 Exhibit B – Declaration of Cynthia A. Holden, Esq. and C – Declaration of Yife Tien)(aty,Wicker, Edward) (Entered: 11/01/2011), (QC'ed on 11/03/2011, by Dauterive , C) |
| 11/03/2011 | 30 | NOTICE of Motion Setting regarding 29 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint. Motions referred to Mark L Hornsby. (crt,Dauterive, C) (Entered: 11/03/2011) |
| 11/16/2011 | 31 | MEMORANDUM in Opposition re 29 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint filed by Michael Steven Kober. (Attachments: #1 Affidavit)(aty,Black, Clinton) (Entered: 11/16/2011), (QC'ed on 11/16/2011, by Dauterive , C) |
| 11/16/2011 | 32 | Ex Parte MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint with consent by American University of Carribean N V Inc. Motions referred to Mark L Hornsby. (Attachments: #1 Local 7.9W Certificate, #2 Text of proposed order)(aty,Wicker, Edward) (Entered: 11/16/2011), (QC'ed on 11/16/2011, by Dauterive , C) |
| 11/17/2011 | 33 | ORDER granting 32 Motion for Extension of Time to File Response/Reply re 29 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint. Replies due by 12/7/2011. Signed by Magistrate Judge Mark L Hornsby on 11/17/2011. (crt,Dauterive, C) (Entered: 11/17/2011) |
| 12/01/2011 | 34 | Second MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint with consent by American University of Carribean N V Inc. Motions referred to Mark L Hornsby. (Attachments: #1 Local Rule 7.9W Certificate, #2 Text of proposed order)(aty,Wicker, Edward) (Entered: 12/01/2011), (QC'ed on 12/01/2011, by Dauterive , C) |
| 12/02/2011 | 35 | ORDER granting 34 Motion for Extension of Time to File Response/Reply re 29 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint. Replies due by 12/20/2011. Signed by Magistrate Judge Mark L Hornsby on 12/2/2011. (crt,Dauterive, C) (Entered: 12/02/2011) |
| 12/20/2011 | 36 | REPLY to Response to Motion re 29 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint filed by American University of Carribean N V Inc. (aty,Wicker, Edward) (Entered: 12/20/2011), (QC'ed on 12/21/2011, by Dauterive , C) |
| 04/20/2012 | 37 | MOTION to Amend/Correct 1 Complaint, with opposition by Michael Steven Kober. Motions referred to Mark L Hornsby. (Attachments: #1 Proposed pleading, #2 Affidavit)(aty,Black, Clinton) (Entered: 04/20/2012), (QC'ed on 04/23/2012, by Dauterive , C) |
| 04/23/2012 | 38 | NOTICE of Motion Setting regarding 37 MOTION to Amend/Correct 1 Complaint, with opposition . Motions referred to Mark L Hornsby. (crt,Dauterive, C) (Entered: 04/23/2012) |
| 04/23/2012 | 39 | AMENDED NOTICE of Motion Setting regarding 37 MOTION to Amend/Correct 1 Complaint, with opposition. Motions referred to Mark L Hornsby. (crt,Dauterive, C) (Entered: 04/23/2012) |
| 05/02/2012 | 40 | MEMORANDUM in Opposition re 37 MOTION to Amend/Correct 1 Complaint, with opposition filed by American University of Carribean N V Inc. (aty,Wicker, Edward) (Entered: 05/02/2012), (QC'ed on 05/02/2012, by Dauterive , C) |

| | | |
|---|---|---|
| 05/08/2012 | ï 41 | REPLY to Response to Motion re 37 MOTION to Amend/Correct 1 Complaint, with opposition filed by Michael Steven Kober. (Attachments: # 1 Exhibit)(aty,Black, Clinton) Modified on 5/9/2012 to correctly identify document (Dauterive, C). (Entered: 05/08/2012), (QC'ed on 05/09/2012, by Dauterive , C) |
| 05/08/2012 | ï | NOTICE of Corrective Action to Clinton C Black on behalf of Michael Steven Kober regarding document electronically filed as 41 Memorandum in Support of Motion. Action taken: Modified docket entry to correctly identify as 41 Reply to Response to Motion. (crt,Dauterive, C) (Entered: 05/09/2012) |
| 05/25/2012 | ï 42 | REPORT AND RECOMMENDATIONS re 29 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint filed by American University of Carribean N V Inc. RECOMMENDING that Defendant's Motion to dismiss be granted as follows: venue of this action be transferred to the Southern District of Florida based on the connections of Defendant and the claims at issue to Coral Gables, Florida. Objections to RRdue by 6/11/2012. Signed by Magistrate Judge Mark L Hornsby on 5/25/12. (crt,Delgado, S) (Entered: 05/25/2012) |
| 06/18/2012 | ï 43 | ORDER ADOPTING 42 Report and Recommendations. It is ORDERED that the 29 Motion to Dismiss is granted as follows: Venue of this action is transferred to the Southern District of Florida based on the connections of Defendant and the claims at issue to Coral Gables, Florida. Signed by Judge Tom Stagg on 6/15/2012. (crt,Dauterive, C) (Entered: 06/18/2012) |
| 06/18/2012 | ï | DISTRICT TRANSFER OUT to Southern District of Florida, Record electronically transmitted to receiving court. Case Terminated. *All future pleadings should be filed with the newly assigned court.* (crt,Dauterive, C) (Entered: 06/18/2012) |