# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Suite 8N09  
Miami, Florida 33128-7716  
(305) 523-5100

June 19, 2012

Robert R. Bell, Esq.  
Mullin Hoard & Brown  
P.O. Box 31656  
Amarillo, TX 79120

Dear Counsel:

As you know, your name appears on the service list of a document filed with this Court in Case #12-22276-CIV-Cooke.  Our records, however, indicate that you are not a member of the Southern District of Florida Bar.  Pursuant to Local Rule 4(b) of the *Special Rules Governing the Admission and Practice of Attorneys*, only members of the Bar of this District may appear as attorneys in this Court except when appearance pro hac vice is permitted by the Court.

In order to appear and participate in a particular case in this Court, you must be an attorney who is a member in good standing of the bar of any United States Court, or of the highest Court of any State or Territory or Insular Possession of the United States.  You are then required to file a written application, filed by counsel admitted to practice in this District, requesting permission to appear and participate in a particular case.  A certification that you have studied this Court's Local Rules shall accompany the application. If permission to appear pro hac vice is granted, such appearance shall not constitute formal admission or authorize you to file documents via CM/ECF.

The Rule also requires that the application designate a member of the Bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to act as local counsel with whom the Court and opposing counsel may readily communicate, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  The Rule further requires that the application be accompanied by a written statement from local counsel consenting to the designation, and the address and telephone number of local counsel.

An attorney who is granted a pro hac vice appearance will **not** be permitted to register as a CM/ECF User in this District, but may access the electronic record through the PACER System (see Section 7B of the Administrative Procedures on our website [www.flsd.uscourts.gov]). **With the exception of the original application, attorneys so admitted will be required to electronically**

**file all documents through their local counsel.** An application to appear pro hac vice must be filed in the conventional manner along with the applicable filing fee. Although attorneys granted pro hac vice appearance will not be permitted to **file** electronically, they will be able to electronically **receive** Notices of Electronic Filing. Such requests should be included in your application to appear pro hac vice and in the accompanying proposed order. The e-mail address for the attorney(s) seeking admission must be provided in both the motion and proposed order in order to receive electronic notices.

Administrative Order 96-61 provides that an admissions fee of $75.00 is to be paid by every attorney petitioning the Court to appear and participate in a particular case under Rule 4(b). The fee should be paid by check made payable to "U.S. Courts" and accompanied by your motion and certification.

A form motion for appearance pro hac vice can be downloaded from our website at www.flsd.uscourts.gov, or by contacting this office. If you have any questions, you may contact Attorney Admissions at (305) 523-5265 or the CM/ECF Help Desk at (888) 318-2260.

Sincerely,

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

by:   s/Karen Saavedra
      Attorney Admissions

c:   United States District Judge Cooke
     File