UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:12-cv-22276-COOKE**

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE CARIBBEAN,
N.V., INC.,

    Defendant.

_____/

**<u>NOTICE OF APPEARANCE</u>**

    Hendrik G. Milne (hmilne@aballi.com) of Aballi Milne Kalil, P.A., 2250 SunTrust International Center, One Southeast Third Avenue, Miami, Florida 33131, hereby gives his Notice of Appearance on behalf of Defendant, American University of the Caribbean, N.V., in this action, and respectfully requests he receive a copy of all notifications in this matter.

Dated:  June 27, 2012

                        Respectfully submitted,

                        ABALLI, MILNE, KALIL, P.A.
                        2250 SunTrust International Center
                        One Southeast Third Avenue
                        Miami, Florida 33131
                        Telephone: (305) 373-6600
                        Facsimile: (305) 373-7929

                        s/ *Hendrik G. Milne*
                        Hendrik G. Milne, Esq.
                        Florida Bar No. 335886
                        Renee R. Tischler, Esq.
                        Florida Bar No. 26939

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was served via CM/ECF on all parties authorized to receive service via CM/ECF and via U.S. Mail upon counsel for Plaintiff Michael Steven Kober, Clinton C. Black, at Kitchens Benton Kitchens, 212 Airline Drive, Ste. 200, Bossier City, LA 71111 and Robert R. Bell, at Mullin Hoard & Brown, P.O. Box 31656, Amarillo, TX 79120, this 27th day of June, 2012.

                                            s/ *Hendrik G. Milne*
                                            Hndrik G. Milne