UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/TURNOFF

MICHAEL STEVEN KOBER,

    Plaintiff,

vs.

AMERICAN UNIVERSITY OF
CARRIBEAN NV INC.,

    Defendant.

_____/

## ORDER OF COURT-MANDATED REQUIREMENTS IN ADA-BASED CASES

**THIS CAUSE** is before the Court upon the filing of an action under the Americans with Disabilities Act (ADA) by which the Plaintiff claims injury from discrimination based on a disability. To assist the Court in managing the case, the Plaintiff is **ORDERED** to file, *within twenty-one days of the date of this Order*, a statement of claim, no more than three double-spaced pages in length, summarizing the discrimination complained of and specific relief requested to cure the alleged discrimination. Also within that allotted time, the Plaintiff shall serve a copy of this Order, the statement of claim, and copies of all documents supporting the claim (*e.g.* records, sworn affidavits, etc.) on the Defendants' counsel. The Plaintiff shall, on that same date, additionally file a notice of full compliance with this Order.

The Defendants, *within fourteen days of service of the Plaintiff's statement of claim*, is **ORDERED** to file with this Court a response to the Plaintiff's statement, also limited to three double-spaced pages in length, and provide the Plaintiff with copies of all documents supporting its defenses. Concurrently, the Defendants shall file a notice of full compliance with this Order.

After the Plaintiff files the required statement of claim, the Court will then set this case for trial and establish reasonable deadlines for efficient and effective case management. Furthermore, barring the most extreme of compelling circumstances, *the Court will not grant any motions for a continuance and/or extensions of time*.

*Failure to comply with this Order may result in default, dismissal, and/or sanctions*.

**DONE and ORDERED** in chambers, Miami, Florida, this 3RD day of July 2012.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate*
*Counsel of record*