UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 12-22276 |
| | * | |
| VERSUS | * | JUDGE: COOKE |
| | * | |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | MAGISTRATE: TURNOFF |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMERICAN UNIVERSITY OF THE CARIBBEAN N.V.'S
### MOTION TO WITHDRAW COUNSEL OF RECORD

Defendant, American University of the Caribbean, N.V. ("AUC"), hereby requests to have Edward R. Wicker, Jr. withdrawn from this matter. Mr. Wicker is an attorney licensed in the State of Louisiana and represented AUC when it was in the United States District Court – Western District of Louisiana. Now that this matter has been transferred to this Court, Mr. Wicker will not be representing AUC. Defendant AUC has local counsel who are licensed in the State of Florida who will continue to represent AUC.

Therefore, Mr. Wicker hereby requests to be removed from the Court's Docket Sheet and not receive any more notifications in this matter.

Respectfully submitted,

_____
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

        AND

        Hendrik G. Milne
        Renee R. Tischler
        Anna A. Mance
        ABALLI MILNE KALIL, P.A.
        2250 Suntrust International Center
        One Southeast Third Avenue
        Miami, Florida 33131
        Telephone: (305) 373-6600 (Fax) 373-7929

        *Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 11th day of July, 2012.

_____

771960_1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 12-22276 |
| | * | |
| VERSUS | * | JUDGE: COOKE |
| | * | |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * * | MAGISTRATE: TURNOFF |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Defendant, American University of the Caribbean, N.V.'s ("AUC") Motion to Withdraw Counsel of Record;

**IT IS ORDERED** that Attorney Edward R. Wicker, Jr. is hereby removed from this case, and that Defendant, American University of the Caribbean, N.V. ("AUC") will continue to be represented by Florida counsel, and the Clerk is hereby directed to remove Mr. Wicker from all future filings and mailings.

Miami, Florida, this _____ day of July, 2012.

_____
JUDGE