UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-22276-COOKE/Turnoff

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF
THE CARIBBEAN, N.V., INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant, American University of the Caribbean,

N.V.'s ("AUC") Motion to Withdraw [as] Counsel of Record. (ECF No. 54). This matter was

referred to the undersigned by the Honorable Marcia G. Cooke, United States District Judge for the

Southern District of Florida. (ECF No. 51).

Defendant AUC seeks leave to allow Edward R. Wicker, Jr., Esq., to withdraw as counsel

of record. Defendant AUC has retained local counsel, which jointly filed the instant motion.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Withdraw [as]

Counsel of Record (ECF No. 54) is **GRANTED**. Defendant AUC's counsel shall be prepared to

apprise the Court of this case's status at the Status Conference scheduled before the undersigned on

July 23, 2012.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this ____ day of July 2012.

WILLIAM C. TURNOFF
United States Magistrate Judge

cc: Hon. Marcia G. Cooke
    Counsel of Record