UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/TURNOFF

MICHAEL STEVEN KOBER,

    Plaintiff,

vs.

AMERICAN UNIVERSITY OF
CARRIBEAN NV INC.,

    Defendant.
_____/

## NOTICE OF APPERANCE

PLEASE TAKE NOTICE that THE LAW OFFICES OF MATTHEW W. DIETZ, P.L. hereby files this Notice of Appearance as lead counsel on behalf of the Plaintiff, MICHAEL STEVEN KOBER, and hereby directs that copies of all pleadings, notices, correspondence, and the like be forwarded to undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing to **Robert R. Bell, Esq**., Mullin, Hoard & Brown, P.O. Box 31656, Amarillo, TX 79120, **Clinton C. Black, Esq.,** Kitchens Benton et al., 212 Airline Drive, Ste. 200, Bossier City, LA 71111, and **Anna Aurelia Mance, Esq.**, **Hendrik Gerardue Milne, Esq**. and **Renee Rubinstein Tischler, Esq**., Aballi

KOBER v. AMERICAN UNIVERSITY OF CARRIBEAN NV INC.
Case No.: 12-22276-Civ
Page 2 of 2

Milne Kalil & Escagedo, 1 S.E. 3rd Avenue, Suite 2250, Miami, Florida 33131,on this _____ day of July, 2012.

LAW OFFICES OF MATTHEW W. DIETZ, P.L.
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: (305) 669-2822
Facsimile: (305) 442-4181

By: s/ Matthew W. Dietz, Esq.
   Matthew W. Dietz, Esq.
   Florida Bar No. 84905