UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-CV-22276-COOKE/Turnoff

MICHAEL STEVEN KOBER

    Plaintiff,

v.

AMERICAN UNIVERSITY OF
CARRIBEAN NV, INC.

    Defendant,
_____/

## ORDER

**THIS MATTER** is before the Court upon the Motion to Amend Plaintiff's Complaint (ECF No. 37). The undersigned held a hearing on this matter on July 23, 2012. (ECF No. 58). The undersigned has reviewed the motion, the record, the applicable law, and is otherwise duly advised in the premises.

Based upon representations of counsel, the Motion to Amend Plaintiff's Complaint (ECF No. 37) is deemed withdrawn. Within twenty days, Plaintiff shall file an amended motion to amend the complaint, wherein Plaintiff will attach its proposed amended complaint and indicate the parties it will seek to join. Following filing of this motion, the undersigned will set this matter down for hearing.

**DONE AND ORDERED** in chambers, in Miami, Florida, this 23 day of July 2012.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
    All Counsel of Record