UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:12-cv-22276-COOKE/TURNOFF**

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE CARIBBEAN,
N.V., INC.,

    Defendant.

_____/

## NOTICE OF COMPLIANCE

    Defendant, American University of the Caribbean, N.V., hereby files its notice of compliance with the Court's Order of Court-Mandated Requirements in ADA-Based Cases [D.E. 52]. Please see American University of the Caribbean, N.V.'s Response to Statement of Claim at [D.E. 60].

    Further, the documents supporting American University of the Caribbean, N.V.'s defenses have been produced to Plaintiff. There are probably additional relevant documents dating back to the events at issue. However, these would have been archived and part of the records of the medical school which has been sold. Defendant is making reasonable efforts to locate them.

        Respectfully submitted,

        ABALLI, MILNE, KALIL, P.A.
        2250 SunTrust International Center
        One Southeast Third Avenue
        Miami, Florida 33131
        Telephone: (305) 373-6600
        Facsimile: (305) 373-7929

        s/ *Renee R. Tischler*
        Renee R. Tischler, Esq.
        Florida Bar No. 26939
        Hendrik G. Milne, Esq.
        Florida Bar No. 335886

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served via CM/ECF on all parties authorized to receive service via CM/ECF and via U.S. Mail upon counsel for Plaintiff Michael Steven Kober, Clinton C. Black, at Kitchens Benton Kitchens, 212 Airline Drive, Ste. 200, Bossier City, LA 71111 and Robert R. Bell, at Mullin Hoard & Brown, P.O. Box 31656, Amarillo, TX 79120, this 1st day of August, 2012.

        s/ *Renee R. Tischler*
        Renee R. Tischler, Esq.