IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 1 1 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA – MIAMI

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER,<br>*Plaintiff,*<br><br>v.<br><br>AMERICAN UNIVERSITY OF THE<br>CARIBBEAN N.V., INC.,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 12-22276 |

## MOTION TO WITHDRAW COUNSEL OF RECORD

Plaintiff, Michael Steven Kober, hereby requests to have Clinton C. Black withdrawn from this matter. Mr. Black is an Attorney in the State of Louisiana and represented Michael Steven Kober when this case was pending in the United Stated District Court - Western District of Louisiana. Now that this matter has been transferred to the U.S. District Court, Southern District of Florida, and Mr. Black will not be representing Michael Steven Kober in this venue.

Therefore, Mr. Black hereby requests to be withdrawn from this case, removed from the Court's Docket Sheet and not receive any more notifications in this matter.

Respectfully submitted,

KITCHENS, BENTON, KITCHENS & BLACK

By: _____

Clinton C. Black (TA)
Bar Roll # 26604
2122 Airline Drive, Suite 200
Bossier City, Louisiana 71111
Telephone: (318) 747-9636
Facsimile: (318) 747-7679

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the Defendant's counsel by electronic mail, the court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly address this 30th day of August, 2012.

_____
CLINTON C. BLACK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER,<br>*Plaintiff,*<br><br>v.<br><br>AMERICAN UNIVERSITY OF THE<br>CARIBBEAN N.V., INC.,<br>*Defendant.* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO.: 12-22276<br>§<br>§<br>§<br>§ |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record;

**IT IS ORDERED** that Attorney Clinton C. Black is hereby withdrawn from this case, and that the Clerk is hereby directed to remove Mr. Black from all future filings and mailings.

Miami Florida, this _____ day of _____, 2012.

_____
Judge