UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/Turnoff

MICHAEL STEVEN KOBER,

    Plaintiff,

vs.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S COUNSEL'S
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**THIS CAUSE** came before the Court upon Plaintiff's Counsel's Motion to Withdraw as Counsel of Record. (ECF No. 70). Attorney Clinton C. Black represented Plaintiff when his case was pending in the United States District Court for the Western District of Louisiana. Mr. Black seeks to withdraw based upon the fact that the case has been transferred to the Southern District of Florida. (ECF No. 43). Matthew W. Dietz, Esq., has entered an appearance on behalf of Plaintiff. (ECF No. 56).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Counsel's Motion to Withdraw as Counsel of Record (ECF No. 70) is **GRANTED**. Mr. Black is relieved of further responsibility in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of September 2012.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
    All Counsel of Record