IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** § § *Plaintiff*, § § v. § § **AMERICAN UNIVERSITY OF THE** § **CARIBBEAN N.V., INC.,** § **DEVRY MEDICAL INTERNATIONAL,** § **INC., AUC SCHOOL OF MEDICINE** § **B.V., and NATIONAL BOARD OF** § **MEDICAL EXAMINERS OF THE** § **UNITED STATES OF AMERICA** § § *Defendants*. § § | Case No.: 12-22276 |

## NOTICE OF ENTRY OF PARTIES

COMES NOW, Plaintiff, MICHAEL KOBER, by and though undersigned counsel and hereby files this notice of entry of parties pursuant to the Clerk's notice (D.E. 74) and Plaintiff's Third Amended Complaint (D.E. 73) and hereby lists the American University of the Caribbean N.V., Inc., Devry Medical International, Inc., AUC School of Medicine B.V., and the National Board of Medical Examiners of the United States of America as Defendants in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are

Law Offices of Matthew W. Dietz, P.L., 2990 Southwest 35th Avenue, Miami, Florida 33133

KOBER v. AMERICAN UNIVERSITY OF CARRIBEAN NV INC.
Case No.: 12-22276-Civ
Page 2 of 2

not authorized to receive electronically notices of electronic filing to **Clinton C. Black, Esq.,** Kitchens Benton et al., 212 Airline Drive, Ste. 200, Bossier City, LA 71111, and **Anna Aurelia Mance, Esq.**, **Hendrik Gerardue Milne, Esq**. and **Renee Rubinstein Tischler, Esq**., Aballi Milne Kalil & Escagedo, 1 S.E. 3rd Avenue, Suite 2250, Miami, Florida 33131.

> LAW OFFICES OF MATTHEW W. DIETZ, P.L.
> 2990 Southwest 35th Avenue
> Miami, Florida 33133
> Telephone: (305) 669-2822
> Facsimile: (305) 442-4181
> Email: matthewdietz@usdisabilitylaw.com
>
> By: s/ Matthew W. Dietz, Esq.
>     Matthew W. Dietz, Esq.
>     Florida Bar No. 84905
>
> Robert R. Bell, TSBN 00787062
> MULLIN HOARD & BROWN, LLP
> 500 S. Taylor, Ste 800
> P.O. Box 31656
> Amarillo, Texas 79120
> Telephone: (806) 372-5050
> Facsimile: (806) 372-5086
> E-mail: rbell@mhba.com