UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:12-cv-22276-COOKE/TURNOFF**

MICHAEL STEVEN KOBER,

      Plaintiff,

v.

AMERICAN UNIVERSITY OF THE
CARIBBEAN, N.V., INC.,
DEVRY MEDICAL INERNATIONAL,
INC., AUC SCHOOL OF MEDICINE
B.V., and NATIONAL BOARD OF
MEDICAL EXAMINERS OF THE
UNITED STATES OF AMERICA

      Defendants.

_____/

**AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S**
**MOTION TO ENLARGE TIME**
**(UNOPPOSED)**

Defendant, American University of the Caribbean, N.V. ("AUC"), without waiving any defenses or objections, respectfully moves for an extension of time to file its response to the Third Amended Complaint [D.E. 73], and states:

1. The Third Amended Complaint [D.E. 73] was filed on September 25, 2012 and added the following new Defendants, Devry Medical International, Inc., AUC School of Medicine B.V., and the National Board of Medical Examiners of the United States of America (the "New Defendants").

2. The New Defendants have not yet been served.

3.      In the interest of justice and efficient administration of this case, AUC respectfully requests that its response to the Third Amended Complaint fall due at the same time as the response of the last New Defendant served.

5.      This request is not made for purposes of improper delay and will not prejudice any party.

### Local Rule 7.1.A.3 Conference

Pursuant to Rule 7.1.A.3, counsel for the American University of the Caribbean, N.V., conferred with counsel for Plaintiff Michael Steven Kober regarding the relief requested, who has no objection.

WHEREFORE, American University of the Caribbean, N.V. respectfully moves this Court for an extension of time so that its response to Plaintiff Michael Steven Kober's Third Amended Complaint falls due on the same date as the response of the last New Defendant served.

Respectfully submitted,

ABALLI, MILNE, KALIL, P.A.
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

s/ *Renee R. Tischler*
Renee R. Tischler, Esq.
Florida Bar No. 26939
Hendrik G. Milne, Esq.
Florida Bar No. 335886

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served via CM/ECF on all parties authorized to receive service via CM/ECF and via U.S. Mail upon counsel for Plaintiff Michael Steven Kober, Robert R. Bell, at Mullin Hoard & Brown, P.O. Box 31656, Amarillo, TX 79120, this 3rd day of October, 2012.

s/ *Renee R. Tischler*