# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:12-cv-22276-COOKE/TURNOFF**

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE
CARIBBEAN, N.V., INC.,
DEVRY MEDICAL INERNATIONAL,
INC., AUC SCHOOL OF MEDICINE
B.V., and NATIONAL BOARD OF
MEDICAL EXAMINERS OF THE
UNITED STATES OF AMERICA

    Defendants.
_____/

**ORDER GRANTING AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S UNOPPOSED MOTION TO ENLARGE TIME**

This Cause is before the Court on American University of the Caribbean, N.V.s unopposed Motion to Enlarge Time ("Motion to Enlarge Time") to respond to the Third Amended Complaint. The Court being fully advised it is:

**ORDERED AND ADJUDGED**, that the Motion to Enlarge Time is hereby **GRANTED**. American University of the Caribbean, N.V.'s response to the Third Amended Complaint shall be due on the same date as the response of the last new defendant served.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of October, 2012.

                                                                                     _____
                                                                                    HON. MARCIA G. COOKE
                                                                                    U.S. DISTRICT COURT JUDGE

copies furnished to:
Magistrate Judge Turnoff
all counsel of record