IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/Turnoff

MICHAEL STEVEN KOBER, )
)
Plaintiff, )
)
v. )
)
AMERICAN UNIVERSITY OF THE )
CARIBBEAN N.V., INC.; DEVRY MEDICAL )
INTERNATIONAL, INC.; AUC SCHOOL OF )
MEDICINE B.V.; and NATIONAL BOARD )
OF MEDICAL EXAMINERS, )
)
Defendants. )

**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS'
UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendant National Board of Medical Examiners ("NBME") respectfully moves for an extension of time within which to answer or otherwise respond to Plaintiff Michael Steven Kober's Third Amended Complaint (D.E. No. 73). The Third Amended Complaint was filed on September 25, 2012, and adds NBME as of one of several named defendants in this litigation, which apparently began in April 2011.

The Third Amended Complaint was served on NBME on October 10, 2012. NBME's response is currently due on October 30, 2012. To accommodate work-load conflicts for one of NBME's counsel, NBME has requested a two-week extension from opposing counsel. Mr. Kober's counsel, Mathhew Dietz, has informed NBME's counsel that he has no objection to the requested extension. The requested extension is not being made for purposes of delay.

WHEREFORE, NBME respectfully requests that the due date by which it must answer or otherwise respond to the Third Amended Complaint be extended by 14 days, to November 13, 2012.

> Respectfully submitted,
>
> RIVERO MESTRE LLP
> Attorneys for National Board of Medical Examiners
> 2525 Ponce de Leon Blvd., Suite 1000
> Miami, Florida 33134
> Telephone: (305) 445-2500
> Facsimile: (305) 445-2505
> E-mail: jmestre@riveromestre.com
>
> By: /s/ Jorge A. Mestre
> JORGE A. MESTRE
> Florida Bar No. 88145

## CERTIFICATE OF SERVICE

I certify that on October 26, 2012, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify this document is being served today to all counsel of record or pro se parties identified on the attached service list in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/ Jorge A. Mestre