IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/TURNOFF

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC.; DEVRY MEDICAL
INTERNATIONAL, INC.; AUC SCHOOL OF
MEDICINE B.V.; and NATIONAL BOARD
OF MEDICAL EXAMINERS,

    Defendants.

## ORDER

**THIS CAUSE** is before the Court on Defendant National Board of Medical Examiners' ("NBME") Unopposed Motion for Extension of Time to Answer Third Amended Complaint. This matter was referred to the undersigned by the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida (ECF No. 51). The Court being otherwise fully advised as to the applicable facts and law, it is therefore:

**ORDERED AND ADJUDGED** that Defendant NBME's Unopposed Motion is **GRANTED**. Defendant NBME must answer or otherwise respond to the Third Amended Complaint by November 13, 2012.

- 2 -

**DONE AND ORDERED** in Chambers in Miami, Miami-Dade County, Florida, on this ____ day of _____, 2012.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc:   Jorge A. Mestre, Esq
      Clinton C. Black, Esq.
      Matthew Wilson Dietz, Esq.
      Robert R. Bell
      Anna Aurelia Mance
      Edward R. Wicker , Jr.
      Hendrik Gerardus Milne
      Renee Rubinstein Tischler