UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:12-cv-22276-COOKE/TURNOFF**

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE
CARIBBEAN, N.V., INC.,
DEVRY MEDICAL INTERNATIONAL,
INC., AUC SCHOOL OF MEDICINE
B.V., and NATIONAL BOARD OF
MEDICAL EXAMINERS OF THE
UNITED STATES OF AMERICA

    Defendants.

_____/

**AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S**
**CORPORATE DISCLOSURE STATEMENT**

The American University of the Caribbean, N.V. ("AUC N.V."), pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby files it Corporate Disclosure Statement, and states:

The American University of the Caribbean School of Medicine, a Nevis company, is the parent corporation of AUC N.V.

No publicly held corporation owns 10% or more of the stock of either company.

Respectfully submitted,

ABALLI, MILNE, KALIL, P.A.
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

s/ *Renee R. Tischler*
Renee R. Tischler, Esq.
Florida Bar No. 26939
Hendrik G. Milne, Esq.
Florida Bar No. 335886

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served via CM/ECF on all parties authorized to receive service via CM/ECF and via U.S. Mail upon counsel for Plaintiff Michael Steven Kober, Robert R. Bell, at Mullin Hoard & Brown, P.O. Box 31656, Amarillo, TX 79120, this 29th day of October, 2012.

s/ *Renee R. Tischler*