IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL STEVEN KOBER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN UNIVERSITY OF THE )<br>CARIBBEAN N.V., INC. )<br>DEVRY MEDICAL INTERNATIONAL )<br>INC., AUC SCHOOL OF MEDICINE )<br>B.V., and NATIONAL BOARD OF )<br>MEDICAL EXAMINERS OF THE )<br>UNITED STATE OF AMERICA )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 12-22276-MGC |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT OF DEFENDANTS DEVRY MEDICAL INTERNATIONAL, INC. AND AUC SCHOOL OF MEDICINE B.V.**

Defendants DeVry Medical International, Inc. (hereafter "DMI") and AUC School of Medicine B.V. (hereafter "AUC School of Medicine") hereby request an extension of time to respond to the Third Amended Complaint herein to and including November 30, 2012.

1. Counsel for these defendants was only retained after the close of business on Friday, October 26, 2012, and needs a reasonable time to review the facts and circumstances and prior proceedings in Louisiana in this matter and to prepare and file an appropriate response to the Third Amended Complaint.

2. Hurricane Sandy has also impacted on the ability of counsel who will be associated in representing these defendants to begin work on this matter.

FIRM:19468308v1

3. Counsel for Plaintiff has indicated he consents to the requested extension.

Based on the foregoing and the entire record herein, Defendants DMI and AUC School of Medicine respectfully request that the Court grant their motion and extend the time for them to respond to the Complaint herein through and including November 30, 2012.

Dated: October 31, 2012           Respectfully Submitted,

/s/ Arnold R. Gellman
Arnold R. Gellman, Esq.
Florida Bar No. 111313
agellman@ebglaw.com
4090 Laguna Street, 2nd Floor
Coral Gables, Florida 33146
Tel: (305) 774-1700
Fax: (305) 774-1705
Counsel for Defendant
DeVry Medical International, Inc. and
AUC School of Medicine B.V.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Consent Motion For Extension Of Time To Respond To The Third Amended Complaint Of Defendants Devry Medical International, Inc. and AUC School Of Medicine B.V. was served via the Court's electronic filing system on October 31, 2012 on the following counsel:

Matthew Wilson Dietz
Matthew W. Dietz
2990 SW 35th Avenue
Miami, FL 33133
Counsel for Plaintiff Kober

Robert R. Bell
Mullin Hoard & Brown
P.O. Box 31656
Amarillo, TX 79120
Counsel for Plaintiff Kober


Anna Aurelia Mance
Hendrik Gerardus Milne
Renee Rubinstein Tischler
Aballi Milne Kalil & Escagedo
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
Counsel for Defendant American University of Carribean N V Inc.


Jorge Alejandro Mestre
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134
Counsel for Defendant National Board of Medical Examiners
of the United States of America

                                                     */s/ Arnold R. Gellman*
                                                     Arnold R. Gellman