IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____
)
MICHAEL STEVEN KOBER,                )
)
      Plaintiff,                         )
)
v.                                   )   CIVIL ACTION NO.: 12-22276-MGC
)
AMERICAN UNIVERSITY OF THE           )
CARIBBEAN N.V., INC.                 )
DEVRY MEDICAL INTERNATIONAL          )
INC., AUC SCHOOL OF MEDICIN          )
B.V., and NATIONAL BOARD OF          )
MEDICAL EXAMINERS OF THE             )
UNITED STATE OF AMERICA              )
)
      Defendant.                        )
_____)

## [PROPOSED] ORDER

Upon consideration of the Consent Motion of Defendant for an extension of time through and including November 30, 2012 to file a response to the Third Amended Complaint in this matter, it is hereby

ORDERED, that the Consent Motion for Extension of Time be and hereby is GRANTED; and that DeVry Medical International, Inc. and AUC School of Medicine B.V. shall have through and including November 30, 2012 to file its response to the Third Amended Complaint herein.

SO ORDERED this ____ day of November, 2012.

                                                    _____
                                                  Marcia G. Cooke
                                                  United States District Judge