## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

MICHAEL STEVEN KOBER,            §
    *Plaintiff,*                §
                                 §
v.                               §
                                 §   **CIVIL ACTION NO. 12-CV-22276**
AMERICAN UNIVERSITY OF THE       §
CARIBBEAN N.V., INC.,            §
    *Defendant.*               §
                                 §

FILED by _____ D.C.

NOV 0 6 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## ROBERT R. BELL AND MULLIN HOARD & BROWN'S MOTION TO WITHDRAW

Robert R. Bell asks this court to allow him and his firm, Mullin Hoard & Brown, to withdraw as attorney in charge for Plaintiff.

### A.  Introduction

1.      Plaintiff is Michael Steven Kober; defendant is American University of the Caribbean N.V., Inc.

2.      Plaintiff sued defendant for defendant's refusal to provide reasonable accommodations to Plaintiff pursuant to the Americans with Disabilities Act.

### B.  Argument

3.      There is good cause for this court to grant the motion to withdraw because new counsel has been retained.  This suit was originally filed in the Western District of Louisiana but has been transferred to this district.  Mr. Bell is not licensed to practice in Florida.  Moreover, he resides in Texas.  Accordingly, Mr. Kober has retained Matthew W. Dietz to represent him.  Mr. Dietz has made an appearance herein.

4.      Because Mr. Dietz now represents Mr. Kober in this case, the services of Mr. Bell and his firm are not longer required.  Mr. Bell has discussed this matter with Mr. Kober and Mr. Kober has no objection to this withdrawal.

5.    The withdrawal and substitution will not delay these proceedings.

## C. Conclusion

6.    For these reasons, Robert R. Bell asks this Court to grant this motion to withdraw.

Respectfully submitted,

MULLIN HOARD & BROWN, LLP


By: s/ Robert R. Bell

Robert R. Bell, TSBN 00787062
John G. Turner, TSBN 20320550
Richard Biggs, TSBN 24064899
P.O. Box 31656
Amarillo, Texas 79120
Telephone:    (806) 372-5050
Facsimile:    (806) 372-5086

***Attorneys for Plaintiff, Michael Kober***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon AUC's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 5th day of November, 2012.

s/ Robert R. Bell
Robert R. Bell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 12-CV-22276 |
| AMERICAN UNIVERSITY OF THE | § | |
| CARIBBEAN N.V., INC., | § | |
| *Defendant.* | § | |
| | § | |

## ORDER ON MOTION TO WITHDRAW

After considering Robert R. Bell and Mullin Hoard & Brown's motion to withdraw as attorney in charge for Plaintiff, Michael Steven Kober, the Court

FINDS good cause to allow Robert R. Bell and Mullin Hoard & Brown to withdraw as attorney in charge for Plaintiff and GRANTS Robert R. Bell and Mullin Hoard & Brown's motion to withdraw.

SIGNED on _____, 2012.

_____
U.S. DISTRICT JUDGE