IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL STEVEN KOBER, § § *Plaintiff*, § § v. § § AMERICAN UNIVERSITY OF THE § CARIBBEAN N.V., INC., § DEVRY MEDICAL INTERNATIONAL, § INC., AUC SCHOOL OF MEDICINE § B.V., and NATIONAL BOARD OF § MEDICAL EXAMINERS OF THE § UNITED STATES OF AMERICA § § *Defendants*. § § | Case No.: 12-22276 |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME TO RESPOND TO DEFENDANT, AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S, MOTION TO DISMISS THIRD AMENDED COMPLAINT (D.E. 85)**

**COMES NOW**, Plaintiff, MICHAEL STEVEN KOBER, by and through his undersigned counsel and moves for an enlargement of time of ten (10) days to file his Response to Defendant, American University of the Caribbean, N.V.'s Motion to Dismiss Third Amended Complaint (D.E 85) and for good cause, states as follows:

1. On October 29, 2012, Defendant, American University of the Caribbean, N.V. filed a Motion to Dismiss Third Amended Complaint. Plaintiff's deadline to respond is on November 13, 2012.

2. The undersigned was out of the office during the week of October 29th attending depositions and was out of the office again from November 8, 2012 through November 10, 2012.

3. The undersigned has many other deadlines concurrently due with this response.

KOBER v. AMERICAN UNIVERSITY OF CARRIBEAN NV INC.
Case No.: 12-22276-Civ
Page 2 of 2

4. The undersigned conferred with counsel for the Defendant, American University of the Caribbean, N.V., Inc., who has no objection to this brief enlargement of time.

WHEREFORE, the Plaintiff respectfully request that this Court, grant this motion and allow him to file his response to Defendant, American University of the Caribbean, N.V., Inc.'s Motion to Dismiss on or before November 23, 2012.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing to **Clinton C. Black, Esq.,** Kitchens Benton et al., 212 Airline Drive, Ste. 200, Bossier City, LA 71111, and **Anna Aurelia Mance, Esq.**, **Hendrik Gerardue Milne, Esq**. and **Renee Rubinstein Tischler, Esq**., Aballi Milne Kalil & Escagedo, 1 S.E. 3rd Avenue, Suite 2250, Miami, Florida 33131.

LAW OFFICES OF MATTHEW W. DIETZ, P.L.
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822
F: (305) 442-4181
Email: matthewdietz@usdisabilitylaw.com

By: s/ Matthew W. Dietz, Esq.
    Matthew W. Dietz, Esq.
    Florida Bar No. 84905

Robert R. Bell, TSBN 00787062
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Ste 800
P.O. Box 31656
Amarillo, Texas 79120
T: (806) 372-5050/F: (806) 372-5086
E-mail: rbell@mhba.com

Law Offices of Matthew W. Dietz, P.L., 2990 Southwest 35th Avenue, Miami, Florida 33133