

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22276-COOKE/TUNROFF

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC.,
DEVRY MEDICAL INTERNATIONAL,
INC., AUC SCHOOL OF MEDICINE
B.V., and NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendants.

_____/



### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Robert Burgoyne of the law firm Fulbright & Jaworski L.L.P., 801 Pennsylvania Avenue, N.W., Washington D.C. 20004, for purposes of appearance as co-counsel on behalf of the National Board of Medical Examiners in the above-styled case only, and under Rule 2B of the CM/ECF Administrative Procedures, to permit Robert Burgoyne to receive electronic filings in this case, and in support thereof states as follows:

    1.    Robert Burgoyne is not admitted to practice law in the United States District Court for the Southern District of Florida. He is a member in good standing of the District of Columbia and Pennsylvania Bars. He is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the District of Columbia Circuit, Second Circuit, Third Circuit, Fourth

Circuit, Fifth Circuit, Seventh Circuit, Ninth Circuit and Tenth Circuit, the United States District Court for the District of Columbia, and the local District of Columbia courts.

2. Movant, Jorge A. Mestre, of the law firm Rivero Mestre LLP, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Mr. Mestre consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Robert Burgoyne has paid this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached here.

4. Robert Burgoyne, through designated counsel and under Section 2B CM/ECF Administrative Procedures, requests the Court to provide Notice of Electronic Filings to Robert Burgoyne at email address: rburgoyne@fulbright.com.

5. Therefore, Jorge A. Mestre moves this Court to enter an Order allowing Robert Burgoyne to appear before this Court on behalf of National Board of Medical Examiners for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide

2

notice of electronic filings to Robert Burgoyne as indicated above.

Dated: 11/15/2012

                Respectfully submitted,

                RIVERO MESTRE LLP
                Attorney for National Board of Medical Examiners of
                the United States of America
                2525 Ponce de Leon Boulevard
                Suite 1000
                Miami, Florida 33134
                Telephone: 305-445-2500
                Facsimile: 305-445-2505
                E-mail: jmestre@riveromestre.com

                By: _____
                     Jorge A. Mestre
                     Florida Bar No. 088145

## CERTIFICATE OF SERVICE

I herby certify that on November 15, 2012, the foregoing was served via email and U.S. mail upon the counsel of record in this action listed below:

**Robert R. Bell**
Mullin Hoard & Brown
P.O. Box 31656
Amarillo, TX 79120
rbell@mhba.com

**Arnold Richard Gellman**
4090 Laguna Street, 2nd Floor
Coral Gables, FL 33146
305-774-1700
305-774-1705 (fax)
agellman@ebglaw.com

**Hendrik Gerardus Milne**
Aballi Milne Kalil, P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
hmilne@aballi.com

**Rubinstein Tischler**
Aballi Milne Kalil & Escagedo
1 SE 3rd Avenue
SunTrust Center Suite 2250
Miami, FL 33131
rrubinstein@aballi.com

**Matthew Wilson Dietz**
Matthew W. Dietz
2990 SW 35th Avenue
Miami, FL 33133
Matthewdietz@usdisabilitylaw.com

**Anna Aurelia Mance**
Aballi Milne Kalil & Escagedo
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
amance@aballi.com

**Rubinstein Tischler**
Aballi Milne Kalil & Escagedo
1 SE 3rd Avenue
SunTrust Center Suite 2250
Miami, FL 33131
rrubinstein@aballi.com

_____ For
Jorge A. Mestre

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22276

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC.,
DEVRY MEDICAL INTERNATIONAL,
INC., AUC SCHOOL OF MEDICINE
B.V., and NATIONAL BOARD OF MEDICAL
EXAMINERS OF THE
UNITED STATES OF AMERICA

    Defendant.
_____/

## CERTIFICATION OF ROBERT BURGOYNE

Robert Burgoyne, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the District of Columbia Bar and Pennsylvania Bar (on inactive status in Pennsylvania).

_____
Robert Burgoyne
District of Columbia Bar #366757
Pennsylvania Bar # 77964

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22276

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC.,
DEVRY MEDICAL INTERNATIONAL,
INC., AUC SCHOOL OF MEDICINE
B.V., and NATIONAL BOARD OF MEDICAL
EXAMINERS OF THE
UNITED STATES OF AMERICA

    Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Robert Burgoyne, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Robert Burgoyne may appear and participate in this action on behalf of National Board of Medical Examiners.

The Clerk shall provide electronic notification of all electronic filings to Robert Burgoyne, at rburgoyne@fulbright.com

Dated: _____

_____
DISTRICT JUDGE