IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22276-COOKE/TUNROFF

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC.,
DEVRY MEDICAL INTERNATIONAL,
INC., AUC SCHOOL OF MEDICINE
B.V., and NATIONAL BOARD OF
MEDICAL EXAMINERS

    Defendant.
_____/

## NOTICE OF DISQUALIFICATION AND SCREENING OF
## FORMER LAW CLERK GABRIELLE RAEMY CHAREST

Defendant National Board of Medical Examiners of the United States of America ("NBME") and its local law firm in this matter, Rivero Mestre LLP, file this Notice of Disqualification and Screening of Former Law Clerk Gabrielle Raemy Charest under Florida Bar Rule 4-1.12, which disqualifies a former law clerk from representing anyone in connection with a matter in which he or she participated personally and substantially as a law clerk. To avoid disqualification of any other of its lawyers, Rule 4-1.12(c) requires Rivero Mestre to: (1) timely screen Ms. Charest from any participation in this matter and to avoid directly apportioning to her any part of the fee that results from it; and (2) give written notice promptly to the parties and to this tribunal to enable them to ascertain compliance with the provisions of this rule.

Accordingly, NBME and Rivero Mestre give notice that:

1. Rivero Mestre LLP represents NBME.

2. Ms. Charest worked for Judge William C. Turnoff as a temporary Law Clerk from April 30, 2012, to July 27, 2012. During that time, Judge Turnoff participated personally and substantially as the Magistrate Judge assigned to the above-captioned matter (the "Kober Matter") by District Judge Marcia G. Cooke. NBME was not a party to the Kober Matter during the time that Ms. Charest worked for Judge Turnoff.

3. On September 4, 2012, Ms. Charest joined Rivero Mestre as an Associate. During a conflicts check on October 26, 2012, she informed Rivero Mestre of her potential conflict in the Kober Matter.

4. In compliance with Florida Bar Rules, Rivero Mestre immediately screened Ms. Charest from any participation in the Kober Matter, and informed Rivero Mestre attorneys not to (1) communicate with Ms. Charest about the Kober Matter or (2) engage in communication about the Kober Matter in Ms. Charest's presence.

5. Other than providing and verifying the personal work history needed to prepare this motion, Ms. Charest has not worked on, had access to, or in any way participated in the Kober Matter.

6. Ms. Charest has not been and will not be directly apportioned any part of the fee derived from the Kober Matter.

RESPECTFULLY SUBMITTED ON: November 20, 2012

        RIVERO MESTRE LLP
        Attorneys for National Board of Medical Examiners
        2525 Ponce de Leon Blvd., Suite 1000
        Miami, Florida 33134
        Telephone: (305) 445-2500
        Facsimile: (305) 445-2505
        E-mail: kblanson@riveromestre.com

By: /s/ Jorge Mestre

        Jorge A. Mestre
        Florida Bar No. 88145
        Kadian Blanson
        Florida Bar No. 0098880

## **CERTIFICATE OF SERVICE**

I certify that on November 20, 2012, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify this document is being served today to all counsel of record or pro se parties identified on the attached service list in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jorge Mestre