UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/Turnoff

MICHAEL STEVEN KOBER,

    Plaintiff,

vs.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC.,

    Defendant.

_____/

### ORDER GRANTING MOTION FOR ROBERT BURGOYNE
### TO APPEAR *PRO HAC VICE*

**THIS CAUSE** came before the Court upon the Motion to Appear *pro hac vice* for Robert Burgoyne, Esq., Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (ECF No. 95), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Upon consideration of the Motion and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Robert Burgoyne, Esq., to Appear *pro hac vice* (ECF No. 95) is **GRANTED**. Robert Burgoyne, Esq., of the law firm Fulbright & Jaworski LLP, may appear and participate in this action as co-counsel on behalf of the National Board of Medical Examiners in the above-styled action only. The Clerk shall provide electronic notification of all electronic filings to Robert Burgoyne, Esq., at rburgoyne@fulbright.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of November 2012.

                                                  **WILLIAM C. TURNOFF**
                                                **United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
All Counsel of Record