IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL STEVEN KOBER, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL ACTION NO.: 12-22276-MGC <br> ) |
| AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC. DEVRY MEDICAL INTERNATIONAL INC., AUC SCHOOL OF MEDICINE B.V., and NATIONAL BOARD OF MEDICAL EXAMINERS OF THE UNITED STATE OF AMERICA | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DEVRY MEDICAL INTERNATIONAL, INC. AND AUC SCHOOL OF MEDICINE B.V. TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendants DeVry Medical International, Inc. (hereafter "DMI") and AUC School of Medicine B.V. (hereafter "AUC School of Medicine") (collectively, "Defendants"), with the consent of Plaintiff Michael Steven Kober, hereby respectfully submit this unopposed motion for an extension of time to respond to the Third Amended Complaint herein to and including December 31, 2012, for the following reasons.

1.  The current deadline for Defendants to respond to Plaintiff's Third Amended Complaint is November 30, 2012.

FIRM:19719048v2

2. The parties have been engaged in ongoing discussions in an attempt to resolve this case. They have not yet reached a resolution but believe it is in their best interests to persist in these efforts.

3. Defendants therefore request this enlargement of time in order to facilitate these ongoing discussions and avoid potentially unnecessary expenditure of the time and resources of the Court and the parties.

4. In light of the scheduling difficulties associated with the holiday season, Defendants request that the deadline for responding to the complaint be enlarged to and including December 31, 2012.

5. Counsel for Plaintiff has consented to this unopposed motion.

Based on the foregoing and the entire record herein, Defendants DMI and AUC School of Medicine respectfully request that the Court grant their unopposed motion and extend the time for them to respond to the Complaint herein through and including December 31, 2012.

Dated: November 30, 2012         Respectfully Submitted,

*/s/ Arnold R. Gellman*
Arnold R. Gellman, Esq.
Florida Bar No. 111313
agellman@ebglaw.com
4090 Laguna Street, 2nd Floor
Coral Gables, Florida 33146
Tel: (305) 774-1700
Fax: (305) 774-1705
Counsel for Defendant
DeVry Medical International, Inc. and
AUC School of Medicine B.V.

FIRM:19719048v2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Second Unopposed Motion For Extension Of Time For Defendants DeVry Medical International, Inc. and AUC School of Medicine B.V. To Respond To Plaintiff's Third Amended Complaint was served via the Court's electronic filing system on November 30, 2012 on the following counsel:

Matthew Wilson Dietz
Matthew W. Dietz
2990 SW 35th Avenue
Miami, FL 33133
Counsel for Plaintiff Kober

Robert R. Bell
Mullin Hoard & Brown
P.O. Box 31656
Amarillo, TX 79120
Counsel for Plaintiff Kober

Anna Aurelia Mance
Hendrik Gerardus Milne
Renee Rubinstein Tischler
Aballi Milne Kalil & Escagedo
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
Counsel for Defendant American University of Carribean NV Inc.

Jorge Alejandro Mestre
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134
Counsel for Defendant National Board of Medical Examiners of America

Robert Burgoyne
Fullbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Defendant National Board of Medical Examiners of the United States of America

/s/ Arnold R. Gellman
Arnold R. Gellman, Esq.

FIRM:19719048v2