IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL STEVEN KOBER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.: 12-22276-MGC<br>) |
| AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC. DEVRY MEDICAL INTERNATIONAL INC., AUC SCHOOL OF MEDICINE B.V., and NATIONAL BOARD OF MEDICAL EXAMINERS OF THE UNITED STATE OF AMERICA | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion of Defendants DeVry Medical International, Inc., American University of the Caribbean N.V., Inc. for an extension of time through and including January 11, 2012 to file a response to the Third Amended Complaint in this matter, it is hereby

ORDERED, that the Unopposed Motion for Extension of Time be and hereby is GRANTED; and that Defendants DeVry Medical International, Inc. and AUC School of Medicine B.V. shall have through and including December 31, 2012 to file their response to the Third Amended Complaint herein.

SO ORDERED this ____ day of _____, 2012.

_____
Marcia G. Cooke
United States District Judge

FIRM:19719048v2