Case 1:12-cv-22276-MGC Document 105 Entered on FLSD Docket 12/10/2012 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MICHAEL STEVEN KOBER,**  §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>**AMERICAN UNIVERSITY OF THE** §<br>**CARIBBEAN N.V., INC.,** §<br>**DEVRY MEDICAL INTERNATIONAL,** §<br>**INC., AUC SCHOOL OF MEDICINE** §<br>**B.V., and NATIONAL BOARD OF** §<br>**MEDICAL EXAMINERS OF THE** §<br>**UNITED STATES OF AMERICA** §<br>§<br>*Defendants*. §<br>§ | **Case No.: 12-22276** |

### PLAINTIFF'S SECOND UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME TO RESPOND TO DEFENDANT, NATIONAL BOARD OF MEDICAL EXAMINER'S MOTION TO DISMISS AND SUPPORTING MEMORANDUM OF LAW (D.E. 94)

**COMES NOW**, Plaintiff, MICHAEL STEVEN KOBER, by and through his undersigned counsel and moves for an enlargement of time of four (4) days to file his Response to Defendant, National Board of Medical Examiners' (NBME) Motion to Dismiss and Supporting Memorandum of Law (D.E 94) and for good cause, states as follows:

1. On November 13, 2012, Defendant, National Board of Medical Examiners filed a Motion to Dismiss and Supporting Memorandum of Law (D.E. 94).

2. Plaintiff's current deadline to respond is on December 10, 2012.

3. The undersigned is still attempting to resolve part of this matter which involves NBME and believes this could be done by Friday.

Law Offices of Matthew W. Dietz, P.L., 2990 Southwest 35th Avenue, Miami, Florida 33133

KOBER v. AMERICAN UNIVERSITY OF CARRIBEAN NV INC.
Case No.: 12-22276-Civ
Page 2 of 2

5. The undersigned conferred with counsel for the Defendant, National Board of Medical Examiners, who has no objection to this brief enlargement of time.

WHEREFORE, the Plaintiff respectfully request that this Court grant this motion and allow him to file his response to Defendant, National Board of Medical Examiners, Inc.'s Motion to Dismiss on or before December 14, 2012.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing to **Clinton C. Black, Esq.,** Kitchens Benton et al., 212 Airline Drive, Ste. 200, Bossier City, LA 71111, **Anna Aurelia Mance, Esq.**, **Hendrik Gerardue Milne, Esq**. and **Renee Rubinstein Tischler, Esq**., Aballi Milne Kalil & Escagedo, 1 S.E. 3rd Avenue, Suite 2250, Miami, Florida 33131, **Robert Burgoyne, Esq**., Fullbright & Jaworski, LLP, 801 Pennsylvania Avenue, N.W. Washington, D.C. 20004 and **Jorge Alejandro Mestre, Esq**., Rivero Mestre LLP, 2525 Ponce de Leon Blvd., Suite 1000, Coral Gables, Florida 33134.

LAW OFFICES OF MATTHEW W. DIETZ, P.L.
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822
F: (305) 442-4181
Email: matthewdietz@usdisabilitylaw.com

By: s/ Matthew W. Dietz, Esq.
    Matthew W. Dietz, Esq.
    Florida Bar No. 84905

Robert R. Bell, TSBN 00787062
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Ste 800
P.O. Box 31656
Amarillo, Texas 79120
T: (806) 372-5050/F: (806) 372-5086
E-mail: rbell@mhba.com