IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** | § |
| *Plaintiff,* | § |
| v. | §   **Case No.: 12-22276** |
| **AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC., DEVRY MEDICAL INTERNATIONAL, INC., AUC SCHOOL OF MEDICINE B.V., and NATIONAL BOARD OF MEDICAL EXAMINERS OF THE UNITED STATES OF AMERICA** | § |
| *Defendants.* | § |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, MICHAEL STEVEN KOBER, pursuant to Rule 41, Fed.R.Civ.P, voluntarily dismisses this matter without prejudice solely against Defendant, NATIONAL BOARD OF MEDICAL EXAMIBNERS OF THE UNITED STATES OF AMERICA (NBME).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing to **Clinton C. Black, Esq.,** Kitchens Benton et al., 212 Airline Drive, Ste. 200, Bossier City, LA 71111, and **Anna Aurelia**

KOBER v. AMERICAN UNIVERSITY OF CARRIBEAN NV INC.
Case No.: 12-22276-Civ
Page 2 of 2

**Mance, Esq.**, **Hendrik Gerardue Milne, Esq**. and **Renee Rubinstein Tischler, Esq**., Aballi Milne Kalil & Escagedo, 1 S.E. 3rd Avenue, Suite 2250, Miami, Florida 33131.

LAW OFFICES OF MATTHEW W. DIETZ, P.L.
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: (305) 669-2822
Facsimile: (305) 442-4181
Email: matthewdietz@usdisabilitylaw.com

By: s/ Matthew W. Dietz, Esq.
    Matthew W. Dietz, Esq.
    Florida Bar No. 84905

Robert R. Bell, TSBN 00787062
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Ste 800
P.O. Box 31656
Amarillo, Texas 79120
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
E-mail: rbell@mhba.com