UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/TURNOFF

MICHAEL STEVEN KOBER,

    Plaintiff,

vs.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC., DEVRY MEDICAL
INTERNATIONAL, INC., AUC SCHOOL OF
MEDICINE B.V., and NATIONAL BOARD OF
MEDICAL EXAMINERS OF THE UNITED
STATES OF AMERICA,

    Defendant.
_____/

**ORDER DISMISSING DEFENDANT NATIONAL BOARD OF
MEDICAL EXAMINERS OF THE UNITED STATES OF AMERICA**

    THIS MATTER is before me on Plaintiff's Notice of Voluntary Dismissal without Prejudice (ECF No. 106) as to Defendant National Board of Medical Examiners of the United States of America only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  It is **ORDERED AND ADJUDGED** that Defendant National Board of Medical Examiners of the United States of America is **DISMISSED** *without prejudice* from this case.  The Clerk shall *administratively* **TERMINATE** Defendant National Board of Medical Examiners of the United States of America from this case.

    **DONE and ORDERED** in chambers at Miami, Florida, this 20th day of December 2012.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*