IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------- X
:
MICHAEL STEVEN KOBER, :
:
        Plaintiff,   :   Case No.: 12-22276-MGC
:
    v. :
: **STIPULATION OF**
AMERICAN UNIVERSITY OF THE : **DISMISSAL WITH PREJUDICE**
CARIBBEAN N.V., INC., DEVRY : **AS TO DEFENDANTS DEVRY**
MEDICAL INTERNATIONAL INC., : **MEDICAL INTERNATIONAL INC.,**
AUC SCHOOL OF MEDICINE B.V., and : **AND AUC SCHOOL OF MEDICINE B.V.**
NATIONAL BOARD OF MEDICAL :
EXAMINERS OF THE UNITED STATES :
OF AMERICA, :
:
        Defendants. :
:
------------------------------------------------------- X

    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Michael Steven Kober and defendants DeVry Medical International Inc. and AUC School of Medicine BV, by and through their undersigned counsel, that the Third Amended Complaint in the above-captioned action shall be and hereby is dismissed with prejudice, with each party to bear its or his own respective costs and disbursements.

    IT IS FURTHER STIPULATED AND AGREED that a signature by facsimile, PDF or other electronic means shall constitute an original signature.

Dated:  January 4, 2013

| | |
|---|---|
| LAW OFFICES OF MATTHEW W. DIETZ, P.L.<br>2990 Southwest 35th Avenue<br>Miami, Florida 33133<br>(305) 669-2822<br>Attorneys for Plaintiff | LAW OFFICE OF ARNOLD R. GELLMAN<br>4090 Laguna Street, 2nd Floor<br>Coral Gables, Florida 33146<br>(305) 774-1700<br>Attorneys for Defendants<br>DeVry Medical International, Inc. and<br>AUC School of Medicine B.V. |
| By:  s/ Matthew W. Dietz<br>       Matthew W. Dietz | By:  s/ Arnold R. Gellman<br>       Arnold R. Gellman |

FIRM:19794215v1