**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MICHAEL STEVEN KOBER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.: 12-22276-CIV** |
| **AMERICAN UNIVERSITY OF THE** | § | |
| **CARIBBEAN N.V., INC.,** | § | |
| **DEVRY MEDICAL INTERNATIONAL,** | § | |
| **INC., AUC SCHOOL OF MEDICINE** | § | |
| **B.V., and NATIONAL BOARD OF** | § | |
| **MEDICAL EXAMINERS OF THE** | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**MOTION TO FILE SETTLEMENT DOCUMENTS UNDER SEAL IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COMES NOW, Plaintiff, MICHAEL KOBER, by and through undersigned counsel and respectfully requests that this court permit the Plaintiff to file his settlement documents with Defendants, AUC SCHOOL OF MEDICINE B.V. and DEVRY MEDICAL INTERNATIONAL, INC. under seal with this Court and states as follows:

1.      The agreement between MICHAEL KOBER, AUC SCHOOL OF MEDICINE B.V. and DEVRY MEDICAL INTERNATIONAL, INC. is confidential; however, under the agreement, the Plaintiff is permitted to file such documents under seal with this court.

2.      These documents are relevant to Plaintiff's claims and in opposition to Defendant, AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC.'s motion to dismiss (D.E. 85) as it demonstrates that accommodating Mr. Kober would neither be an undue burden or fundamental alteration of a school's operations.

KOBER v. AMERICAN UNIVERSITY OF CARRIBEAN NV INC.
Case No.: 12-22276-Civ
Page 2 of 2

3.     The Defendants, AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC.'s object to the relief as stated in this motion.

WHEREFORE, the Plaintiff respectfully requests that this Court permit the Plaintiff to file the settlement between MICHAEL KOBER, AUC SCHOOL OF MEDICINE B.V. and DEVRY MEDICAL INTERNATIONAL, INC. under seal and grant such further relief as this Court deems just and equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing to **Clinton C. Black, Esq.,** Kitchens Benton et al., 212 Airline Drive, Ste. 200, Bossier City, LA 71111; **Anna Aurelia Mance, Esq., Hendrik Gerardue Milne, Esq.** and **Renee Rubinstein Tischler, Esq.**, Aballi Milne Kalil & Escagedo, 1 S.E. 3rd Avenue, Suite 2250, Miami, Florida 33131; **Arnold Richard Gellman, Esq.**, 4090 Laguna Street, 2nd Floor, Coral Gables, Florida 33146; **Robert Burgoyne, Esq.**, Fulbright & Jaworski, LLP, 801 Pennsylvania Avenue, NW, Washington, DC 20004; and **Jorge A. Mestre, Esq.**, Rivero Mestre, LLP, 2525 Ponce De Leon Blvd., Suite 100, Miami, Florida 33134.

LAW OFFICES OF MATTHEW W. DIETZ, P.L.

2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: (305) 669-2822
Facsimile: (305) 442-4181
Email: matthewdietz@usdisabilitylaw.com

By: s/ Matthew W. Dietz, Esq.
    Matthew W. Dietz, Esq.
    Florida Bar No. 84905