UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/TURNOFF

MICHAEL STEVEN KOBER,

    Plaintiff,

vs.

AMERICAN UNIVERSITY OF THE
CARIBBEAN N.V., INC., DEVRY MEDICAL
INTERNATIONAL, INC., AUC SCHOOL OF
MEDICINE B.V., and NATIONAL BOARD OF
MEDICAL EXAMINERS OF THE UNITED
STATES OF AMERICA,

    Defendant.
_____/

## ORDER DISMISSING DEFENDANTS DEVRY MEDICAL INTERNATIONAL, INC. AND AUC SCHOOL OF MEDICINE B.V.

THIS MATTER is before me on Plaintiff and Defendants', Devry Medical International, Inc. and AUC School of Medicine B.V., Stipulation of Dismissal with Prejudice as to Defendants Devry Medical International, Inc. and AUC School of Medicine B.V. (ECF No. 110), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  It is **ORDERED AND ADJUDGED** that Defendants Devry Medical International, Inc. and AUC School of Medicine B.V. are **DISMISSED** *with prejudice* from this case.  The Clerk shall **TERMINATE** Defendants Devry Medical International, Inc. and AUC School of Medicine B.V. from this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 11th day of January 2013.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*