IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** | § |
| *Plaintiff*, | § |
| v. | § |
| | §   **CIVIL ACTION NO.: 12-22276-CIV** |
| **AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC., DEVRY MEDICAL INTERNATIONAL, INC., AUC SCHOOL OF MEDICINE B.V., and NATIONAL BOARD OF MEDICAL EXAMINERS OF THE UNITED STATES OF AMERICA** | § |
| *Defendants*. | § |

### REPLY TO OPPOSITION TO FILE SETTLEMENT DOCUMENTS UNDER SEAL

COMES NOW, Plaintiff, MICHAEL KOBER, by and through undersigned counsel and replies to AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC. opposition to Motion to File Settlement Documents under seal, and states as follows:

The whole basis for the Defendant's motion to dismiss is that it would be a fundamental alteration of the Defendant's policies and procedures when it operated the medical school to allow Mr. Kober to be readmitted so he could take his NBME exam. In fact, the Defendant asserted "The Official Leave request is extremely important as close oversight of a student's status is necessary in order for the Medical School to ensure it is in compliance with the U.S. Department of Education's requirements so that it can continue participation in the Federal student loan program." D.E. 85, p. 4. It continued… "AUC's policies further reflect the stringent licensure requirements for physicians licensure in some States." Id. p. 5. Further, AUC reavers

that it provided Mr. Kober an accommodation, and the accommodation is provided was sufficient, and all that was necessary as a matter of law.

The plain fact is that when the new AUC entity, with many of the same rules and parameters, agrees to readmit Mr. Kober and allow him to take the NBME exam when he receives accommodations, it defeats any argument that additional accommodations are an undue burden or would fundamentally alter the operation of the school.

:WHEREFORE, the Plaintiff respectfully requests that this Court permit the Plaintiff to file the settlement between MICHAEL KOBER, AUC SCHOOL OF MEDICINE B.V. and DEVRY MEDICAL INTERNATIONAL, INC. under seal and grant such further relief as this Court deems just and equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing to **Clinton C. Black, Esq.**, Kitchens Benton et al., 212 Airline Drive, Ste. 200, Bossier City, LA 71111; **Anna Aurelia Mance, Esq.**, **Hendrik Gerardue Milne, Esq**. and **Renee Rubinstein Tischler, Esq**., Aballi Milne Kalil & Escagedo, 1 S.E. 3rd Avenue, Suite 2250, Miami, Florida 33131; **Arnold Richard Gellman, Esq.**, 4090 Laguna Street, 2nd Floor, Coral Gables, Florida 33146; **Robert Burgoyne, Esq**., Fulbright & Jaworski, LLP, 801 Pennsylvania Avenue, NW, Washington, DC 20004; and **Jorge A. Mestre, Esq**., Rivero Mestre, LLP, 2525 Ponce De Leon Blvd., Suite 100, Miami, Florida 33134.

LAW OFFICES OF MATTHEW W. DIETZ, P.L.

2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: (305) 669-2822
Facsimile: (305) 442-4181
Email: matthewdietz@usdisabilitylaw.com

By: s/ Matthew W. Dietz, Esq.
    Matthew W. Dietz, Esq.
    Florida Bar No. 84905