IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------- X
                                                           :
MICHAEL STEVEN KOBER,                                      :
                                                           :
                Plaintiff,                  :   Case No.: 12-22276-MGC
                                                           :
      v.                                                   :
                                                           :   **STIPULATION OF**
AMERICAN UNIVERSITY OF THE                                 :   **DISMISSAL WITH PREJUDICE**
CARIBBEAN N.V., INC., DEVRY                                :   **AS TO DEFENDANT AMERICAN**
MEDICAL INTERNATIONAL INC.,                                :   **UNIVERSITY OF THE CARIBBEAN N.V.,**
AUC SCHOOL OF MEDICINE B.V., and                           :   **INC.,**
NATIONAL BOARD OF MEDICAL                                  :
EXAMINERS OF THE UNITED STATES                             :
OF AMERICA,                                                :
                                                           :
                Defendants.                 :
                                                           :
---------------------------------------------------------- X

     IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff MICHAEL STEVEN KOBER and AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., by and through their undersigned counsel, that the Third Amended Complaint in the above-captioned action shall be and hereby is dismissed with prejudice, with each party to bear its or his own respective fees and costs.  This entire case should be closed.

     IT IS FURTHER STIPULATED AND AGREED that a signature by facsimile, PDF or other electronic means shall constitute an original signature.

Dated: June 12, 2013

| | |
|---|---|
| LAW OFFICES OF MATTHEW W. DIETZ, P.L. | ABALLI, MILNE, KALIL, P.A. |
| 2990 Southwest 35th Avenue | 2250 SunTrust International Center |
| Miami, Florida 33133 | One Southeast Third Avenue |
| (305) 669-2822 | Miami, Florida 33131 |
| Attorneys for Plaintiff | Telephone: (305) 373-6600 |
| | Facsimile: (305) 373-7929 |
| | |
|     s/ Matthew W. Dietz |     s/ Renee R. Tischler |
| By: _____ | By: _____ |
|     Matthew W. Dietz |     Renee R. Tischler, Esq. |
|     Florida Bar No. # 084905 |     Florida Bar No. 26939 |
| |     Hendrik G. Milne, Esq. |
| |     Florida Bar No. 335886 |

KOBER v. AMERICAN UNIVERSITY OF CARRIBEAN NV INC.
Case No.: 12-22276-Civ
Page 2 of 2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing to **Clinton C. Black, Esq.,** Kitchens Benton et al., 212 Airline Drive, Ste. 200, Bossier City, LA 71111; **Anna Aurelia Mance, Esq.**, **Hendrik Gerardue Milne, Esq**. and **Renee Rubinstein Tischler, Esq**., Aballi Milne Kalil & Escagedo, 1 S.E. 3rd Avenue, Suite 2250, Miami, Florida 33131; **Arnold Richard Gellman, Esq**., 4090 Laguna Street, 2nd Floor, Coral Gables, Florida 33146; **Robert Burgoyne, Esq**., Fulbright & Jaworski, LLP, 801 Pennsylvania Avenue, NW, Washington, DC 20004; and **Jorge A. Mestre, Esq**., Rivero Mestre, LLP, 2525 Ponce De Leon Blvd., Suite 100, Miami, Florida 33134.

LAW OFFICES OF MATTHEW W. DIETZ, P.L.

2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: (305) 669-2822
Facsimile: (305) 442-4181
Email: matthewdietz@usdisabilitylaw.com

By: s/ Matthew W. Dietz, Esq.
　　Matthew W. Dietz, Esq.
　　Florida Bar No. 84905