UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22276-Civ-COOKE/TURNOFF

MICHAEL STEVEN KOBER,

    Plaintiff,

vs.

AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC., DEVRY MEDICAL INTERNATIONAL INC., AUC SCHOOL OF MEDICINE B.V., and NATIONAL BOARD OF MEDICAL EXAMINERS OF THE UNITED STATES OF AMERICA,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE is before me upon the Stipulation of Dismissal with Prejudice as to Defendant American University of the Caribbean N.V., Inc. (ECF No. 118). This matter has been **DISMISSED** *with prejudice* as to Defendant American University of the Caribbean N.V., Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his/its own respective attorneys' fees and costs. Upon review of the record in this matter, all other defendants previously have been dismissed. *See* ECF Nos. 108, 113. Therefore, the Clerk of Court shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of June 2013.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*